**ORAL ARGUMENT SCHEDULED FOR MAY 14, 2026**

**Nos. 25-5241, 25-5265, 25-5277, 25-5310**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

Perkins Coie LLP,
*Plaintiff-Appellee,*

v.

United States Department of Justice, *et al.*
*Defendants-Appellants;*

Consolidated on Appeal from the U.S. District Court for the District of Columbia
(Case Nos. 25-cv-716-BAH; 25-cv-916-JDB; 25-cv-917-RJL; 25-cv-1107-LLA)

**NOTICE OF INTENT OF FORTY-TWO MEDIA ORGANIZATIONS AND PRESS FREEDOM ADVOCATES TO APPEAR AS *AMICI CURIAE* IN SUPPORT OF AFFIRMANCE OF SUMMARY JUDGMENT FOR EACH PLAINTIFF-APPELLEE**

Kendra K. Albert
Andrew F. Sellars
ALBERT SELLARS LLP
769 Centre St, Suite 199
Boston, MA 02130
(617) 286-6886
kendra@albertsellars.law

Counsel for *Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

*Amici* CalMatters; The Center for Investigative Reporting, Inc.; Defending Rights and Dissent; The First Amendment Coalition; The Forum for Constitutional Rights; Free Press; Freedom of the Press Foundation; Journalism Funding Partners; Media Alliance; National Press Photographers Association; The New England First Amendment Coalition; The Online News Association; The Project On Government Oversight; Public Knowledge; Reporters Without Borders, Inc.; The Signals Network, Inc.; and Zansberg Beylkin LLC each certify that they do not have a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

The Press Freedom Defense Fund is a project of The Intercept Media, Inc. The Intercept Media, Inc. does not have a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Emmerich Newspapers, Inc. is owned by Emmerich Family Newspapers, LLC. Emmerich Family Newspapers, LLC does not have a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

**NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF**
***AMICI CURIAE***

Pursuant to D.C. Circuit Rule 29(b), the following forty-two media organizations and press freedom advocates hereby give notice that they intend to file an *amici curiae* brief in support of Appellees:

*Individuals:*

Floyd Abrams

Seth D. Berlin

David J. Bodney

Chad R. Bowman

Jay Ward Brown

Matthew S.L. Cate

John C. Greiner

Lee Levine

Jennifer Ann Dukarski

Anna Kaul

Ashley Kissinger

Maxwell S. Mishkin

Lynn B. Oberlander

Lauren P. Russell

Isabella Salomão Nascimento

Jacquelyn N. Schell

David A. Schulz

Elizabeth Seidlin-Bernstein

Alia L. Smith

Michael D. Sullivan

Thomas Sullivan

Charles D. Tobin

Saumya Vaishampayan


*Organizations:*

The Press Freedom Defense Fund

CalMatters

The Center for Investigative Reporting, Inc.

Defending Rights and Dissent

Emmerich Newspapers, Inc.

The First Amendment Coalition

The Forum for Constitutional Rights

Free Press

Freedom of the Press Foundation

Journalism Funding Partners

Media Alliance

National Press Photographers Association

New England First Amendment Coalition

Online News Association

Project On Government Oversight

Public Knowledge

Reporters Without Borders, Inc. (RSF)

The Signals Network, Inc.

Zansberg Beylkin LLC


Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and Circuit Rule 29(b), both Appellants and Appellees have consented to *amici* filing this brief.

Respectfully Submitted,

/s/ Kendra. K. Albert

Kendra K. Albert
ALBERT SELLARS LLP
769 Centre St, Suite 199
Boston, MA 02130
(617) 286-6886
kendra@albertsellars.law

Counsel for *Amici Curiae*

Dated: April 2, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2026, I caused the foregoing Notice of Intent to

Appear as *Amici Curiae* to be electronically filed with the Clerk of the Court using

CM/ECF, which will automatically send email notification of such filing to all counsel

of record.

Dated: April 2, 2026

*/s/ Kendra K. Albert*

Kendra K. Albert
ALBERT SELLARS LLP
769 Centre St, Suite 199
Boston, MA 02130
(617) 286-6886
kendra@albertsellars.law

Counsel for *Amici Curiae*