# Office of the Clerk

United States Court of Appeals
District of Columbia Circuit
Washington, D.C.  20001-2866

Legal Division                                                                                    (202) 216-7500
Melissa McKenney Ryan, Director                    April 3, 2026

Re: No. 25-5241, et al., <u>Perkins Coie LLP v. DOJ</u>
No. 26-5009, <u>Zaid v. Executive Office of the President</u>

Dear Counsel:

To ensure an organized presentation of argument in these cases, we must receive, *no later than* April 16, 2026, your suggestions on the most efficient format for oral argument.  In particular, the proposed format should specify, preferably in a chart:

(1)  Which issues in the briefs warrant presentation at argument.

(2)  The order in which the court should hear the issues that warrant oral argument.

(3)  How much time the court should allow for each issue or set of issues that warrants oral argument, including any rebuttal time.

(4)  The names of counsel for appellants and appellees who will argue and the parties they represent.

Counsel are encouraged to prepare a joint proposed format that addresses No. 25-5241, et al., and No. 26-5009, and that avoids repetition of arguments in the two cases. Argument will be heard on May 14, 2026.  If you have any questions, please call me at (202) 216-7500.

Sincerely,

Louis K. Fisher
Deputy Director

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE ● 333 CONSTITUTION AVENUE N.W.