ORAL ARGUMENT SCHEDULED FOR MAY 14, 2026

**Nos. 25-5241(L), 25-5265, 25-5277, 25-5310**

---

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

————————

PERKINS COIE LLP, ET AL.,

*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,

*Defendants-Appellants*.

————————

On Appeal from the United States District Court
for the District of Columbia,
Nos. 25-cv-00716, 25-cv-00916, 25-cv-00917, 25-cv-01107

**NOTICE OF INTENT OF CAMPAIGN LEGAL CENTER TO FILE BRIEF
AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES
AND AFFIRMANCE**

————————

Tara Malloy
Dana Paikowsky
Rachel Appel
Campaign Legal Center
1101 14 St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
tmalloy@campaignlegalcenter.org
dpaikowsky@campaignlegalcenter.org
rappel@campaignlegalcenter.org

*Attorneys for Amicus Curiae
Campaign Legal Center*

April 3, 2026

**CORPORATE DISCLOSURE STATEMENT**

Campaign Legal Center is a nonpartisan, nonprofit corporation organized under section 501(c)(3) of the Internal Revenue Code. Campaign Legal Center works to protect and strengthen the U.S. democratic process across all levels of government, including by supporting voting rights, redistricting, campaign finance, and ethics reform through litigation, policy analysis, and public education. No publicly held corporation has any form of ownership interest in Campaign Legal Center, which has no parent corporation and does not issue stock.

Dated: April 3, 2026

*Tara Malloy*
Tara Malloy

*Counsel for Amicus Curiae*
*Campaign Legal Center*

**NOTICE OF INTENT OF CAMPAIGN LEGAL CENTER TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), amicus curiae Campaign Legal Center ("CLC") respectfully submits this notice to the Court of its intent to file a brief in support of Plaintiffs-Appellees in the above-captioned consolidated cases.

All parties have consented to CLC's filing of an amicus brief.

Pursuant to D.C. Circuit Rule 29(d), counsel for amicus CLC certifies that a separate brief is necessary because its brief presents a distinct perspective from the amici supporting appellees in these consolidated cases regarding the impact of this decision on elections and voting rights.

Dated:        April 3, 2026

Respectfully submitted,

*Tara Malloy*
Tara Malloy (DC Bar No. 988280)
Dana Paikowsky (DC Bar No. 1722349)
Rachel Appel (DC Bar No. 90017750)
Campaign Legal Center
1101 14 St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
tmalloy@campaignlegalcenter.org
dpaikowsky@campaignlegalcenter.org
rappel@campaignlegalcenter.org

*Counsel for Amicus Curiae*
*Campaign Legal Center*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Notice with the Clerk of the Court for the United States Court of Appeals for the District of Columbia by using the Court's CM/ECF system on April 3, 2026, thereby serving all persons required to be served.

*/s/ Tara Malloy*
Tara Malloy