**ORAL ARGUMENT SCHEDULED MAY 14, 2026**
**Nos. 25-5241, 25-5265, 25-5277, 25-5310 (Consolidated)**

# United States Court of Appeals
# for the District of Columbia Circuit

_____

PERKINS COIE LLP,
*Plaintiff-Appellee*,

v.

U.S. DEPARTMENT OF JUSTICE, ET AL.,
*Defendants-Appellants*.

_____

On Appeal from the United States District Court for the District of Columbia

Nos. 1:25-cv-00716 (BAH), 1:25-cv-00916 (JDB),
1:25-cv-00917 (RJL), 1:25-cv-01107 (LLA)

_____

**BRIEF OF *AMICI CURIAE* LAW FIRMS IN SUPPORT OF**
**PLAINTIFFS-APPELLEES AND AFFIRMANCE**

Nathan P. Eimer
  *Counsel of Record*
Scott C. Solberg
Daniel D. Birk
Benjamin E. Waldin
Gregory M. Schweizer
Johnathan T. Hall
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
neimer@eimerstahl.com

*Attorneys for* Amici Curiae *Law Firms*

## <u>CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES</u>

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned certifies as follows:

### A. Parties and Amici

Except for newly filing amici parties in this Court, all parties, intervenors, and amici appearing before the district court and in this Court are listed in the Briefs for Defendants-Appellants and Plaintiffs-Appellees.

### B. Rulings Under Review

References to the rulings at issue appear in the Briefs for Defendants-Appellants and Plaintiffs-Appellees.

### C. Related Cases

The related case is listed in the Briefs for Defendants-Appellants and Plaintiffs-Appellees. Counsel is not aware of any other related cases.

Dated: April 3, 2026                                  /s/ *Nathan P. Eimer*

Nathan P. Eimer
*Counsel for* Amici Curiae *Law Firms*

i

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), *amici curiae* state that they are comprised of law firms and legal corporations. They have no parent corporations and do not issue public stock.

Dated: April 3, 2026                    /s/ *Nathan P. Eimer*

Nathan P. Eimer
*Counsel for* Amici Curiae *Law Firms*

# CERTIFICATE REGARDING SEPARATE BRIEFING

Pursuant to D.C. Circuit Rule 29(d), counsel for *amici* certifies that a separate brief is necessary to express the views of advocates tasked with representing the Nation's leading business and financial institutions, which depend on the stability of the rule of law to thrive economically, and the interests of small businesses, nonprofit organizations, state and local governments, public-sector entities, consumers, workers, and other individuals, who likewise depend on the impartial administration of justice. *Amici* are particularly well suited to provide this Court important context on these subjects because of their experience, range of clients, and deep and abiding commitment to the rule of law.

Dated: April 3, 2026                    /s/ *Nathan P. Eimer*

Nathan P. Eimer
*Counsel for* Amici Curiae *Law Firms*

# TABLE OF CONTENTS

CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES ............. i

CORPORATE DISCLOSURE STATEMENT ....................................................... ii

CERTIFICATE REGARDING SEPARATE BRIEFING........................................ iii

TABLE OF CONTENTS.................................................................................... iv

TABLE OF AUTHORITIES ................................................................................v

INTEREST OF *AMICI CURIAE* .........................................................................1

INTRODUCTION AND SUMMARY OF ARGUMENT .......................................3

ARGUMENT .....................................................................................................6

CONCLUSION..................................................................................................14

CERTIFICATE OF COMPLIANCE....................................................................15

CERTIFICATE OF SERVICE ............................................................................16

APPENDIX A – LIST OF *AMICI CURIAE* LAW FIRMS

# TABLE OF AUTHORITIES

**Cases**

*Boumediene v. Bush*,
  553 U.S. 723 (2008)................................................................4

*Consumer Fin. Prot. Bureau v. Cmty. Fin. Servs. Ass'n of Am., Ltd.*,
  601 U.S. 416 (2024)................................................................4

*Gideon v. Wainwright*,
  372 U.S. 335 (1963)................................................................6

*Johnson v. Zerbst*,
  304 U.S. 458 (1938)................................................................6

*Legal Servs. Corp. v. Velazquez*,
  531 U.S. 533 (2001)..............................................................6, 9

*Marbury v. Madison*,
  5 U.S. 137 (1803)................................................................6, 13

*Martinez v. Ryan*,
  566 U.S. 1 (2012)..................................................................7

*NAACP v. Button*,
  371 U.S. 415 (1963)................................................................9

*Nat'l Rifle Ass'n of Am. v. Vullo*,
  602 U.S. 175 (2024)..............................................................9, 10

*NFIB v. Sebelius*,
  567 U.S. 519 (2012)................................................................4

*Penson v. Ohio*,
  488 U.S. 75 (1988)................................................................11

*Rosenberger v. Rector & Visitors of the Univ. of Va.*,
  515 U.S. 819 (1995)...............................................................10

*Seila Law LLC v. Consumer Fin. Prot. Bureau*,
  591 U.S. 197 (2020)................................................................4

*United States v. Nixon*,
  418 U.S. 683 (1974)..............................................................................6

*Walters v. Nat'l Ass'n of Radiation Survivors*,
  473 U.S. 305 (1985)..............................................................................8

*Williams v. Beto*,
  354 F.2d 698 (5th Cir. 1965) ................................................................6

**Other Authorities**

3 *Diary and Autobiography of John Adams* (L.H. Butterfield et al. eds., 1961).......7

ABA Canons of Professional Ethics, *Ethical Considerations* (1970) .......................8

Arthur Miller, *The Crucible* ................................................................8, 9

David Goldberger, *Skokie: The First Amendment Under Attack by its Friends*,
  29 Mercer L. Rev. 761 (1978) ...........................................................7, 8

David McCullough, *John Adams* (2001) ................................................7

*Day of the Endangered Lawyer*, Int'l Ass'n of Young Lawyers (Jan. 24, 2023)......9

Exec. Order No. 14,230, 90 Fed. Reg. 11,781 (Mar. 6, 2025) ...........................1, 10

Exec. Order No. 14,246, 90 Fed. Reg. 13,997 (Mar. 25, 2025) .........................1, 10

Exec. Order No. 14,250, 90 Fed. Reg. 14,549 (Mar. 27, 2025) .........................1, 10

Exec. Order No. 14,263, 90 Fed. Reg. 15,615 (Apr. 9, 2025).............................1, 10

Josh Dawsey, C. Ryan Barber & Sadie Gurman, *Trump Ordered Justice
  Department Reversal on Law Firm Sanctions*, Wall St. J. (Mar. 11, 2026) ..........5

Louise I. Shelley, *Soviet Defense Counsel: Past as Prologue*,
  12 Am. B. Found. Res. J. 835 (1987) ...................................................9

Matthew Goldstein & Jessica Silver-Greenberg, *Some Giant Law Firms Shy
  Away From Pro Bono Immigration Cases*, N.Y. Times (May 6, 2025)...............12

Mike Scarcella & Sara Merken, *Trump executive order seeks law firms to
  defend police officers for free*, Reuters (Apr. 29, 2025).......................13

Mike Spector, et al., *How Trump's crackdown on law firms is undermining legal defenses for the vulnerable*, Reuters (Aug. 3, 2025) ............................ 12, 13

Sam Howe Verhovek, *A Klansman's Black Lawyer, and a Principle*, N.Y. Times (Sept. 10, 1993) ................................................................................8

William Shakespeare, *Henry VI, Part 2* ....................................................8

**Rules**

Fed. R. App. P. 29(a)(4)(E)...................................................................................1

## INTEREST OF *AMICI CURIAE*

*Amici*[1] are 842 of this Nation's law firms.[2] They file this brief to highlight the extraordinary and unprecedented threat posed to the legal profession by the four Executive Orders at issue in this litigation.[3]

Many *amici* advocate for the interests of the Nation's leading business and financial institutions, which depend on the stability of the rule of law to thrive economically. Others advocate for the interests of small businesses, nonprofit organizations, state and local governments, public-sector entities, consumers, workers, and other individuals, and likewise depend on the impartial administration of justice to advance their clients' objectives. Individuals at these firms hold a wide range of political, social, and economic views. But despite those differences, *amici* are united in their support for the rule of law and the importance of preserving the independence and integrity of the legal profession. Professional independence is particularly important when a law firm represents a client challenging the actions of

---

[1] Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), *amici* state that no party's counsel authored this brief in whole or in part, and no party, party's counsel, or any person other than *amici* or their counsel contributed money intended to fund the preparation or submission of this brief. *Amici* also state that all parties to the appeal have consented to the filing of this brief.

[2] The individual *amici* are named in Appendix A.

[3] Exec. Order No. 14,230, 90 Fed. Reg. 11,781 (Mar. 6, 2025) ("Perkins Coie Order"); Exec. Order No. 14,246, 90 Fed. Reg. 13,997 (Mar. 25, 2025) ("Jenner & Block Order"); Exec. Order No. 14,250, 90 Fed. Reg. 14,549 (Mar. 27, 2025) ("WilmerHale Order"); Exec. Order No. 14,263, 90 Fed. Reg. 15,615 (Apr. 9, 2025) ("Susman Godfrey Order").

a President or his administration, be they Republican or Democrat. Checking federal government overreach, whether it be infringements on religious liberty, assaults on the freedom of the press, or burdensome regulation, is a vital part of what *amici* and others like them are called to do. *Amici* have an interest in explaining to the Court the impact on the ability of law firms to fulfill this role if the Executive Orders are allowed to stand. Many of the *amici* have sworn an oath to support and defend the Constitution of the United States, and all *amici* share an unwavering commitment to its principles. Pursuant to those values, *amici* submit this brief.

### INTRODUCTION AND SUMMARY OF ARGUMENT

The President issued Executive Orders against four of the Nation's leading law firms—Perkins Coie LLP ("Perkins Coie"), Jenner & Block LLP ("Jenner & Block"), Wilmer Cutler Pickering Hale & Dorr LLP ("WilmerHale"), and Susman Godfrey LLP ("Susman Godfrey")—in undisguised retaliation for representations that the firms, or former partners of the firms, have undertaken or may be planning to undertake. Make no mistake, these Executive Orders seek to intimidate every firm, large and small, into submission. The Executive Orders subject the four targeted firms, as well as their clients and personnel, to draconian collective punishment—including the potential loss of clients that contract with the United States, denial of access to federal buildings and facilities, and the revocation of their attorneys' security clearances.

Such disabilities caused swift harm. Federal officials canceled meetings; attorneys were unsure whether they could access courthouses; and in cases involving classified information, lawyers were to be stripped of the clearances necessary to review essential evidence, making meaningful representation impossible. Clients also terminated engagements with the law firms or were forced to reconsider continued representation, particularly where association might endanger important government contracts. Worse yet, since these Executive Orders were issued, fewer

3

of the country's largest law firms have been willing to challenge government action, and both civil-rights groups and indigent clients have had difficulty finding counsel.

In the Opening Brief, the government faults the district courts below for purportedly trying to silence the President. But this deliberately mischaracterizes what the courts did in this case. The district courts did not enjoin the President from speaking. Instead, they justifiably relied on the President's own words as evidence of the Executive Order's unlawful purpose: to retaliate against past legal advocacy and representations the President found distasteful and intimidate these and other law firms into silence. The President is free to speak his mind, and he usually does. What he cannot do is use the power of the Executive Branch to infringe on the rights of others and interfere with the rule of law.

Over the past two decades alone, the country's largest law firms have represented clients seeking to invalidate major presidential initiatives of every presidential administration, from the Military Commissions Act of 2006[4] to the Affordable Care Act[5] and the Dodd-Frank Act.[6] Until now, it would have been inconceivable that a law firm would be risking sanctions from the Executive Branch

---

[4] *Boumediene v. Bush*, 553 U.S. 723 (2008).
[5] *NFIB v. Sebelius*, 567 U.S. 519 (2012).
[6] *Seila Law LLC v. Consumer Fin. Prot. Bureau*, 591 U.S. 197 (2020); *Consumer Fin. Prot. Bureau v. Cmty. Fin. Servs. Ass'n of Am., Ltd.*, 601 U.S. 416 (2024).

4

for undertaking representations of this kind. The Executive Orders made clear that is no longer the case.

The Executive Orders pose a grave threat to our system of constitutional governance. An attack on the legal profession is tantamount to an attack on the rule of law and, by extension, democracy itself. The First Amendment categorically prohibits using the threat of official retribution to deter lawyers from expressing their views or representing whom they choose—such advocacy is vital to the judicial system and the rule of law. Indeed, the unlawfulness of the Executive Orders is so evident that even the attorneys at the Justice Department recognized that this appeal lacks merit, which is why the government voluntarily sought to dismiss the case. Upon learning that the appeal had been dropped, however, the President forced the Justice Department to continue to pursue a meritless appeal rather than concede that the Executive Orders were unconstitutional and forfeit his leverage over law firms.[7] Clearly, the true purpose of the Executive Orders and this appeal is not to vindicate legitimate concerns about national security but rather to continue to scare the legal profession away from representations and lawyers disfavored by the President.

---

[7] Josh Dawsey, C. Ryan Barber & Sadie Gurman, *Trump Ordered Justice Department Reversal on Law Firm Sanctions*, Wall St. J. (Mar. 11, 2026), https://www.wsj.com/politics/policy/trump-ordered-justice-department-reversal-on-law-firm-sanctions-f137f164.

The judiciary must act with resolve to halt this abuse of executive power. *Cf. United States v. Nixon*, 418 U.S. 683 (1974). To safeguard the independence of the legal profession, this Court should affirm the judgments of the district courts.

## ARGUMENT

Lawyers serve an indispensable role in safeguarding the principle that "the government of the United States" is emphatically "a government of laws, and not of men." *Marbury v. Madison*, 5 U.S. 137, 163 (1803) (citation modified). Lawyers "prepare and submit the great issues of human justice under law in such manner and form that courts, in the ultimate, may be effective." *Williams v. Beto*, 354 F.2d 698, 706 (5th Cir. 1965). The adversarial system depends upon advocates litigating each side of a case with equal vigor; that is how impartial judges arrive at just, informed decisions that vindicate the rule of law. *See Legal Servs. Corp. v. Velazquez*, 531 U.S. 533, 545 (2001) ("An informed, independent judiciary presumes an informed, independent bar."). Indeed, the right to counsel is enshrined in the Bill of Rights and "stands as a constant admonition that if the constitutional safeguards it provides [are] lost, justice will not . . . be done." *Johnson v. Zerbst*, 304 U.S. 458, 462 (1938) (citation modified); *see also Gideon v. Wainwright*, 372 U.S. 335, 342–43 (1963) ("The right to the aid of counsel is of . . . fundamental character." (citation modified)).

It is a deeply rooted principle of the legal profession that everyone, no matter their actions or beliefs, is entitled to zealous advocacy on their behalf. *See Martinez v. Ryan*, 566 U.S. 1, 12 (2012) ("[T]he right to counsel is the foundation for our adversary system."). The principle is so deeply ingrained that lawyers consider it a core part of their professional obligation to take on representation of clients with whom they disagree, even vehemently. John Adams agreed to represent eight British soldiers charged with murder after the Boston Massacre, along with their captain, at "the loss of more than half his practice." David McCullough, *John Adams* 66–68 (2001); *see* JA1628–29, Perkins Coie Op. at 1–2. "I had no hesitation," he wrote, because "Council ought to be the very last thing that an accused Person should want in a free Country," and "the Bar ought . . . to be independent and impartial at all Times And in every Circumstance." 3 *Diary and Autobiography of John Adams* 293 (L.H. Butterfield et al. eds., 1961); *see* JA1629, Perkins Coie Op. at 2. David Goldberger, the Jewish then-legal director of the ACLU of Illinois, represented neo-Nazis who sought to march in Skokie, Illinois, in the face of "massive ACLU membership resignations" and "physical intimidation of ACLU staffers." David Goldberger, *Skokie: The First Amendment Under Attack by its Friends*, 29 Mercer L. Rev. 761, 767 (1978). Responding to critics, Goldberger quoted the American Bar Association's Canons of Ethics, which advises that "a lawyer should not decline representation because a client or a cause is unpopular or a community reaction is

7

adverse." *Id.* at 768 (quoting ABA Canons of Professional Ethics, *Ethical Considerations*, 2-27 (1970)). Anthony Griffin, a Black lawyer, defended the grand dragon of the Texas Knights of the Ku Klux Klan because every organization "ha[s] a right to organize, to assemble, to free speech," and "if you take away their rights, you take away my rights also." Sam Howe Verhovek, *A Klansman's Black Lawyer, and a Principle*, N.Y. Times (Sept. 10, 1993).[8]

Literature and history offer indelible reminders of the perils associated with governmental intrusion into the autonomy of the legal system and with political retribution aimed at lawyers thought to stand in the way of a regime's political objectives. In Shakespeare's *Henry VI*, a rebel, who wanted to become king, famously agreed to the proposal that "[t]he first thing we do, let's kill all the lawyers." William Shakespeare, *Henry VI, Part 2* act 4, sc. 2, l. 75. His plotting underscores a simple point, recognized by Justice John Paul Stevens, that "disposing of lawyers is a step in the direction of a totalitarian form of government." *Walters v. Nat'l Ass'n of Radiation Survivors*, 473 U.S. 305, 371 n.24 (1985) (Stevens, J., dissenting). In Arthur Miller's *The Crucible*, Thomas Danforth, Chief Judge of the Court, opined that "[t]he pure in heart need no lawyers." Arthur Miller, *The Crucible* act 3. But Reverend John Hale, disillusioned by the lack of due process during the

---

[8]    https://www.nytimes.com/1993/09/10/news/a-klansman-s-black-lawyer-and-a-principle.html.

Salem Witch Trials, urged that a man suspected of witchcraft be sent home "and let him come again with a lawyer," as the legal profession is essential in upholding the rule of law and safeguarding the rights of the accused. *Id.*

Time and time again, authoritarian governments have disbarred, prosecuted, and jailed lawyers who dared to represent opposition figures or challenge government actions, leading to predictable outcomes for the rule of law and the integrity of the legal profession. *See, e.g.*, Louise I. Shelley, *Soviet Defense Counsel: Past as Prologue*, 12 Am. B. Found. Res. J. 835, 836–37 (1987). Recently, for example, when the Taliban retook power in Afghanistan, they retaliated against lawyers who had worked in the defense of human rights and restricted court access only to Taliban-approved attorneys. *Day of the Endangered Lawyer*, Int'l Ass'n of Young Lawyers (Jan. 24, 2023).[9]

Fortunately, such abuses have been rare in our country's history—and for good reason. The First Amendment "protects vigorous advocacy . . . against governmental intrusion" and treats such advocacy as a core "form of political expression." *NAACP v. Button*, 371 U.S. 415, 429 (1963); *see also Velazquez*, 531 U.S. at 542–43. Government officials cannot "rely[] on the threat of invoking legal sanctions and other means of coercion . . . to achieve the suppression of disfavored speech." *Nat'l Rifle Ass'n of Am. v. Vullo*, 602 U.S. 175, 189 (2024) (citation

---

[9] https://www.aija.org/news/news-319.

9

modified). Doing so is textbook viewpoint discrimination, "an egregious form of content discrimination," and is presumptively unconstitutional. *Rosenberger v. Rector & Visitors of the Univ. of Va.*, 515 U.S. 819, 829 (1995).

And yet, the Executive Orders do exactly what the First Amendment forbids: threaten "legal sanctions and other means of coercion" based on past advocacy and expressed viewpoints. *Vullo*, 602 U.S. at 189 (citation modified). The Executive Orders state, in plain terms, the "vigorous advocacy" singled out for disfavor: Perkins Coie allegedly engaged in "dishonest and dangerous activity" by representing "failed Presidential candidate Hillary Clinton" and representing clients in other past election-law litigation. Perkins Coie Order § 1. Jenner & Block allegedly supported "attacks against women and children based on a refusal to accept the biological reality of sex" and allegedly backed "the obstruction of efforts to prevent illegal aliens from committing horrific crimes and trafficking deadly drugs within our borders." Jenner & Block Order § 1. WilmerHale allegedly "rewarded Robert Mueller and his colleagues . . . by welcoming them to the firm after they wielded the power of the Federal Government to lead one of the most partisan investigations in American history." WilmerHale Order § 1. Susman Godfrey allegedly "spearhead[ed] efforts to weaponize the American legal system and degrade the quality of American elections." Susman Godfrey Order § 1. For engaging in this protected advocacy, the Executive Orders mete out harsh and

10

debilitating punishment: the revocation of the firms' attorneys' security clearances, the potential loss of clients that contract with the United States, and denial of access to federal buildings and facilities.

Before the district courts enjoined the Executive Orders, the harm was immediate. Officials canceled scheduled meetings on pending matters, and attorneys were unsure if they could even enter courthouses or meet with clients in federal custody.[10] The revocation of attorney security clearances was crippling for those representing criminal defendants in cases involving classified information, as lawyers could no longer access necessary evidence. These legal sanctions prevented counsel from fulfilling their professional duty as advocates—a role the Supreme Court has deemed "the most pervasive" of all rights because it "affects [the] ability to assert any other rights." *Penson v. Ohio*, 488 U.S. 75, 84 (1988) (citation modified). As a result, several clients terminated their engagements with the four law firms, while others were forced to evaluate whether continued retention remained prudent. For clients who contract with the government, association with

---

[10] *See, e.g.*, JA1649, Perkins Coie Op. at 22 ("[A] federal official refused to allow Perkins Coie attorneys to attend a scheduled meeting to discuss a pending matter before that agency."); JA2162, Jenner & Block Op. at 6 ("Department of Justice lawyers instructed a Jenner client not to bring its counsel from Jenner to a meeting . . . .").

the targeted firms posed an enormous risk, threatening billions of dollars in revenue should they incur the President's ire.[11]

The threat posed by the Executive Orders is not lost on anyone practicing law in this country today: any controversial representation challenging actions of the current administration—or even supporting causes it disfavors—now brings with it the risk of devastating retaliation. Unfortunately, the tactic seems to be working all too well. Law firms have shied away from legal representation that could incur the wrath of the executive. *See* Matthew Goldstein & Jessica Silver-Greenberg, *Some Giant Law Firms Shy Away From Pro Bono Immigration Cases*, N.Y. Times (May 6, 2025).[12] "The top 50 U.S. law firms by revenue have represented plaintiffs in only about 3% of the 865 lawsuits filed since the start of Trump's second term under the Administrative Procedure Act," whereas "[d]uring Trump's first term, those same firms were involved in almost 9% of 3,400 such cases." Mike Spector, et al., *How Trump's crackdown on law firms is undermining legal defenses for the vulnerable*, Reuters (Aug. 3, 2025).[13] Already, civil-rights groups report widespread hesitation amongst law firms to engage with them, with many lawyers resorting to anonymous

---

[11] *See, e.g.*, JA2162, Jenner & Block Op. at 6 ("More than forty percent of Jenner's revenue comes from government contractors, subcontractors, or affiliates . . .; the order puts that revenue at grave risk.").

[12]    https://www.nytimes.com/2025/05/06/business/trump-law-firms-pro-bono-immigration.html.

[13]  https://www.reuters.com/investigations/trumps-war-big-law-leads-firms-retreat-pro-bono-work-underdogs-2025-07-31/.

assistance or simply refusing to help altogether. *See id.* For its part, the government touts strong-arming nine law firms into contributing nearly $1 billion in pro bono services to a variety of causes favored by the administration. *See* Brief for Appellants at 2; *see also* Mike Scarcella & Sara Merken, *Trump executive order seeks law firms to defend police officers for free*, Reuters (Apr. 29, 2025).[14] But eroding the rule of law is nothing to celebrate. Whatever short-term advantage an administration may gain from exercising power in this way, an impartial and co-equal judicial system cannot long endure in the climate of fear that such actions create.

For our system of justice to operate, members of the bar must be free to advocate zealously for all their clients, large and small, rich and poor, without fear of retribution. They must be free, in the words of Chief Justice Marshall, to defend "the right of every individual to claim the protection of the laws." *Marbury*, 5 U.S. at 163. These principles have made it possible for this Nation's corporations to lead the world in innovation and productivity; for our scientists, scholars, and creative artists to contribute so much to human progress; and for all of us to know that we can turn to the courts to vindicate our fundamental civil rights. Unless the judiciary acts decisively, though, what was once beyond the pale will become a stark reality. Organizations and individuals alike will risk losing their right to be represented by

---

[14]     https://www.reuters.com/legal/government/trump-executive-order-seeks-law-firms-defend-police-officers-free-2025-04-29/.

the law firms of their choice, and a profound, lasting chill will be cast over cherished constitutional rights.

## **CONCLUSION**

For these reasons, this Court should affirm the District Court's rulings in favor of Plaintiffs-Appellees.

Dated: April 3, 2026

Respectfully submitted,

/s/ *Nathan P. Eimer*
Nathan P. Eimer
  *Counsel of Record*
Scott C. Solberg
Daniel D. Birk
Benjamin E. Waldin
Gregory M. Schweizer
Johnathan T. Hall
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
dbirk@eimerstahl.com
bwaldin@eimerstahl.com
gschweizer@eimerstahl.com
jhall@eimerstahl.com

*Attorneys for* Amici Curiae *Law Firms*

14

## <u>CERTIFICATE OF COMPLIANCE</u>

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 29(a)(5) and 32(a)(7) because the brief contains 3,022 words, excluding the parts of the brief exempt by Federal Rule of Appellate Procedure 32(f) and Circuit Rule 32(e)(1). This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

Dated: April 3, 2026                    /s/ *Nathan P. Eimer*

                                        Nathan P. Eimer
                                        *Counsel for* Amici Curiae *Law Firms*

15

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Court's CM/ECF system on April 3, 2026.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: April 3, 2026                    /s/ *Nathan P. Eimer*

Nathan P. Eimer
*Counsel for* Amici Curiae *Law Firms*

16

# APPENDIX A

*Amici Curiae* **Law Firms**

300degrees PLLC
Aaron C. de la Garza, PLLC
Abdnour Weiker LLP
Abramson & Morak
Advocate Law Group P.C.
AEON Law, PLLC
Aisha N. Smith Regulatory Law, PLLC
Ajamie LLP
Aldous Law
Ali & Lockwood LLP
ALR Civil Rights LLC
Altair Law LLP
Alto Litigation, PC
Altshuler Berzon LLP
Amis, Patel & Brewer, LLP
Anapol Weiss
Anderson & Kreiger LLP
Andolina Law
Andrus Wagstaff PC
ARCH Legal, P.C.
Arete Law Group PLLC
Arguedas, Cassman, Headley & Goldman LLP
Armond Wilson LLP
Arnold & Porter Kaye Scholer LLP
Arns Davis Law
Arrowood LLP
Arthur J. Lachman, Attorney at Law
Ascheman Law
Atheria Law PC
AVA Law Group
Avera & Smith, LLP
Aviso Legal Group LLP
Aviva Kamm Law PLLC
Aylstock Witkin Kreis & Overholtz, PLC

1

Bailey & Glasser LLP

Banashek Irving & McNutt, LLP

Bangos Law Firm, P.A.

Barber Law Group PC

Barnard Iglitzin & Lavitt LLP

Barrientos PC

Bassford Remele PA

Baughman Kroup Bosse PLLC

Beale, Micheaels, Slack & Shughart, P.C.

Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.

Beeman & Muchmore, LLP

Beldock Levine & Hoffman LLP

Benach Pitney Reilly LLP

Benedict Law Group PLLC

Bennett & Samios LLP

Berg Hill Greenleaf Ruscitti LLP

Berger Montague PC

Berman Tabacco

Berner Chawla, PLLC

Bernstein & Gordon LLP

Beveridge & Diamond, P.C.

Bharti Law Group, PLLC

Bienvenu Law Office

Binder & Schwartz LLP

Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP

Birnbaum & Godkin, LLP

Birrell Law Firm, PLLC

BLL LLP

Block & Leviton LLP

Blood Hurst & O'Reardon, LLP

Bloom Peters, LLC

Blue Dot Advocates, PBC

Blumberg Law Corporation

Bondurant, Mixson & Elmore LLP

Boro Law Firm

Botkin Chiarello Calaf PLLC

Bradley Bernstein Sands LLP

Brady Reilly & Cardoso, LLC

Bragança Law LLC

Brann & Isaacson

BraunHagey & Borden LLP

Bread & Roses Law Group

Bremer & Trollop Law Offices, S.C.

Breskin Johnson Trial Lawyers, PLLC

Brian L. Tannebaum, PA

Broadband Legal Strategies, LLC

BrotmanLaw PLLC

Brown & Peisch PLLC

Brown Counsel, LLC

Brown, Goldstein & Levy, LLP

Burgess Law PC

Burke, Williams & Sorensen, LLP

Burns Bair LLP

Byrd Davis Alden & Henrichson, LLP

Caballero Law LLLC

Cade Law Group LLC

Caffrey Hill, PLLC

Cairncross & Hempelmann, P.S.

Caldwell LLP

Cannon & Dunphy S.C.

Caplan Cobb LLC

Carney Bates & Pulliam, PLLC

Carrington, Coleman, Sloman & Blumenthal, L.L.P.

Casey Gerry Francavilla Blatt LLP

Casner & Edwards, LLP

Charhon Callahan Robson & Garza, PLLC

Charles J. Kettlewell LLC

Charles S. Tusa, PLLC

Chatillon Weiss PLLC

Choate, Hall & Stewart LLP

Christian Contreras Law, PLC

Ciccone Law, LLC

Ciresi Conlin LLP

Civil Rights Litigation Group

Clapp, Moroney, Vucinich, Beeman + Scheley

Clarick Gueron Reisbaum LLP

Clark Smith Villazor LLP

Clarke Johnston Thorp & Rice PPC

Clayman Rosenberg Kirshner & Linder LLP

Clean Energy Counsel, LLP

Clifford Law Offices, P.C.

Clinton & Peed

Coast Law Group, LLP

Coblentz Patch Duffy & Bass LLP

Cochran Law Group LLC

Cohen Hirsch, LP

Cohen Milstein Sellers & Toll PLLC

Cohen Williams LLP

Cohen&Green P.L.L.C.

Cohen, Placitella & Roth, P.C.

Cohen, Weiss and Simon LLP

Colantuono, Highsmith & Whatley, PC

Collado Law, LLC

Commins, Knudsen & Chou, P.C.

Complex Appellate Litigation Group LLP

Conn Kavanaugh Rosenthal Peisch & Ford, LLP

Connolly Law Offices, LLC

Conrad | Metlitzky | Kane LLP

Coogan Gallagher

Coopers LLP

Coppersmith Brockelman PLC

Corey B. Bearak, Esq.

Cornish & Dell'Olio, P.C.

Corr Cronin LLP

Correia & Puth, PLLC

Costin Marcus PLLC

Cotchett, Pitre & McCarthy, LLP

Cotsirilos, Poulos & Campbell, Ltd.

Covington & Burling LLP

Cowan DeBaets Abrahams & Sheppard LLP

Cowan, Liebowitz & Latman, P.C.

Cowdery, Murphy & Healy, LLC

Crain Brogdon, LLP

CRGO Law

Crowell & Moring LLP

Crowley Norman LLP

Cultural Heritage Partners, PLLC

Cummins & Cummins, LLP

Curcio Law, PLLC

Daar & Newman, a Professional Law Corporation

D'Amico & Pettinicchi, LLC

Danchuk Law, LLC

Dardarian Ho Kan & Lee

Daryl P. Brautigam, Attorney at Law

Davey & Goldman Law Firm

David Corbett PLLC

Davis Graham & Stubbs LLP

Davis Law New Mexico

Davis Levin Livingston

Davis Wright Tremaine LLP

Davis+Gilbert LLP

Davison Law, LLC

DEH Law, PLLC

Delegal, Poindexter & Underkofler, P.A.

DePaul Law, Inc.

Deutsch Hunt PLLC

Diane K. Vaillancourt, Attorney-at-Law

Dickenson, Peatman, & Fogarty, P.C.

DMC Law, LLC

Donahue Law Firm, PLLC

Donahue, Goldberg, Herzog & Davidson

Donald F. Carnes, P.C.

Dorsay & Easton LLP

Doyle Dennis Avery LLP

Dreher Law Firm

Dunn Isaacson Rhee LLP

Dyller & Solomon, LLC

Edelson PC

Edward J. McIntyre, Esq.

Edward L. White, PC

Edward R. Shaw, P.A.

Edwards Law

Ehrlich & Craig LLP

Eimer Stahl LLP

Elevare Law LLP

Elizabeth Daniel Law, PLLC

Elrod Friedman LLP

Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Equity Litigation Group LLP

Eric Maxfield Law, LLC

Erica McKinley, PLLC

Esler Stephens & Buckley LLP

Esseks Ingoglia

Estes Law Group

Evans Law Firm, Inc.

Ezkovich & Co., LLC

Farella Braun + Martel LLP

Faughnan Law, PLLC

Fegan Scott LLP

Feinberg, Jackson, Worthman & Wasow LLP

Ferrara & Gable, LLC

FG+G

Fick & Marx LLP

Finkel Law Group P.C.

Fisher Taubenfeld LLP

Fishman Haygood LLP

Foley Hoag LLP

Folger Levin LLP

Forsgren Fisher McCalmont DeMarea Tysver LLP

Fox & Robertson, PC

Fox Swibel Levin & Carroll LLP

Frank Freed Subit & Thomas LLP

Frankel PLLC

Frankfurt Kurnit Klein + Selz PC

Freedman Boyd Hollander & Goldberg P.A.

FreelandLaw LLP

Freshfields US LLP

Friedemann Goldberg Wargo Hess LLP

Friedlander Misler, PLLC

Friedman | Rubin, PLLP

Fritz Byrne, PLLC

FTW Law Group

Gainey Law, PLLC

Galarnyk & Associates, Ltd.

Gale Law Firm

Galiher DeRobertis & Waxman LLP

Gallagher LLP

Garland, Samuel & Loeb, P.C.

Garmey Law

gartner + bloom P.C.

Gass Arbitration

Gelber & Santillo PLLC

George Brothers Kincaid & Horton, L.L.P.

Gespass & Johnson

Getman, Sweeney & Dunn, PLLC

Gibbs & Bruns LLP

Gilbert LLP

Gingras, Thomsen & Wachs, LLP

GinsburgLaw PLLC

Girard Sharp LLP

Gish PLLC

Giskan Solotaroff & Anderson LLP

Gladstein, Reif & Meginniss, LLP

Glaser Weil Fink Howard Jordan & Shapiro LLP

Glasscox Law Firm, LLC

Glenn Agre Bergman & Fuentes LLP

Golden Law

Goldman Ismail Tomaselli Brennan & Baum LLP

Goodley McCarthy LLC

Goodman Corporate Law PLLC

Goodman Hurwitz & James, P.C.

Goodman Tovrov Hardy & Johnson LLC

Gordon & Saunders, PLLC

Gordon Thomas Honeywell LLP

Gordon Tilden Thomas & Cordell LLP

Goulston & Storrs PC

Grant & Eisenhofer, P.A.

Grant Austin, LLC

Gratz Law and Mediation PLLC

Graves, Dougherty, Hearon & Moody, P.C.

Gray & Associates, P.C.

Green & Willstatter

Greenbaum Olbrantz LLP

Greene Broillet & Wheeler, LLP

Greene Espel PLLP

Greenspun Shapiro Ginsberg & Yang PC

Griffin Frey, PLLC

Groombridge, Wu, Baughman & Stone LLP

Gross & Belsky P.C.

Grossman LLP

Grove Law LLP

Gupta Wessler LLP

Gustafson Gluek, PLLC

GVR Partners LLP

H.P. Williams Jr., PLLC

Haber | Blank

Haddon, Morgan and Foreman, P.C.

Hagens Berman Sobol Shapiro LLP

Hamilton Law and Mediation, PLLC

Hangley Aronchick Segal Pudlin & Schiller

Hanson Bridgett LLP

Hanson Crawford Crum Family Law Group LLP

Hanusz Law, PC

Harris St. Laurent LLP

Harris Winick Harris LLP

Hart McLaughlin & Eldridge LLC

Hausfeld LLP

Hayward PLLC

Hecker Fink LLP

Heller Huron Chertkof & Salzman pllc

Hendler Flores Law, PLLC

Hilliard Shadowen LLP

Hillis Clark Martin & Peterson P.S.

Hinman Legal P.C.

HKM Employment Attorneys LLP

Holland, Holland Edwards & Grossman, LLC

Holm Law Group, PC

Holwell Shuster & Goldberg LLP

Hone Law LLC

Hoq Law APC

Houlding Law PC

Hrbek Law LLC

Hubbard Snitchler & Parzianello PLC

Hughes Socol Piers Resnick & Dym, Ltd.

Human Rights Defense Center

Hurley McKenna & Mertz, P.C.

Hutchinson Black and Cook, LLC

Hykel Law, LLC

Icenogle & Boggins, PLLC

Iliff, Meredith, Wildberger & Brennan, P.C.

Incline Law Group, An Association of Attorneys

Injury Law Associates

Interlaken Law Group, PLLC

Internet Law Center Ltd.

J. Cantor Law

Jackson Sjoberg LLP

Jacobs & Dow, LLC

Jacobs & Schlesinger LLP

Jacobs Injury Law, SC

Jacobsen Law, PLC

Jacobson & Associates

Jaffe Counsel PLC

James & Hoffman, P.C.

James D. Leach Law Office

James D. Taylor, P.C., Attorneys & Counselors at Law

James Ellis Arden, Attorney at Law

Jason Wiener, p.c., a public benefit corporation

Jassy Vick Carolan LLP

Jaurigue Law Group

Jay Hailey Attorney PLLC

Jayne Law Group, P.C.

Jeff Rein Law

Jeffrey T. Heintz, Esq.

Jennifer F. Apitz, Attorney at Law

Jennifer M. French, APC

Joel L. Sogol, Attorney at Law

John A. Strait, Attorney at Law

John Vail Law, PLLC

Johnson & Klein Law

Johnson, Webbert & Beard, LLP

Jon Michael Smith, Attorney

Joseph Fox, Esq.

Judy Potter PA

Justice Law Collaborative, LLC

Kairys, Rudovsky, Messing, Feinberg & Lin LLP

Kaiser PLLC

Kaplan & Grady LLC

Kaplan Gore LLP

Kaplan Kirsch LLP

Kaplan Law Firm, PLLC

Kaplan Martin LLP

Kassel McVey

Kathryn Ross Law

Katsky Korins LLP

Katz Banks Kumin LLP

Kaufman Lieb Lebowitz & Frick LLP

KBM Law

Keenan & Bhatia, LLC

Keker, Van Nest & Peters LLP

Keller Benvenutti Kim LLP

Keller Grover LLP

Keller Rohrback L.L.P.

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

Kendall Brill & Kelly LLP

Kenneth M. Sigelman & Associates

Kenneth P. Tableman, P.C.

Kevin Kohls PLC

Kibler Fowler & Cave LLP

Kidd Law Firm, PLLC

Kieve Law Offices

11

Killmer Lane, LLP

Kingfisher Law APC

KKL LLP

Kline & Specter, PC

Klinedinst PC

Klubes Law Group

KO Law PC

Kohn, Kohn & Colapinto, LLP

Koskoff, Koskoff & Bieder PC

Kosloski Law, PLLC

Koslyn Law

Koss Firm APC

Kostelanetz LLP

Kramon & Graham, P.A.

Krantz & Berman LLP

Kreindler & Associates

Krevolin & Horst, LLC

Krokidas & Bluestein LLP

Kropf Moseley Schmitt PLLC

Kuras Legal, PLC

Kwall Barack Nadeau PLLC

Kwun Bhansali Lazarus LLP

L'Abbate Balkan Colavita & Contini, LLP

Lamitie Law LLC

Langer, Grogan & Diver P.C.

Langrock Sperry & Wool, LLP

Lansner & Kubitschek

Lapin Landa Nolan, LLP

Larkins Vacura Kayser LLP

Larsen Walters PLLC

Lasher Holzapfel Sperry & Ebberson PLLC

Law Forward, Inc.

Law Office of Alexis Haller, P.C.

Law Office of Anne Garrett PC

12

Law Office of Anya Goldstein

Law Office of Barry M. Wolf

Law Office of Chun T. Wright, PLLC

Law Office of Darlene Bagley Comstedt

Law Office of Dawn Brewer

Law Office of Dicky Grigg, PC

Law Office of Elisabeth Ames

Law Office of Elizabeth Kelley

Law Office of Eric A. Marshall

Law Office of Gail Shifman

Law Office of Ihsan Dogramaci PLLC

Law Office of Jack Vetter

Law Office of Janet L. Brewer

Law Office of Jeffrey R. Boxer

Law Office of Jim Norman, PLLC

Law Office of John D. Cline

Law Office of Joshua Katz

Law Office of Lewis Chimes, LLC

Law Office of Lisa C. Lambert

Law Office of M. Suzanne Molley

Law Office of Mark S. Mishler, P.C.

Law Office of Michael Lumer

Law Office of Michael R. Marrinan

Law Office of Nanci Clarence

Law Office of Peter J. Heflin

Law Office of Rebecca E. Ary

Law Office of Richard E. Johnson

Law Office of Richard J. Davis

Law Office of Rose M. Weber

Law Office of Stephen Chahn Lee, LLC

Law Office of Susan F. Zinder, PLLC

Law Office of Susan Mindenbergs

Law Office of Thomas M. Ryan

Law Office of Timothy Black

Law Offices of Alex J. Higgins, PLLC
Law Offices of Andrew Marks PLLC
Law Offices of Arlan A. Cohen
Law Offices of Arthur Thomas Donato Jr.
Law Offices of Brett D. Colacurcio
Law Offices of Clemente Franco, APC
Law Offices of David M. Zeff
Law Offices of David P. Sheldon, PLLC
Law Offices of Deborah LaBelle
Law Offices of Dena Alo-Colbeck
Law Offices of Donald V. Smiley, APC
Law Offices of Evan A. Jenness
Law Offices of Gerry Weber, LLC
Law Offices of Greg Rosenfeld, P.A.
Law Offices of Gregory S. Smith
Law Offices of Jacqueline S. Jacobson
Law Offices of Johanna J. Raimond Ltd.
Law Offices of Jonathan G. Stein
Law Offices of Joseph M. McMullen
Law Offices of Julia S. Gold, A.P.C.
Law Offices of Karen A. Klein
Law Offices of Mark P. Zimmett
Law Offices of Melissa A. Weinberger
Law Offices of Paul H. Stevenson
Law Offices of Paul Weich
Law Offices of Peter Goldman, LLC
Law Offices of Richard E. Grayson
Law Offices of Richard M. Steingard
Law Offices of Robert D. Richman LLC
Law Offices of Robert Wallenstein
Law Offices of Seth P. Chazin
Law Offices of Ted B. Wacker
Law Offices of Thomas S. Salinger, A.P.C.
Law Offices of Timothy J. Swift, APC

14

Law Offices of William J. Sweeney, Jr. LLC

Lawyers For the Rule of Law

LeGrand Law PLLC

Leichtman Law PLLC

Lenzo & Reis, LLC

Lerch, Early & Brewer

Leung Law PLLC

LeVan Law LLC

Levi Merrithew Horst PC

Levin & Perconti

Levine Lee LLP

Lewis & Lin LLC

Lewis Baach Kaufmann Middlemiss PLLC

Lex Lumina LLP

Libby Hoopes Brooks & Mulvey, P.C.

Liebenson Law

Liedel Law Group

Lieff Cabraser Heimann & Bernstein, LLP

Lighthouse Litigation PLLC

Linda E. Spiegel, Esq., Attorney at Law

Lisa Cahill PLLC

Liston Abramson LLP

Littlepage Booth

Lockridge Grindal Nauen PLLP

Loevy & Loevy

Loftus & Eisenberg, Ltd.

Lohr Law Office LLC

Long & Levit, LLP

Lorens and Associates, APLC

Louis P. Pfeffer P.A.

LoVerde Law, LLC

Lowrey Parady Lebsack DeFazio, LLC

Luby Law & Mediation Services, PLLC

Lynn Pinker Hurst & Schwegmann

15

MacDonald Hoague & Bayless

Manatt, Phelps & Phillips, LLP

Mancini Shenk LLP

Marino, Tortorella & Boyle, P.C.

Markowitz Herbold PC

Marshall & Saunders, P.S.

Marziani, Stevens & Gonzalez PLLC

Maslon LLP

Massey & Gail LLP

Maxson Mago & Macaulay, LLP

McBride Law LLC

McCandlish Holton, PC

McCracken, Stemerman & Holsberry LLP

McCurdy & Eichstadt, P.C.

McDowell Rackner Gibson PC

McGill & Co., P.C.

McGreevy Law, LLC

McGuinn, Hillsman & Palefsky

McHugh Law, PLLC

McKenzie Scott PC

McLane Middleton

McLane, Bednarski & Litt, LLP

McNaul Ebel PPLC

Mehri & Skalet, PLLC

Melnik Legal PLLC

Meltzer Hellrung LLC

Meyers Nave

MGL LLP

Michael Bobseine, Attorney at Law

Michael Broad, Attorney at Law

Miller Korzenik  Rayman LLP

Miller Law LLC

Miller Nash LLP

Miller Shakman Levine & Feldman LLP

Miller, Miller & Canby

Miner, Barnhill & Galland, P.C.

Minton, Bassett, Flores & Carsey, P.C.

Monahan Law Group, LLC

Monchamp Meldrum LLP

Moses & Moses, P.C.

Moskowitz Colson Ginsberg & Schulman LLP

Motley Rice LLC

Moya Law Firm

Much Shelist, P.C.

Mullen Law Firm

Nace Law Group Accident & Injury Lawyers

Nachawati Law Group PLLC

Nachlis | Cohade | Lopez-Whitaker, LLP

Nathan A. Fluter & Associates, PLLC

Nathan A. Holcomb Esq., PC

Neal, Gerber & Eisenberg LLP

Neill Schwerin Boxerman, P.C.

Nelson & Fraenkel LLP

Nelson Defense Group, LLC

Newman | McNulty LLC

Nichols Kaster, PLLP

Nolan Heimann LLP

Northern Justice Project, LLC

Odin Law and Media

Ogborn Mihm, LLP

O'Keefe & O'Keefe LLP

Olivier & Schreiber PC

Olson Grimsley Kawanabe Hinchcliff & Murray LLC

Olson Remcho LLP

O'Malley & Madden, P.C.

Orange Law Offices, P.C.

Orchard Ridge Advisory, LLC

Orsus Gate LLP

17

Outten & Golden LLP

Pacific Northwest Law LLP

Pacifica Law Group LLP

PacLaw Group

Pahlke Law, PLLC

Palmer Mediation LLC

Paradigm Counsel LLP

Paradise Law Group, PC

Parker Lipman LLP

Parker Pohl LLP

Pashman Stein Walder Hayden, P.C.

Patrick Doerr LLP

Patterson Belknap Webb & Tyler LLP

Patterson Harkavy LLP

Peiffer Wolf Carr Kane Conway & Wise, LLP

Pelosi Wolf Spates LLP

Perdue & Kidd, LLP

Persyn Law & Policy

Peter L. Conway, P.C.

Peter Romer-Friedman Law PLLC

Petrillo Klein + Boxer LLP

Pfeiffer Rudolf PA

Pierson Ferdinand LLP

Pilgrim Christakis LLP

Pines Bach LLP

Pitt McGehee Palmer Bonanni & Rivers P.C.

Plaskov Prescott & Moore, LLP

Plata Law Group LLC

Podhurst / Orseck

Price Law, LLC

Prochaska Law Firm

Purchase, George & Murphey, P.C.

Puryear and Lingle, P.L.L.C.

Rafferty Domnick Cunningham Yaffa

Rainier Vista Law Group

Rathod Mohamedbhai LLC

Reeves & Brightwell LLP

REH Legal, APC

Reitler Kailas & Rosenblatt LLP

Rekhi & Wolk, P.S.

Relman Colfax PLLC

Richard LaFond, P.C.

Richards Carrington, LLC

Richardson Thomas, LLC

Riley Safer Holmes & Cancila LLP

Rimon, P.C.

Ringstrom DeKrey PLLP

RisCassi & Davis, P.C.

Ritz Clark & Ben-Asher LLP

Riverside Northwest Law Group, PLLC

Riviera Law and Mediation

Robb & Robb LLC

Robbins LLP

Roberson & Roberson P.A.

Robert A. Cole, Attorney at Law

Roberts Disability Law, P.C.

Robin Potter & Associates, P.C.

Rogers Joseph O'Donnell P.C.

Romanucci & Blandin LLC

Rosen Bien Galvan & Grunfeld LLP

Rosenberg Martin Greenberg, LLP

Rosenwein Law Group

Rosing Pott & Strohbehn LLP

Rossbach Law, P.C.

Rothner, Segall & Greenstone

Rothstein Donatelli LLP

Roxanne Conlin & Associates P.C.

Rudy, Exelrod, Zieff & Lowe, LLP

Ruiz & Smart LLP

Russ Perisho, PLLC

Russell & Woofter LLC

Sack Rosendin Inc.

Salahi PC

Sall Spencer Callas & Krueger, ALC

Salvatore Prescott Porter & Porter, PLLC

Sanchez Daniels & Hoffman LLP

Sanderford & Carroll, PC

Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.

Sanger, Hanley, Sanger & Avila, LLP

Sarafa Zellan PLLC

Sarah Lewerenz, Attorney at Law

Schindler Cohen & Hochman LLP

Schonbrun Seplow Harris Hoffman & Zeldes, LLP

Schroeter, Goldmark & Bender, P.S.

Schwabe, Williamson & Wyatt, P.C.

Scott A. Korenbaum, Esq.

Scott J. Tepper APC

Seals Phillips LLP

Searcy Denney Scarola Barnhart & Shipley, P.A.

Seeskin Law LLC

Segal & Amos, PLLC

Segal & Laska, LLC

Selendy Gay PLLC

Selzer Gurvitch Rabin Wertheimer & Polott, P.C.

Sentner Safran LLP

Sercarz & Riopelle, LLP

Serpe LLC

Seyfarth Shaw LLP

Shades of Gray Law, P.C.

Shaheen & Gordon, P.A.

Shartsis Friese LLP

Sher Edling LLP

Sher Tremonte LLP

Sherin and Lodgen LLP

Shinder Cantor Lerner LLP

Shipman & Goodwin LLP

Shreefer Law Firm, LLC

Shute, Mihaly & Weinberger LLP

Sideman & Bancroft LLP

Singleton Schreiber LLP

Siro Smith Dickson PC

Sitara Human Rights Law

Sive, Paget & Riesel, P.C.

SL Phillips Law pllc

Slager Madry LLC

Slarskey LLC

Slater Legal PLLC

Slaton Roebuck, PLLC

Smith & Marjanovic Law, LLC

Smith Mullin, P.C.

Smith Partners PLLP

SMN Law APC

Smoger & Associates

Smoot Law Firm, P.C.

Sniderman Law

Solomon Appeals, Mediation & Arbitration

Solow, PLLC

Sommerman, McCaffity, Quesada & Geisler, LLP

Spark Justice Law LLC

Spaulding McCullough & Tansil LLP

Spear Wilderman, P.C.

Spera Law Group, LLC

Sperling Kenny Nachwalter, LLC

Spertus, Josephs & Minnick, LLP

Spiegel & McDiarmid LLP

Spivak Lipton LLP

21

SpyHop Law PLLC

Stapleton Segal Cochran LLC

Stark & Stark PC

Stearns Weaver Miller

Sterne, Kessler, Goldstein & Fox PLLC

Steven B. Piser, A.P.C.

Steven Williams Law, P.C.

Stoel Rives LLP

Stoll Stoll Berne Lokting & Shlachter PC

Strange LLP

Strehorn, Ryan & Hoose

Stueve Siegel Hanson LLP

Stulberg & Walsh, LLP

Summit Law Group, PLLC

Swan Employment Law

Tabet DiVito & Rothstein LLC

Tabitha Myers Law PLLC (Midtown Law)

Tai Park PLLC

Tatro & Thorpe, LLP

Taus, Cebulash & Landau, LLP

TCamp PLLC

Terance P. Perry & Associates

Terrell Marshall Law Group PLLC

Terris, Pravlik & Millian, LLP

Teske Law PLLC

The Advani Law Firm

The Avanzado Law Firm, APLC

The Beck Law Firm

The Bronson Firm APC

The Burchett Law Firm, PC

The Coopersmith Law Firm, LLP

The Coppola Firm

The deRubertis Law Firm, APC

The Employment Law Group, P.C.

22

The Fierberg National Law Group, PLLC

The Jeff Scott Olson Law Firm, S.C.

The Josh Greenberg Law Firm PLLC

The Kelley Firm, PLLC

The Krudys Law Firm, PLC

The Law Office of Alex Coolman

The Law Office of Becky Beaver

The Law Office of Christopher M. Goodman PLLC

The Law Office of Christy O'Connor

The Law Office of Marlo P. Cadeddu, PC

The Law Office of Timothy J. Deffet

The Law Office of William Hornsby

The Law Offices of Aaron M. Lukoff & Associates, PLLC

The Law Offices of Brian M. Pomerantz

The Law Offices of Eric J. Moutz, LLC

The Law Offices of John Burton

The Law Offices of Paul Glusman

The Law Offices of Peter Swarth

The Maddox Firm LLC

The Monts Firm

The Noble Law Firm

The Norton Law Firm PC

The Porter Law Firm, PLLC

The Prinz Law Firm, P.C.

The Ringler Law Firm

The Rossman Firm, LLC

The Ryder Law Firm, LLC

The Schaps Law Office, A.P.C.

The Seltzer Law Firm

Thede Culpepper Moore Munro & Silliman LLP

Thomas D. Walker, Attorney at Law

Thomas Law LLC

Tim Lyons Law, PLLC

Tin Fulton Walker & Owen, PLLC

23

Tjong & Hsia LLP

TLO LAW, P.C.

Todd & Weld LLP

Tonkon Torp LLP

TottisLaw

Trine Law Firm LLC

Trister, Ross, Schadler & Gold, PLLC

Tucker Law Group, LLC

Tymann, Davis & Duffy LLP

Untiedt Dabdoub, PLLC

Valentine Austriaco & Bueschel, P.C.

Van Kampen Law, P.C.

Vanaman German LLP

Varlack Legal Services

Verso Law Group LLP

Victor M. Glasberg & Associates

VII & IX, A Professional Law Corporation

Vinick Hyams LLP

Visible Law LLC

Vladeck, Raskin & Clark, PC

Volin Employment Law, PLLC

Walden Macht Haran & Williams LLP

Walkup Melodia Kelly & Schoenberger

Wallen Law PC

Wang Hecker LLP

Waples & Hanger

Washington Employment Benefits Advocates, PLLC

Waters Kraus Paul & Siegel

Waymaker LLP

Weddle Law PLLC

Weissman & Mintz LLC

Weitz & Luxenberg, P.C.

Welsh & Recker, P.C.

Whistleblower Partners LLP

White & Stradley, PLLC

Whitney & Schowalter, LLC

Wickman & Wickman, Attorneys at Law

Wiggin and Dana LLP

Wilkinson Stekloff LLP

Willenson Law, LLC

William D. Shapiro Law, Inc.

Williams Oinonen LLC

Wilson Turner Kosmo LLP

Windy City Trial Group, Inc.

Winebrake & Santillo, LLC

Wisniewski & Associates, LLC

Withers Bergman LLP

Wocl Leydon LLC

Wolf & Oxley PLLC

Wong Sung Law

Work/Environment Law Group

Yetter Coleman LLP

Yow PC

Zalkind Duncan & Bernstein LLP

Zimmer, Citron & Clarke LLP

Zimmerman Reed LLP

Zitrin Law Office, San Francisco, CA

Zucker Law Group, LLP

Zukerman Gore Brandeis & Crossman, LLP

ZwillGen PLLC