ORAL ARGUMENT SCHEDULED ON MAY 14, 2026

Nos. 25-5241, 25-5265, 25-5277, 25-5310

In the United States Court of Appeals
for the District of Columbia Circuit

PERKINS COIE LLP,
PLAINTIFF-APPELLEE

*v.*

U.S. DEPARTMENT OF JUSTICE, ET AL.
DEFENDANTS-APPELLANTS

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA*

NOTICE OF INTENT OF AMERICAN CIVIL LIBERTIES UNION,
AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF
COLUMBIA, CATO INSTITUTE, ELECTRONIC FRONTIER
FOUNDATION, FOUNDATION FOR INDIVIDUAL RIGHTS AND
EXPRESSION, KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY, NATIONAL COALITION AGAINST
CENSORSHIP, REPORTERS COMMITTEE FOR THE
FREEDOM OF THE PRESS, RUTHERFORD INSTITUTE, AND
SOCIETY FOR THE RULE OF LAW TO APPEAR AS *AMICI
CURAE* IN SUPPORT OF APPELLEES

Arthur B. Spitzer
Scott Michelman
Laura K. Follansbee
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF THE DISTRICT OF
 COLUMBIA
529 14th Street, NW, Ste. 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org

*Counsel for* Amici Curiae

Brian Hauss
Ben Wizner
Cecillia D. Wang
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
bhauss@aclu.org

*Counsel for* Amici Curiae

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Circuit Rule 26.1(a) and Federal Rule of Appellate Procedure 29(a)(4)(A), *Amici curiae* American Civil Liberties Union, American Civil Liberties Union of the District of Columbia, Cato Institute, Electronic Frontier Foundation, Foundation for Individual Rights and Expression, Knight First Amendment Institute at Columbia University, National Coalition Against Censorship, Reporters Committee for Freedom of the Press, Rutherford Institute, and Society for the Rule of Law state that they do not have a parent corporation and that no publicly held corporation owns 10% or more of their stock.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF AMICI CURAIE

Pursuant to Circuit Rule 29(b), *amici* respectfully submit notice to the Court of intent to file an amicus brief in support of Plaintiffs-Appellees and affirmance.

*Amici* are legal advocacy organizations from across the ideological spectrum that have in common an abiding commitment to the Constitution and the liberties it protects. We write to set out the ways in which the First Amendment, the separation of powers, and due process rights prohibit the President's orders sanctioning Plaintiffs-Appellees for their protected legal advocacy.

All parties have consented to *amici's* filing of this brief.

| | |
|---|---|
| DATE: April 3, 2026 | Respectfully submitted, |
| Arthur B. Spitzer | */s/* Brian Hauss |
| Scott Michelman | Brian Hauss |
| Laura K. Follansbee | Ben Wizner |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA | Cecillia D. Wang |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 529 14th Street, NW, Ste. 722 | 125 Broad Street, 18th Floor |
| Washington, D.C. 20045 | New York, NY 10004 |
| (202) 457-0800 | (212) 549-2500 |
| aspitzer@acludc.org | bhauss@aclu.org |
| *Counsel for* Amici Curiae | *Counsel for* Amici Curiae |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I electronically filed the foregoing notice with the Clerk of the Court of the U.S. Court of Appeals for the D.C. Circuit by using the Appellate CM/ECF system which will send notice to all counsel who are registered CM/ECF users.

*/s/* Brian Hauss
Brian Hauss