SCHEDULED FOR ORAL ARGUMENT MAY 14, 2026

Nos. 25-5241, 25-5265, 25-5277, 25-5310

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERKINS COIE LLP, <br> *Plaintiff–Appellee,* <br> v. <br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br> *Defendants–Appellants.* | No. 25-5241 |
| JENNER & BLOCK LLP, <br> *Plaintiff–Appellee,* <br> v. <br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br> *Defendants–Appellants.* | No. 25-5265 |
| WILMER CUTLER PICKERING HALE AND DORR LLP, <br> *Plaintiff–Appellee,* <br> v. <br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br> *Defendants–Appellants.* | No. 25-5277 |
| SUSMAN GODFREY LLP, <br> *Plaintiff–Appellee,* <br> v. <br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br> *Defendants–Appellants.* | No. 25-5310 |

**NOTICE OF INTENT TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF
PLAINTIFFS-APPELLEES AND AFFIRMANCE**

The Norton Law Firm PC
George C. Harris
*Counsel of Record*
gharris@nortonlaw.com
Josephine K. Petrick
Gil Walton
Hayley Landman
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, CA 94612
510-906-4900

ATTORNEYS FOR AMICI CURIAE

# DISCLOSURE STATEMENT

Pursuant to Rule 26.1(a) of the Federal Rules of Appellate Procedure and Circuit Rules 26.1 and 28(a)(1)(A), Amici state they are individuals and have nothing to disclose.

Dated: April 3, 2026                THE NORTON LAW FIRM PC

*/s/ George C. Harris*

George C. Harris
Attorneys for Amici Curiae

## NOTICE OF INTENT TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), Amici respectfully submit notice to the Court of their intent to file a brief in support of Plaintiffs–Appellees in the above-captioned consolidated cases. Amici are comprised of attorneys who formerly practiced at prominent law firms. of the list of Amici is attached hereto in the Appendix.

All parties have consented to Amici's filing of the brief.

Pursuant to D.C. Circuit Rule 29(d), counsel for Amici certify that a separate brief is necessary. Amici are former partners and associates at AmLaw 200 firms who draw on decades of firsthand experience with large-firm governance, business models, and dynamics the Executive Orders exploit. Their brief addresses a structural vulnerability in prominent law firms—the dependence of transactional practices on federal regulatory approvals—that is not addressed in the district court opinions and that Amici are uniquely situated to explain.

The climate of apprehension the Executive Orders have created within the legal profession has made coordination among potential amici particularly difficult; many prospective filers are weighing

2

institutional and professional considerations that may delay their

decisions until shortly before the filing deadline. Because the identities

and arguments of other amici supporting Appellees were not known to

counsel in advance of filing, coordination to produce a joint brief was not

practicable.

Dated: April 3, 2026

Respectfully submitted,

THE NORTON LAW FIRM PC

*/s/ George C. Harris*

George C. Harris
  *Counsel of Record*
Attorneys for Amici Curiae

3

## APPENDIX—LIST OF AMICI

George Abele is a retired partner at Paul Hastings LLP.

William F. Abrams is a former partner at Orrick, Herrington & Sutcliffe, Pillsbury Winthrop Shaw Pittman, King & Spalding LLP, and Steptoe LLP, and a retired Consulting Professor at Stanford University.

Filiberto Agusti is a retired partner at Steptoe LLP.

Carl Anduri is a former partner at Morrison & Foerster LLP and former president of the law firm network Lex Mundi.

Rudolph F. Aragon is a retired partner at White & Case LLP.

Michael J. Baker is a retired partner at Arnold & Porter.

Al Bedecarre is a retired partner at Quinn Emanuel Urquhart & Sullivan, LLP.

Jim Bennett is a former parter at Morrison & Foerster, LLP and current partner at The Norton Law Firm, PC.

Jeff Bleich is a former partner at Munger, Tolles & Olson LLP and Dentons.

Ruth Borenstein is a retired partner at Morrison & Foerster LLP.

Michael Carlson is a retired partner at Morrison & Foerster LLP and Schnader Harrison Segal & Lewis LLP.

Andrew Chang is a former associate at Gibson Dunn and former general counsel of DreamWorks Animation SKG, Inc.

Esther Chang is a former counsel at Morrison & Foerster LLP and current partner at The Norton Law Firm, PC.

Cedric Chao is a former partner at Morrison & Foerster LLP and DLA Piper LLP.

John W. Crittenden is a retired partner at Cooley LLP.

Mark Danis is a former partner at Morrison & Foerster LLP and former Deputy General Counsel at The Clorox Company.

Scott Edelman is a retired partner at Gibson, Dunn & Crutcher LLP.

Ken Fitzgerald is a former partner at Latham & Watkins LLP.

Paul Flum is a retired partner at Morrison & Foerster LLP.

Steve Friedlander is a former partner at Cooley LLP and current President of SV Employment Law Firm PC.

Angel Garganta is a retired partner at Venable, LLP and former partner of Arnold & Porter and Bingham McCutchen LLP.

Jon Geier is a former partner of Paul Hastings LLP.

Thomas C. Geiser is a former partner at Brobeck Phleger & Harrison LLP and former General Counsel of WellPoint Health Networks Inc.

Patricia K. Gillette is a former partner at Heller Ehrman and Orrick, Herrington & Sutcliffe.

David Gold is a retired partner at Morrison & Foerster LLP.

Karen Hagberg is a retired partner at Morrison & Foerster LLP.

Bree Hann is a former partner at Bingham McCutchen, former Assistant General Counsel at SolarCity Inc., former Associate General Counsel at Tesla Inc., and founding partner of The Norton Law Firm, PC.

Jim Hough is a retired partner at Morrison & Foerster LLP.

Michael Jacobs is a retired partner and former managing partner at Morrison & Foerster LLP.

Paul Jahn is a retired partner at Morrison & Foerster LLP.

A.C. Johnston is a retired partner at Morrison & Foerster LLP.

Michael Kass is a former partner at Pillsbury, Winthrop, Shaw, Pittman LLP and current partner at Rodriguez Wright LLP.

Terry Kee is a retired partner at Pillsbury Winthrop LLP, now known as Pillsbury, Winthrop, Shaw, Pittman LLP.

Robert Kelly is former associate at Gibson, Dunn & Crutcher LLP and former general counsel of Quibi.

Katherine Kendrick is a former associate at Latham & Watkins LLP and former general counsel of DreamWorks Animation SKG.

John Kennedy is a former partner at Dewey & LeBoeuf, Morrison & Foerster LLP, and LeBoeuf, Lamb, Greene & MacRae LLP .

Charles Kerr is a retired partner at Morrison & Foerster LLP.

James Kirkham is a retired partner at Pillsbury, Madison and Sutro, now known as Pillsbury, Winthrop, Shaw, Pittman LLC.

6

Thomas Klein is a former partner at Orrick, Herrington & Sutcliffe.

Nancy J. Koch is a former partner at Farella Braun + Martel LLP.

Serge Kogan is a former associate at Jones Day, Latham & Watkins LLP, and Chadbourne & Parke LLP.

Karl Kramer is a retired partner at Morrison & Foerster LLP and former partner at Brown & Bain PA.

Jack Lahr is a retired partner of Foley & Lardner LLP.

Sandra A. Lambert is a former partner at Farella Braun + Martel LLP.

Scott Lawson is a former partner at Quinn Emanuel Urquhart & Sullivan, LLP and Greenberg Traurig, LLP.

Samuel M. Leaf is a former associate at Willkie Farr & Gallagher LLP and O'Melveny & Meyers LLP, and is currently at The Law Office of Samuel M. Leaf.

Carrie LeRoy is a former partner of Gibson Dunn & Crutcher LLP and White & Case LLP and counsel at Skadden, Arps, Slate, Meagher & Flom LLP.

Steve Lowenthal is a retired partner at Farella Braun + Martel LLP.

Mary McCutcheon is a former partner at Farella Braun + Martel LLP.

Harold McElhinny is a retired partner and former managing partner at Morrison & Foerster LLP.

Andrew Monach is a retired partner at Morrison & Foerster LLP.

Richard V. Normington is a former counsel at King & Spaulding LLP.

Fred Norton is a former partner at Boies Schiller & Flexner LLP, former Deputy General Counsel of SolarCity Inc., former Deputy General Counsel of Tesla Inc., and founding partner of The Norton Law Firm, PC.

Matthew Ohlheiser is a former associate at Cozen O'Connor.

Mark Petersen is a former partner at Farella Braun + Martel LLP and general counsel of Ophirex.

Matthew Poppe is a former partner at Orrick, Herrington & Sutcliffe LLP and Rimon PC.

Celine Purcell is a former associate at Wilson Sonsini Goodrich & Rosati LLP.

Sheldon Quan is a former associate at Wilson Sonsini Goodrich & Rosati LLP.

Mitchell Randall is a former partner at Morrison & Foerster LLP and former General Counsel of Recurrent Energy and Hornblower Group.

Rick Raushenbush is a former partner at Latham & Watkins LLP.

Wendy Ray is a former partner at Morrison & Foerster LLP and current partner at The Norton Law Firm, PC.

Thomas Reddy is a former partner at McCutchen Doyle Brown & Enerson LLP and Bingham McCutchen LLP.

Pam Reed is a retired partner and former managing partner at Morrison & Foerster LLP.

Cynthia Remmers is a former partner at Orrick, Herrington & Sutcliffe and former in-house counsel at Intel Corporation.

Jordan Rose is retired counsel at Manatt, Phelps and Phillips and a former partner at Bronson, Bronson & McKinnon.

Michael Rugen is a retired partner at Sidley Austin LLP and former partner at Heller, Ehrman, White & McAuliffe LLP.

Don Rushing is a retired partner at Morrison & Foerster LLP.

Roibin Ryan is a former partner at Kirkland & Ellis and Jenner & Block.

Claude Stern is a former equity partner of Quinn, Emanuel, Urquhart & Sullivan, where he was Managing Partner of the firm's Silicon Valley Office and Co-Chair of the Intellectual Property Litigation practice, and former partner at Fenwick & West.

Robert Townsend is a former partner at Morrison & Foerster LLP, where he was Chair of the Compensation Committee, Business Department, and M&A practice.

Nathan Walker is a former partner at WilmerHale, former associate at Wilson Sonsini Goodrich & Rosati LLP, and a current partner at The Norton Law Firm, PC.

Brad Weirick is a retired partner at Gibson, Dunn & Crutcher LLP.

Clarissa Weirick is a former associate at Gibson, Dunn & Crutcher LLP and retired General Counsel of NBCUniversal Filmed Entertainment Group and Warner Bros. Home Entertainment Group.

Edward A. Woods is a retired partner at Akin Gump Strauss Hauer & Feld LLP.

Jonathan Zavin is a retired partner at Loeb & Loeb, LLP.

Mark C. Zebrowski is a retired partner at Morrison & Foerster LLP.