# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Perkins Coie LLP

**v.**

Department of Justice et al.

**Case No:** 25-5241, 25-5265, 25-5277, 25-5310

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

See attached.

### Counsel Information

Lead Counsel: Kendra K. Albert

Direct Phone: ( 203 ) 424-0382   Fax: ( ___ ) _____ -   Email: kendra@albertsellars.law

2nd Counsel:

Direct Phone: ( ___ ) _____ -   Fax: ( ___ ) _____ -   Email:

3rd Counsel:

Direct Phone: ( ___ ) _____ -   Fax: ( ___ ) _____ -   Email:

Firm Name: Albert Sellars LLP

Firm Address: 769 Centre Street, Suite 199, Boston, MA 02130

Firm Phone: ( 617 ) 286-6886   Fax: ( ___ ) _____ -   Email: firm@albertsellars.law

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

| Save | Reset Form | Print Form |

*Amici Curiae* **Represented**

1. Floyd Abrams

2. Seth D. Berlin

3. David J. Bodney

4. Chad R. Bowman

5. Jay Ward Brown

6. Matthew S.L. Cate

7. John C. Greiner

8. Lee Levine

9. Jennifer Ann Dukarski

10. Anna Kaul

11. Ashley Kissinger

12. Maxwell S. Mishkin

13. Lynn B. Oberlander

14. Lauren P. Russell

15. Isabella Salomão Nascimento

16. Jacquelyn N. Schell

17. David A. Schulz

18. Elizabeth Seidlin-Bernstein

19. Alia L. Smith

20. Michael D. Sullivan

21. Thomas Sullivan

22. Charles D. Tobin

23. Saumya Vaishampayan

24. The Press Freedom Defense Fund

25. CalMatters

26. The Center for Investigative Reporting, Inc.

27. Defending Rights and Dissent

28.  Emmerich Newspapers, Inc.

29. The First Amendment Coalition

30. The Forum for Constitutional Rights

31. Free Press

32. Freedom of the Press Foundation

33. Journalism Funding Partners

34. Media Alliance

35. National Press Photographers Association

36. New England First Amendment Coalition

37. Online News Association

38. Project On Government Oversight

39. Public Knowledge

40. Reporters Without Borders, Inc. (RSF)

41. The Signals Network, Inc.

42.  Zansberg Beylkin LLC