# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Perkins Coie LLP

**v.**

U.S. Department of Justice, et al.

**Case No:** 25-5241, 25-5265, 25-5277,⊞

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ⊙ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

NAACP Legal Defense & Educational Fund, In⊞

### Counsel Information

Lead Counsel: Christopher Kemmitt

Direct Phone: ( 202 ) 216-5568  Fax: (____) _____  Email: ckemmitt@naacpldf.org

2nd Counsel:

Direct Phone: (____) _____-_____  Fax: (____) _____-_____  Email:

3rd Counsel:

Direct Phone: (____) _____-_____  Fax: (____) _____-_____  Email:

Firm Name: NAACP Legal Defense & Educational Fund, Inc.

Firm Address: 700 14th Street NW, Suite 600, Washington, DC 20005

Firm Phone: ( 202 ) 682-1300  Fax: ( 202 ) 682-1312  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)