# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Perkins Coie LLP

**v.**

Department of Justice et al.

**Case No:** 25-5241, 25-5265, 25-5277, 25-5310

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained   ○ Pro Bono   ○ Appointed (CJA/FPD)   ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Former Senior Government Officials (see attached)

### Counsel Information

Lead Counsel: Amy Jeffress

Direct Phone: ( 202 ) 742-2655   Fax: ( ___ ) ___-___   Email: ajeffress@heckerfink.com

2nd Counsel:

Direct Phone: ( ___ ) ___-___   Fax: ( ___ ) ___-___   Email:

3rd Counsel:

Direct Phone: ( ___ ) ___-___   Fax: ( ___ ) ___-___   Email:

Firm Name:   Hecker Fink LLP

Firm Address: 1050 K Street NW, Suite 1040

Firm Phone: ( 212 ) 763-0883   Fax: ( 212 ) 564-0883   Email: ajeffress@heckerfink.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## List of Amici Curiae

Donald Ayer: Deputy Attorney General (1989-1990); Principal Deputy Solicitor General (1986-1988); U.S. Attorney, Eastern District of California (1982-1986)

John B. Bellinger III: Legal Adviser, U.S. Department of State (2005-2009); Senior Associate Counsel to the President and Legal Adviser, National Security Council (2001-2005)

Gregory Craig: Counsel to the President (2009-2010); Assistant to the President and Special Counsel (1998-1999)

Ambassador Nancy H. Ely-Raphel: Senior Advisor to the Secretary of State (2001-2003); U.S. Ambassador to Slovenia (1998-2001)

Stuart Gerson: Acting Attorney General of the United States (1993); Assistant Attorney General (Civil) (1989-1993)

Secretary Chuck Hagel: Secretary of Defense (2013-2015); Co-Chairman, President's Intelligence Advisory Board (2009-2013); U.S. Senator from Nebraska (1997-2009)

Avril Haines: Director of National Intelligence (2021-2025); Deputy National Security Advisor (2015-2017)

Conrad K. Harper: Legal Adviser, U.S. Department of State (1993-1996)

General Michael Hayden: Director of the Central Intelligence Agency (2006-2009); Principal Deputy Director of National Intelligence (2005-2006); Director of National Security Agency (1999-2005)

Peter Keisler: Acting Attorney General (2007); Assistant Attorney General (Civil) (2003-2007)

Alan Kreczko: Legal Adviser, National Security Council (1992-1997)

John M. Mitnick: General Counsel, U.S. Department of Homeland Security (2018-2019); Associate Counsel to the President (2005-2007)

Ambassador Thomas R. Pickering: U.S. Ambassador to United Nations (1989-1992); U.S. Ambassador to Russia (1993-1996); U.S. Ambassador to India (1993-1996); U.S. Ambassador to Israel (1985-1988); U.S. Ambassador to Jordan (1974-1978); Undersecretary of State for Political Affairs (1997-2000)

Alan Raul: Associate Counsel to President Reagan (1986-1988); General Counsel, Office of Management and Budget (1988-1989); Vice Chairman of the Privacy and Civil Liberties Oversight Board (2006-2008)

Ambassador Susan E. Rice: National Security Advisor (2013-2017); U.S. Ambassador to the United Nations (2009-2013)

Nicholas Rostow: General Counsel and Senior Policy Adviser to the U.S. Permanent Representative to the United Nations (2001-05); Special Assistant to the President for National Security Affairs and Legal Adviser, National Security Council (1987-93)

Wendy Sherman: Deputy Secretary of State (2021-2023); Undersecretary for Political Affairs,
U.S. Department of State (2011-2015)

Judge Abraham D. Sofaer: Legal Adviser, U.S. Department of State (1985-1990); United States District Court, Southern District of New York (1979-1985)

Margaret Taylor: Legal Adviser, U.S. Department of State (2024-2025)

Matthew C. Waxman: Deputy Assistant Secretary of Defense (2004-2005)