ORAL ARGUMENT SCHEDULED: May 14, 2026

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERKINS COIE LLP,<br><br>  *Plaintiff-Appellee,*<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>*et al.,*<br><br>  *Defendants-Appellants.* | No. 25-5241 |
| JENNER & BLOCK LLP,<br><br>  *Plaintiff-Appellee,*<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>*et al.,*<br><br>  *Defendants-Appellants.* | No. 25-5265 |
| WILMER CUTLER PICKERING<br>HALE AND DORR LLP,<br><br>  *Plaintiff-Appellee,*<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE<br>PRESIDENT, *et al.,*<br>  *Defendants-Appellants.* | No. 25-5277 |
| SUSMAN GODFREY LLP,<br><br>  *Plaintiff-Appellee,*<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE<br>PRESIDENT, *et al.,*<br><br>  *Defendants-Appellants.* | No. 25-5310 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE ORAL ARGUMENT PROPOSAL

The appellees ("Law Firms") in the above-captioned cases hereby move to extend the deadline for submitting an oral-argument proposal by one week to and including April 23, 2026. Appellants in the above-captioned cases, and all parties in *Zaid v. Executive Office of the President*, No. 26-5009, do not oppose this request. In support of this motion, the Law Firms provide the following grounds:

1. On February 6, 2026, a panel of this Court consolidated the above-captioned cases for oral argument and specified that they would be heard on the same day and before the same panel as *Zaid v. Executive Office of the President*, No. 26-5009.

2. On April 3, 2026, this Court ordered the parties to submit "suggestions on the most efficient format for oral argument," including: "(1) [w]hich issues in the briefs warrant presentation at argument," "(2) [t]he order in which the court should hear the issues that warrant oral argument," "(3) [h]ow much time the court should allow for each issue or set of issues that warrants oral argument, including any rebuttal time," and "(4) [t]he names of counsel for appellants and appellees who will argue and the parties they represent." This Court encouraged counsel to prepare a joint submission that would address oral argument in both the

consolidated cases and in *Zaid*.  The Court set a deadline for the submission of April 16, 2026.

3.  The parties are meeting and conferring regarding the issues identified in the Court's order and hope to submit a joint proposed format for oral argument.  The parties, however, need additional time to complete these discussions.

4.  The Law Firms therefore submit that good cause exists to extend the deadline for submitting an oral-argument proposal by one week to and including April 23, 2026.

5.  The Law Firms have conferred with both counsel for Appellants and counsel in *Zaid*.  No party opposes this motion.

Dated:  April 16, 2026

Respectfully submitted,

*/s/ Dane H. Butswinkas*

DANE H. BUTSWINKAS
AMY MASON SAHARIA
MATTHEW B. NICHOLSON
CHARLES L. MCCLOUD
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
(202) 434-5000

*Counsel for Appellee Perkins Coie LLP*

*/s/ Elizabeth B. Prelogar*
ELIZABETH B. PRELOGAR
JOSHUA REVESZ
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
(202) 842-7800

KATHLEEN R. HARTNETT
COOLEY LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
(415) 693-2000

*Counsel for Appellee Jenner &
Block LLP*

*/s/ Paul D. Clement*
PAUL D. CLEMENT
ERIN E. MURPHY
MATTHEW D. ROWEN
JOSEPH J. DEMOTT
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8893

*Counsel for Appellee Wilmer
Cutler Pickering Hale and Dorr
LLP*

*/s/ Donald B. Verrilli, Jr.*
DONALD B. VERRILLI, JR.
ELAINE J. GOLDENBERG
GINGER D. ANDERS
JEREMY S. KREISBERG

- 4 -

KYLE A. SCHNEIDER
ESTHENA L. BARLOW
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Suite 500E
Washington, DC 20001
(202) 220-1100

BRAD D. BRIAN
HAILYN J. CHEN
ADAM B. WEISS
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100

*Counsel for Appellee Susman
Godfrey LLP*

## CERTIFICATE OF COMPLIANCE

1.  This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 312 words.

2.  This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

3.  Pursuant to Circuit Rule 32(a)(2), I certify that all other signatories have authorized the undersigned counsel to submit this document on their behalf.


Dated:  April 16, 2026                    */s/ Dane H. Butswinkas*
                                          DANE H. BUTSWINKAS

                                          *Counsel for Appellee Perkins Coie LLP*

- 5 -