# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5241**                                    **September Term, 2025**

**1:25-cv-00716-BAH**
**1:25-cv-00916-JDB**
**1:25-cv-00917-RJL**
**1:25-cv-01107-LLA**

**Filed On:** April 27, 2026

Perkins Coie LLP,

      Appellee

    v.

United States Department of Justice, et al.,

      Appellants

------------------------------

Consolidated with 25-5265, 25-5277, 25-5310

------------------------------

**No. 26-5009**

**1:25-cv-01365-AHA**

Mark S. Zaid, Esq.,

      Appellee

    v.

Executive Office of the President, et al.,

      Appellants

**BEFORE:**    Srinivasan, Chief Judge, and Pillard and Rao, Circuit Judges

## O R D E R

Upon consideration of the oral argument proposals, it is

**ORDERED** that the following format apply in these cases, which are scheduled for oral argument before this panel on Thursday, May 14, 2026.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

## No. 25-5241            September Term, 2025

**I.**      **No. 25-5241, et al., *Perkins Coie LLP v. U.S. Department of Justice***

| Parties | Counsel | Time |
| --- | --- | --- |
| Government Appellants | Abhishek Kambli | 20 minutes |
| Law Firm Appellees | Paul D. Clement | 20 minutes |

**II.**      **No. 26-5009, *Zaid v. Executive Office of the President***

| Parties | Counsel | Time |
| --- | --- | --- |
| Government Appellants | Abhishek Kambli | 15 minutes |
| Appellee Mark Zaid | Abbe D. Lowell | 15 minutes |

Argument will be conducted in the order listed.  In each part, appellants should reserve time from their allotments for rebuttal.  Form 72 should be completed and submitted by May 7, 2026.

**Per Curiam**

                 **FOR THE COURT:**
                 Clifton B. Cislak, Clerk

         BY:    /s/
                Michael C. McGrail
                Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)