# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5241**                                    **September Term, 2025**

1:25-cv-00916-JDB
1:25-cv-00917-RJL
1:25-cv-01107-LLA
1:25-cv-00716-BAH

**Filed On: May 14, 2026** [2173434]

Perkins Coie LLP,

      Appellee

    v.

United States Department of Justice, et al.,

      Appellants

------------------------------

Consolidated with 25-5265, 25-5277,
25-5310

    **BEFORE:**    Chief Judge Srinivasan and Circuit Judges Pillard and Rao

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, May 14, 2026 at 9:37 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

    Abhishek Kambli (DOJ), counsel for Appellants.

    Paul D. Clement, counsel for Appellees.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

          BY:    /s/
                Jaime T. Stratton
                Deputy Clerk