# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Perkins Coie

**v.**
Department of Justice, et al.

**Case No:** 25-5241

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

All Defendant agencies and heads

### Counsel Information

Lead Counsel: Stanley E. Woodward, Jr.

Direct Phone: ( 202 ) 514-9500  Fax: (____) _____-_____  Email: stanley.woodward@usdoj.gov

2nd Counsel:

Direct Phone: (____) _____-_____  Fax: (____) _____-_____  Email:

3rd Counsel:

Direct Phone: (____) _____-_____  Fax: (____) _____-_____  Email:

Firm Name:  Department of Justice

Firm Address: 950 Pennsylvania Ave NW

Firm Phone: ( 202 ) 514-2000  Fax: (____) _____-_____  Email: stanley.woodward@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)