**[ORAL ARGUMENT HEARD ON MAY 14, 2026]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| PERKINS COIE LLP, <br><br> *Plaintiff-Appellee,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants-Appellants.* | No. 25-5241 |
| JENNER & BLOCK LLP, <br><br> *Plaintiff-Appellee,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants-Appellants.* | No. 25-5265 |
| WILMER CUTLER PICKERING HALE AND DORR LLP, <br><br> *Plaintiff-Appellee,* <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants-Appellants.* | No. 25-5277 |
| SUSMAN GODFREY LLP, <br><br> *Plaintiff-Appellee,* <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants-Appellants.* | No. 25-5310 |

**NOTICE OF APPEARANCE**

Undersigned counsel Abhishek Kambli hereby respectfully moves to

withdraw as counsel for Defendant-Appellants in the above-captioned

matter.  Mr. Kambli's final day of employment at the Department of Justice will be May 31, 2026.  Stanley E. Woodward, Jr. will remain as counsel for Respondents.

Respectfully submitted,


  /s/ Abhishek Kambli
Abhishek Kambli
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
(202) 514-9500

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains no more than 43 words, and also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Book Antiqua 14-point font, a proportionally spaced typeface.

/s/ Abhishek Kambli
Abhishek Kambli

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I caused the foregoing motion to be filed with the Court through the CM/ECF system. I also hereby certify that counsel for Plaintiff-Appellees are registered CM/ECF users and   will be served by the CM/ECF system.


/s/ Abhishek Kambli
Abhishek Kambli