**CIVIL DOCKETING STATEMENT**
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5241           2. DATE DOCKETED: _____
3. CASE NAME (lead parties only) Perkins Coie LLP   v. US Department of Justice
4. TYPE OF CASE:  ☐ District Ct -  ☒ US Civil  ☐ Private Civil  ☐ Criminal  ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ☐ Yes  ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.         Bankruptcy Court Docket No.     Tax Court Docket No.
      Civil Action 1:25-cv-716          Bankruptcy _____               Tax _____
      Criminal _____                    Adversary _____
      Miscellaneous _____               Ancillary _____
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Beryl A. Howell              Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 05-02-2025   e. Date notice of appeal filed: 06-30-2025
   f. Has any other notice of appeal been filed in this case?  ☐ Yes  ☒ No   If YES, date filed: _____
   g. Are any motions currently pending in trial court?  ☐ Yes  ☒ No   If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ☒ Yes  ☐ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number? ☐ Yes  Appeal # _____  ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☒ Yes  ☐ No  If YES, give each case's court and case name, and docket number:
      Jenner & Block v. DOJ, 1:25-cv-916 (DDC); WilmerHale v. EOP, No. 1:25-cv-917 (DDC); Susman Godfrey v. EOP, 25-cv-1107
   k. Does this case turn on validity or correct interpretation or application of a statute?  ☐ Yes  ☒ No
      If YES, give popular name and citation of statute _____
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ☐ Yes  ☒ No   If so, provide program name and participation dates
   No

Signature /s Richard P. Lawson            Date 08-01-2025
Name of Party US Department of Justice et al
Name of Counsel for Appellant/Petitioner Richard P. Lawson
Address 950 Pennsylvania Ave NW Washington DC 20530
Phone ( 202 ) 445-8042    Fax ( ___ ) ___ - ___

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)