# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERKINS COIE LLP, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et* al., <br><br> Defendants-Appellants. | Civil Action No. 25-5241 |

## APPELLANTS' STATEMENT OF INTENT TO UTILIZE DEFFERED JOINT APPENDIX

Pursuant to this Court's order of July 2, 2025, Defendants-Appellants submit this Statement of Intent to Utilize Deferred Joint Appendix. Defendants-Appellants intend to utilized a deferred joint appendix pursuant to Fed. R. App. P. 30(c) and D.C. Cir. Rule 30(c). Defendants-Appellants have conferred with Plaintiff-Appellee, who consents to using a deferred joint appendix.

Dated: August 1, 2025　　Respectfully submitted,
　　　　　Washington, D.C.

                                    CHAD MIZELLE
                                    Acting Associate Attorney General

                                    /s/ *Richard Lawson*
                                    RICHARD LAWSON
                                    Deputy Associate Attorney General
                                    950 Pennsylvania Avenue, NW
                                    Washington, DC 20530
                                    Telephone: (202) 445-8042

                                    *Counsel for Defendants-Appellants*