# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERKINS COIE LLP, <br><br>       Plaintiff-Appellee, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et* al., <br><br>       Defendants-Appellants. | Civil Action No. 25-5241 |

**DEFENDANTS-APPELLANTS' STATEMENT OF ISSUES RAISED**

Pursuant to the Court Clerk's Order dated July 2, 2025, Defendants-Appellants respectfully submit the below statement of the issues to be raised in this appeal. The District Cour entered an order granting Plaintiff's motion for summary judgment and permanent injunctive relief on May 2, 2025, as clarified by minute order on May 20, 2025. The issues to be raised on appeal are:

1. Whether Executive Order 14230, "Addressing Risks from Perkins Coie LLP," 90 Fed. Reg. 11781 (Mar. 11, 2025) ("EO") violates the Due Process Clause of the Fifth Amendment to the U.S. Constitution;

2. Whether the EO is void for vagueness under the Fifth Amendment to the U.S. Constitution;

3. Whether the EO violates the Equal Protection Clause as incorporated by the Fifth Amendment to the U.S. Constitution;

4. Whether the EO violates the First Amendment to the U.S. Constitution;

5. Whether the EO violates the right to counsel under the Sixth Amendment to the U.S. Constitution;

6. Whether the EO violates the right to counsel under the Fifth Amendment to the U.S. Constitution.

Dated:    August 1, 2025    Respectfully submitted,
Washington, D.C.

CHAD MIZELLE
Acting Associate Attorney General

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants-Appellants*