# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Perkins Coie LLP,

v.

U.S. Department of Justice, et al.

**Case No:** 25-5241

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Perkins Coie LLP

### Counsel Information

Lead Counsel: Dane H. Butswinkas

Direct Phone: (202) 434-5110  Fax: (202) 434-5029  Email: dbutswinkas@wc.com

2nd Counsel: Amy M. Saharia

Direct Phone: (202) 434-5847  Fax: (202) 434-5029  Email: asaharia@wc.com

3rd Counsel: Matthew B. Nicholson

Direct Phone: (202) 434-5189  Fax: (202) 434-5029  Email: mnicholson@wc.com

Firm Name: Williams & Connolly LLP

Firm Address: 680 Maine Avenue SW, Washington, DC 20024

Firm Phone: (202) 434-5000  Fax: (202) 434-5029  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Perkins Coie LLP,

v.

U.S. Department of Justice, et al.

**Case No:** 25-5241

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Perkins Coie LLP

### Counsel Information

Lead Counsel: (See first page)

Direct Phone: (___) ___-____ Fax: (___) ___-____ Email:

2nd Counsel: Charles L. McCloud

Direct Phone: (202) 434-5998 Fax: (202) 434-5029 Email: lmccloud@wc.com

3rd Counsel:

Direct Phone: (___) ___-____ Fax: (___) ___-____ Email:

Firm Name: Williams & Connolly LLP

Firm Address: 680 Maine Avenue SW, Washington, DC 20024

Firm Phone: (202) 434-5000 Fax: (202) 434-5029 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)