IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERKINS COIE LLP,<br><br>    *Plaintiff-Appellee*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*<br><br>    *Defendants-Appellants*. | No. 25-5241 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES
AND RULE 26.1 DISCLOSURE**

Pursuant to D.C. Circuit Rules 26.1 and 28(a)(1), Appellee Perkins Coie LLP certifies as follows:

**A.    Parties and Amici**

All parties and amici appearing before the district court and in this Court are listed in the exhibits attached to the certificate of Appellants U.S. Department of Justice, et al.

**B.    Rulings Under Review**

References to the rulings at issue appear in the certificate of U.S. Department of Justice, et al. Those rulings are available on the district court docket at *Perkins Coie LLP v. U.S. Department of Justice, et al.*, No. 1:25-cv-00716-BAH (D.D.C.).

**C.    Related Cases**

This case has not previously been before this Court. The following cases involve substantially the same defendants and present similar legal issues:

1

- *Jenner & Block LLP v. U.S. Department of Justice, et al.*, No. 1:25-cv-00916-JDB (D.D.C.), on appeal to this Court at Case No. 25-5265.

- *Wilmer Cutler Pickering Hale & Dorr LLP v. Executive Office of the President, et al.*, No. 1:25-cv-00917-RJL (D.D.C.), on appeal to this Court at Case No. 25-5277.

- *Susman Godfrey LLP v. Executive Office of the President, et al.*, No. 1:25-cv-01107-LLA (D.D.C.).

**D.  Rule 26.1 Disclosure**

Perkins Coie LLP is a limited liability partnership with no parent corporations. No corporation owns 10% or greater ownership interest in Perkins Coie LLP.

| | |
|---|---|
| Date: August 1, 2025 | Respectfully submitted,<br><br>**WILLIAMS & CONNOLLY LLP**<br><br>/s/ *Dane H. Butswinkas*<br>Dane H. Butswinkas<br>Amy M. Saharia<br>Matthew B. Nicholson<br>Charles L. McCloud<br>680 Maine Avenue, SW<br>Washington, DC 20024<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>dbutswinkas@wc.com<br>asaharia@wc.com<br>mnicholson@wc.com<br>lmccloud@wc.com<br><br>*Counsel for Appellee Perkins Coie LLP* |

# CERTIFICATE OF SERVICE

I, Dane H. Butswinkas, counsel for Appellee Perkins Coie LLP and a member of the Bar of this Court, certify that on August 1, 2025, a copy of the attached Certificate As To The Parties Rulings, And Related Cases And Rule 26.1 Disclosure was filed with the Clerk through the Court's electronic filing system. I further certify that all parties required to be served have been served.

Dated: August 1, 2025

/s/ *Dane H. Butswinkas*
DANE H. BUTSWINKAS
*Counsel for Appellee Perkins Coie LLP*