# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Perkins Coie LLP

v.

US Department of Justice

**Case No:** 25-5241

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ⦿ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| US Department of Justice | Federal Communications Commission |
| Office of Management and Budget | Equal Employment Opportunity Commission |
| Office of Personnel Management | General Services Administration |
| Office of the Director of National Intelligence | See appendix A |

### Counsel Information

**Lead Counsel:** Abhishek Kambli

**Direct Phone:** (202) 4455496  **Fax:** ( ) -  **Email:** abhishek.kambli@usdoj.gov

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Department of Justice

**Firm Address:** 950 Pennsylvania Ave NW, Washington, DC 20530

**Firm Phone:** (202) 5149500  **Fax:** ( ) -  **Email:** abhishek.kambli@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)