## <u>DEFENDANTS-APPELLANTS</u>

The following are Defendants-Appellees in this case:

1.    U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue NW Washington, DC 20530

2.    FEDERAL COMMUNICATIONS COMMISSION,
45 L Street NE
Washington, DC 20554

3.    OFFICE OF MANAGEMENT AND BUDGET,
725 17th Street NW
Washington, DC 20503

4.    EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
131 M Street NE
Washington, DC 20507

5.    OFFICE OF PERSONNEL MANAGEMENT,
1900 E Street NW
Washington, DC 20415

6.    GENERAL SERVICES ADMINISTRATION,
1800 F Street NW
Washington, DC 20405

7.    OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,
1500 Tysons McLean Dr.
McLean, VA 22102

8.    THE UNITED STATES OF AMERICA,
601 D Street NW
Washington, DC 20530

9.    PAMELA J. BONDI, in her official capacity
as Attorney General,
950 Pennsylvania Avenue NW Washington, DC 20530

10. BRENDAN CARR, in his official capacity as the Chairman of the Federal
    Communications Commission,
45 L Street NE
Washington, DC 20554

11. RUSSELL T. VOUGHT, in his official capacity as Director of The U.S.
    Office of Management and Budget,
725 17th Street NW
Washington, DC 20503

12. ANDREA R. LUCAS, in her official capacity as Acting Chair of the Equal
    Employment
Opportunity Commission,
131 M Street NE
Washington, DC 20507

13. CHARLES EZELL, in his official capacity as Acting Director of the Office
    of Personnel
Management,
1900 E Street NW
Washington, DC 20415

14. STEPHEN EHEKIAN, in his official capacity as Acting Administrator of
    the General Services Administration,
1800 F Street NW
Washington, D.C. 20405

15. TULSI GABBARD, in her official capacity as U.S. Director of National
    Intelligence,
Office of the Director of National Intelligence,
1500 Tysons McLean Dr.
McLean, VA 22102

16. ADMINISTRATION FOR CHILDREN AND FAMILIES,
300 C Street, SW
Washington, DC 20201

17. ANDREW GRADISON, in his official capacity as Acting Assistant
    Secretary for the Administration for Children and Families,

2

300 C Street, SW,
Washington, DC 20201

18. ADMINISTRATION FOR STRATEGIC PREPAREDNESS AND
    RESPONSE
200 Independence Avenue SW
Washington, DC 20201

19. JOHN KNOX, in his official capacity as Principal Deputy Assistant
    Secretary for Preparedness and Response,
200 Independence Avenue SW
Washington, DC 20201

20. ADVISORY COUNCIL ON HISTORIC PRESERVATION,
401 F Street NW, Suite 308
Washington, DC 20001-2728

21. REID NELSON, in his official capacity as Chairman,
401 F Street NW, Suite 308
Washington, DC 20001-2728

22. AMERICORPS,
250 E Street SW
Washington, DC 20525

23. JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim
    Agency Head,
250 E Street SW
Washington, DC 20525

24. APPALACHIAN REGIONAL COMMISSION,
1666 Connecticut Ave NW, Suite 700 Washington, DC 20009

25. GAYLE CONELLY MANCHIN, in her official capacity as Co-Chair,
1666 Connecticut Ave NW, Suite 700
Washington, DC 20009

26. BIOMEDICAL ADVANCED RESEARCH AND DEVELOPMENT
    AUTHORITY,
200 Independence Avenue SW

Washington, DC 20201

27. GARY DISBROW, in his official capacity as Director,
200 Independence Avenue SW
Washington, DC 20201

28. BONNEVILLE POWER ADMINISTRATION
P.O. Box 3621
Portland, Oregon 97208-3621

29. JOHN HAIRSTON in his official capacity as Administrator and Chief
   Executive Officer,
P.O. Box 3621
Portland, Oregon 97208-3621

30. U.S. AGENCY FOR GLOBAL MEDIA
330 Independence Avenue SW
Washington, DC 20237

31. VICTOR MORALES, in his official capacity as Acting Chief Executive
   Officer,
330 Independence Avenue SW
Washington, DC 20237

32. BUREAU OF ECONOMIC ANALYSIS
4600 Silver Hill Road, Suitland, MD 20746

33. VIPIN ARORA, in his official capacity as Director,
4600 Silver Hill Road, Suitland, MD 20746

34. BUREAU OF INDIAN AFFAIRS
1849 C Street NW
Washington, DC 20240

35. BRYAN MERCIER, in his official capacity as Director,
1849 C Street NW
Washington, DC 20240

36. BUREAU OF INDUSTRY AND SECURITY
1401 Constitution Avenue NW

4

Room H-3839
Washington, DC 20230

37. JEFFREY KESSLER, in his official capacity as Under Secretary for
    Industry and Security,
1401 Constitution Avenue NW
Room H-3839
Washington, DC 20230

38. BUREAU OF LAND MANAGEMENT,
1849 C Street NW
Washington, DC 20240

39. MICHAEL D. NED, in his official capacity as Director,
1849 C Street NW
Washington, DC 20240

40. BUREAU OF OCEAN ENERGY MANAGEMENT,
1849 C Street NW
Washington, DC 20240

41. WALTER CRUICKSHANK, PH.D., in his official capacity as Director,
1849 C Street NW
Washington, DC 20240

42. BUREAU OF RECLAMATION,
1849 C Street NW
Washington, DC 20240

43. DAVID PALUMBO, in his official capacity as Acting Commissioner,
1849 C Street NW
Washington, DC 20240

44. BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT,
1849 C Street NW
Washington, DC 20240

45. PAUL HUANG, in his official capacity as Acting Director,
1849 C Street NW
Washington, DC 20240

46. BUREAU OF THE CENSUS
4600 Silver Hill Road
Washington, DC 20233

47. RON S. JARMIN, in his official capacity as Acting Director,
4600 Silver Hill Road
Washington, DC 20233

48. CENTERS FOR DISEASE CONTROL AND PREVENTION,
1600 Clifton Road NW
Atlanta, GA 30333

49. SUSAN MONAREZ, PH.D., in her official capacity as Acting Director,
    First Assistant to the Director, and Principal Deputy Director,
1600 Clifton Road, NW
Atlanta, GA 30333

50. CENTERS FOR MEDICARE AND MEDICAID SERVICES,
200 Independence Avenue SW
Washington, DC 20201

51. DR. MEHMET OZ, in his official capacity as Administrator,
200 Independence Avenue SW
Washington, DC 20201

52. CENTRAL INTELLIGENCE AGENCY,
Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

53. JOHN RATCLIFFE, in his official capacity as Director,
Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

54. CHEMICAL SAFETY BOARD
1750 Pennsylvania Avenue NW, Suite 910

Washington, DC 20006

55.  STEVE OWENS, in his official capacity as Chairperson,
1750 Pennsylvania Avenue NW, Suite 910
Washington, DC 20006

56.  CHIPS PROGRAM OFFICE,
100 Bureau Drive
Gaithersburg, MD 20899

57.  DIRECTOR AND CHIEF COUNSEL, in their official capacity,
100 Bureau Drive
Gaithersburg, MD 20899

58.  COMMISSION OF FINE ARTS,
401 F Street NW, Suite 312
Washington, DC 20001-2728

59.  BILLIE TSIEN, in her official capacity as Chairperson,
401 F Street NW, Suite 312
Washington, DC 20001-2728

60.  COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES,
1500 Pennsylvania Avenue NW
Washington, DC 20220

61.  CHAIRPERSON, in their official capacity,
1500 Pennsylvania Avenue NW
Washington, DC 20220

62.  COMMODITY FUTURES TRADING COMMISSION
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

63.  CAROLINE D. PHAM, in her official capacity as Acting Chairman,
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

64. KRISTIN N. JOHNSON, in her official capacity as Commissioner,
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

65. CHRISTY GOLDSMITH ROMERO, in her official capacity as
    Commissioner,
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

66. SUMMER K. MERSINGER, in her official capacity as Commissioner,
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

67. CONSUMER FINANCIAL PROTECTION BUREAU,
1700 G Street NW
Washington, DC 20552

68. RUSSELL VOUGHT, in his official capacity as Acting Director,
1700 G Street NW
Washington, DC 20552

69. COUNCIL OF INSPECTORS GENERAL ON INTEGRITY AND
    EFFICIENCY,
1717 H Street NW, Suite 825
Washington, DC 20006

70. DEIDRE HARRISON, in her official capacity as Acting Deputy Director for
    Management,
1717 H Street NW, Suite 825
Washington, DC 20006

71. COUNCIL ON ENVIRONMENTAL QUALITY,
730 Jackson Place NW
Washington, DC 20503

72. KATHERINE SCARLETT, in her official capacity as Acting Chair,
730 Jackson Place NW

Washington, DC 20503

73.  DEFENSE CONTRACT AUDIT AGENCY,
8725 John J. Kingman Road
Fort Belvoir, VA 22060

74.  JENNIFER DESAUTEL, in her official capacity as Director,
8725 John J. Kingman Road
Fort Belvoir, VA 22060

75.  DEFENSE CONTRACT MANAGEMENT AGENCY,
3901 A Avenue
Fort Lee, VA 23801-1809

76.  LIEUTENANT GENERAL GREGORY L. MASIELLO, in his official
      capacity as Director,
3901 A Avenue
Fort Lee, VA 23801-1809

77.  THE DEFENSE INTELLIGENCE AGENCY,
7400 Pentagon
Washington, DC 20301-7400

78.  LIEUTENANT GENERAL JEFFREY A. KRUSE, in his official capacity as
      Director,
7400 Pentagon
Washington, DC 20301-7400

79.  THE DEFENSE LOGISTICS AGENCY,
Andrew T. McNamara Building
8725 John J. Kingman Road
Fort Belvoir, VA 22060-6221

80.  LIEUTENANT GENERAL MARK T. SIMERLY, in his official capacity as
      Director,
Andrew T. McNamara Building
8725 John J. Kingman Road
Fort Belvoir, VA 22060-6221

81.  THE DENALI COMMISSION,

550 W 7th Avenue, Suite 1230
Anchorage, AK 99501

82. JULIE E. KITKA, in her official capacity as Federal Co-Chair,
550 W 7th Avenue, Suite 1230
Anchorage, AK 99501

83. THE DEPARTMENT OF AGRICULTURE,
1400 Independence Avenue SW
Washington, DC 20250

84. BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture,
1400 Independence Avenue SW
Washington, DC 20250

85. THE DEPARTMENT OF COMMERCE,
1401 Constitution Avenue NW
Washington, DC 20230

86. HOWARD LUTNICK, in his official capacity as Secretary of Commerce,
1401 Constitution Avenue NW
Washington, DC 20230

87. THE DEPARTMENT OF DEFENSE,
1000 Defense Pentagon
Washington, DC 20301

88. PETER B. HEGSETH, in his official capacity as Secretary of Defense,
1000 Defense Pentagon
Washington, DC 20301

89. THE DEPARTMENT OF ENERGY,
1000 Independence Avenue SW
Washington, DC 20585

90. CHRIS WRIGHT, in his official capacity as Secretary of Energy,
1000 Independence Avenue SW
Washington, DC 20585

91. THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,

200 Independence Avenue SW
Washington, DC 20201

92. ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health
    and Human Services,
200 Independence Avenue SW
Washington, DC 20201

93. THE DEPARTMENT OF HOMELAND SECURITY,
2707 Martin Luther King Jr Avenue SW
Mail Stop 0485
Washington, DC 20528

94. KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
2707 Martin Luther King Jr Avenue SW
Mail Stop 0485
Washington, DC 20528

95. DEPARTMENT OF LABOR,
200 Constitution Avenue NW
Washington, DC 20210

96. LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor,
200 Constitution Avenue NW
Washington, DC 20210

97. DEPARTMENT OF STATE,
Suite 5.600, 600 19th Street NW
Washington, DC 20522

98. MARCO RUBIO, in his official capacity as Secretary of State,
Suite 5.600, 600 19th Street NW
Washington, DC 20522

99. DEPARTMENT OF THE AIR FORCE,
1670 Air Force Pentagon
Washington, DC 20330-1670

100. GARY A. ASHWORTH, in his official capacity as Secretary of the Air
     Force,

1670 Air Force Pentagon
Washington, DC 20330-1670

101. DEPARTMENT OF THE ARMY,
101 Army Pentagon
Washington, DC 20350

102. DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,
101 Army Pentagon
Washington, DC 20350

103. DEPARTMENT OF THE INTERIOR,
1849 C Street NW
Washington, DC 20240

104. DOUG BURGUM, in his official capacity as Secretary of the Interior,
1849 C Street NW
Washington, DC 20240

105. DEPARTMENT OF THE NAVY,
General Counsel of the Navy
Naval Litigation Office
720 Kennon Street SE, Room 233
Washington Navy Yard, DC 20374-5013

106. JOHN PHELAN, in his official capacity as Secretary of the Navy,
General Counsel of the Navy
Naval Litigation Office
720 Kennon Street SE, Room 233
Washington Navy Yard, DC 20374-5013

107. DEPARTMENT OF THE TREASURY,
1500 Pennsylvania Avenue NW
Washington, DC 20220

108. SCOTT BESSENT, in his official capacity as Secretary of the Treasury,
1500 Pennsylvania Avenue NW
Washington, DC 20220

109. DEPARTMENT OF TRANSPORTATION,

1200 New Jersey Avenue SE
Washington, DC 20590

110. SEAN DUFFY, in his official capacity as Secretary of Transportation,
1200 New Jersey Avenue SE
Washington, DC 20590

111. DEPARTMENT OF VETERANS AFFAIRS,
810 Vermont Avenue NW
Washington, DC 20420

112. DOUGLAS A. COLLINS, in his official capacity as Secretary of Veterans
Affairs,
810 Vermont Avenue NW
Washington, DC 20420

113. DIRECTORATE OF DEFENSE TRADE CONTROLS,
The Executive Office
Office of the Legal Adviser
Suite 5.600, 600 19th Street NW
Washington, DC 20522

114. SARAH HEIDEMA, in her official capacity as Director,
The Executive Office
Office of the Legal Adviser
Suite 5.600, 600 19th Street NW
Washington, DC 20522

115. DRUG ENFORCEMENT ADMINISTRATION,
8701 Morrisette Drive
Springfield, VA 22152

116. DEREK S. MALTZ, in his official capacity as Acting Administrator,
8701 Morrisette Drive
Springfield, VA 22152

117. ENVIRONMENTAL PROTECTION AGENCY,
1200 Pennsylvania Avenue NW
Washington, DC 20460

118. LEE M. ZELDIN, in his official capacity as Administrator,
1200 Pennsylvania Avenue NW
Washington, DC 20460

119. EXECUTIVE OFFICE OF THE PRESIDENT,
1600 Pennsylvania Avenue NW
Washington, DC 20500

120. EXPORT-IMPORT BANK OF THE UNITED STATES,
811 Vermont Avenue NW
Washington, DC 20571

121. JAMES C. CRUSE, in his official capacity as Acting President and
     Chairman,
811 Vermont Avenue NW
Washington, DC 20571

122. WILLIAM J. PULTE, in his capacity as Chairman,
1100 15th Street NW
Washington, DC 20005

123. FARM CREDIT SYSTEM INSURANCE CORPORATION,
1501 Farm Credit Drive
McLean, VA 22102

124. GLEN R. SMITH, in his official capacity as Chairman,
1501 Farm Credit Drive
McLean, VA 22102

125. FEDERAL AVIATION ADMINISTRATION,
800 Independence Avenue SW
Washington, DC 20591

126. CHRIS ROCHELAU, in his official capacity as Acting Administrator,
800 Independence Avenue SW
Washington, DC 20591

127. FEDERAL BUREAU OF INVESTIGATION,
935 Pennsylvania Avenue NW
Washington, DC 20535

14

128. KASH PATEL, in his official capacity as Director,
935 Pennsylvania Avenue NW
Washington, DC 20535

129. FEDERAL BUREAU OF PRISONS,
320 First Street NW
Washington, DC 20534

130. WILLIAM K. MARSHALL III, in his official capacity as Director,
320 First Street NW
Washington, DC 20534

131. FEDERAL DEPOSIT INSURANCE CORPORATION,
550 17th Street NW
Washington, DC 20429

132. TRAVIS HILL, in his official capacity as Acting Chairman,
550 17th Street NW
Washington, DC 20429

133. FEDERAL ELECTION COMMISSION,
1050 First Street NE
Washington, DC 20463

134. JAMES E. TRAINOR III, in his official capacity as Vice Chairman and
    Acting Chairman,
1050 First Street NE
Washington, DC 20463

135. FEDERAL EMERGENCY MANAGEMENT AGENCY,
500 C Street SW
Washington, DC 20472

136. CAMERON HAMILTON, in his official capacity as Administrator,
500 C Street SW
Washington, DC 20472

137. FEDERAL ENERGY REGULATORY COMMISSION,
888 First Street NE
Washington, DC 20426

138. MARK C. CHRISTIE, in his official capacity as Chairman,
888 First Street NE
Washington, DC 20426

139. DAVID ROSNER, in his official capacity as Commissioner,
888 First Street NE
Washington, DC 20426

140. LINSAY S. SEE, in her official capacity as Commissioner,
888 First Street NE
Washington, DC 20426

141. JUDY W. CHANG, in her official capacity as Commissioner,
888 First Street NE
Washington, DC 20426

142. FEDERAL HIGHWAY ADMINISTRATION,
1200 New Jersey Avenue SE
Washington, DC 20590

143. GLORIA M. SHEPHERD, in her official capacity as Executive Director and
    Acting Administrator,
1200 New Jersey Avenue SE
Washington, DC 20590

144. FEDERAL HOUSING FINANCE AGENCY,
400 Seventh Street SW
Washington, DC 20219

145. WILLIAM J. PULTE, in his official capacity as Director,
400 Seventh Street SW
Washington, DC 20219

146. FEDERAL LABOR RELATIONS AUTHORITY,
1400 K Street NW
Washington, DC 20005

147. COLLEEN DUFFY KIKO, in her official capacity as Chairman,
1400 K Street NW

Washington, DC 20005

148. SUSAN TSUI GRUNDMANN, in her official capacity as Member,
1400 K Street NW
Washington, DC 20005

149. ANNE M. WAGNER, in her official capacity as Member,
1400 K Street NW
Washington, DC 20005

150. FEDERAL MARITIME COMMISSION,
Office of the General Counsel
800 North Capitol Street NW
Washington, DC 20573

151. LOUIS E. SOLA, in his official capacity as Chairman,
Office of the General Counsel
800 North Capitol Street NW
Washington, DC 20573

152. REBECCA F. DYE, in her official capacity as Commissioner,
Office of the General Counsel
800 North Capitol Street NW
Washington, DC 20573

153. DANIEL B. MAFFEI, in his official capacity as Commissioner,
Office of the General Counsel
800 North Capitol Street NW
Washington, DC 20573

154. MAX VEKICH, in his official capacity as Commissioner,
Office of the General Counsel
800 North Capitol Street NW
Washington, DC 20573

155. FEDERAL MEDIATION AND CONCILIATION SERVICE,
250 E Street SW
Washington, DC 20427

156. GREGORY GOLDSTEIN, in his official capacity as Acting Director,

250 E Street SW
Washington, DC 20427

157. FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION,
1331 Pennsylvania Avenue NW
Suite 520N
Washington, DC 20004

158. MARY LU JORDAN, in her official capacity as Chair,
1331 Pennsylvania Avenue NW
Suite 520N
Washington, DC 20004

159. TIMOTHY J. BAKER, in his official capacity as Commissioner,
1331 Pennsylvania Avenue NW
Suite 520N
Washington, DC 20004

160. MOSHE Z. MARVIT, in his official capacity as Commissioner,
1331 Pennsylvania Avenue NW
Suite 520N
Washington, DC 20004

161. FEDERAL PERMITTING IMPROVEMENT STEERING COUNCIL,
1800 M Street NW, Suite 6006
Washington, DC 20036

162. MANISHA PATEL, in her official capacity as Executive Director,
1800 M Street NW, Suite 6006
Washington, DC 20036

163. FEDERAL RAILROAD ADMINISTRATION,
1200 New Jersey Avenue SE
Washington, DC 20590

164. MICHAEL LESTINGI, in his official capacity as Executive Director,
1200 New Jersey Avenue SE
Washington, DC 20590

165. THOMAS R. JAYNE, in his official capacity as a Management Member,

1200 New Jersey Avenue SE
Washington, DC 20590

166. JOHN BRAGG, in his official capacity as a Labor Member,
1200 New Jersey Avenue SE
Washington, DC 20590

167. FEDERAL RETIREMENT THRIFT INVESTMENT BOARD,
77 K Street NE, Suite 1000
Washington, DC 20002

168. DANA BILYEU, in her official capacity as Acting Chair,
77 K Street NE, Suite 1000
Washington, DC 20002

169. FEDERAL TRADE COMMISSION,
600 Pennsylvania Avenue NW
Washington, DC 20580

170. ANDREW N. FERGUSON, in his official capacity as Chairman,
600 Pennsylvania Avenue NW
Washington, DC 20580

171. MELISSA HOLYOAK, in her official capacity as Commissioner,
600 Pennsylvania Avenue NW
Washington, DC 20580

172. MARK M. MEADOR, in his official capacity as Commissioner,
600 Pennsylvania Avenue NW
Washington, DC 20580

173. FEDERAL TRANSIT ADMINISTRATION,
1200 New Jersey Avenue SE
Washington, DC 20590

174. MATTHEW WELBES, in his official capacity as Executive Director,
1200 New Jersey Avenue SE
Washington, DC 20590

175. FINANCIAL CRIMES ENFORCEMENT NETWORK,

P.O. Box 39
Vienna, VA 22183

176. ANDREA GACKI, in her official capacity as Director,
P.O. Box 39
Vienna, VA 22183

177. FOOD AND DRUG ADMINISTRATION,
5600 Fishers Lane
Rockville, MD 30857

178. MARTIN A. MAKARY, PH.D., in his official capacity as Commissioner of
Food and Drugs,
5600 Fishers Lane
Rockville, MD 30857

179. GRID DEPLOYMENT OFFICE,
1000 Independence Avenue SW
Washington, DC 20585

180. NICK ELLIOT, in his official capacity as Director,
1000 Independence Avenue SW
Washington, DC 20585

181. GULF COAST ECOSYSTEM RESTORATION COUNCIL (RESTORE
THE GULF),
500 Poydras Street, Suite 1117
New Orleans, LA 70130

182. RESTORE COUNCIL CHAIR, in his or her official capacity,
500 Poydras Street, Suite 1117
New Orleans, LA 70130

183. HEALTH RESOURCES AND SERVICES DEPARTMENT,
5600 Fishers Lane
Rockville, MD 20857

184. THOMAS J. ENGELS, in his official capacity as Administrator of the
Health Resources and Services Administration,
5600 Fishers Lane

Rockville, MD 20857

185. HOUSING AND URBAN DEVELOPMENT,
451 7th Street SW
Washington, DC 20410

186. SCOTT TURNER, in his official capacity as Secretary of Housing and
    Urban Development,
451 7th Street SW
Washington, DC 20410

187. INSTITUTE OF MUSEUMS AND LIBRARY SERVICES,
955 L'Enfant Plaza North SW, Suite 4000
Washington, DC 20024

188. KEITH SONDERLING, in his official capacity as Chairperson,
955 L'Enfant Plaza North SW, Suite 4000
Washington, DC 20024

189. INTERNAL REVENUE SERVICE,
1111 Constitution Avenue NW
Washington, DC 20224

190. MICHAEL FAULKENDER, in his official capacity as Acting
    Commissioner,
1111 Constitution Avenue NW
Washington, DC 20224

191. INTERNATIONAL TRADE ADMINISTRATION,
1401 Constitution Avenue NW
Washington, DC 20230

192. DIANE FARRELL, in her official capacity as Deputy Under Secretary for
    International Trade and Acting Chair,
1401 Constitution Avenue NW
Washington, DC 20230

193. JOINT CHIEFS OF STAFF,
9999 Joint Staff Pentagon
Washington, DC 20318-9999

194. GENERAL DAN CAINE, in his official capacity as Chairman,
9999 Joint Staff Pentagon
Washington, DC 20318-9999

195. KENNEDY CENTER,
2700 F Street NW
Washington, DC 20566

196. RICHARD GRENELL, in his official capacity as President,
2700 F Street NW
Washington, DC 20566

197. LOAN PROGRAMS OFFICE,
1000 Independence Avenue SW
Washington, DC 20585

198. LANE GENATOWSKI, in his official capacity as Director,
1000 Independence Avenue SW
Washington, DC 20585

199. NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,
300 E Street SW, Suite 5R30
Washington, DC 20546

200. JANET PETRO, in her official capacity as Administrator,
300 E Street SW, Suite 5R30
Washington, DC 20546

201. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,
700 Pennsylvania Avenue NW
Washington, DC 20001

202. MARCO RUBIO, in his official capacity as Acting Archivist,
700 Pennsylvania Avenue NW
Washington, DC 20001

203. NATIONAL COUNTERTERRORISM CENTER,
Liberty Crossing
1500 Tysons McLean Drive

McLean, VA 22102

204. DON M. HOLSTEAD, in his official capacity as Acting Director,
Liberty Crossing
1500 Tysons McLean Drive
McLean, VA 22102

205. NATIONAL ENDOWMENT FOR THE ARTS
400 7th Street SW
Washington, DC 20506

206. MARY ANNE CARTER, in her official capacity as Acting Chair,
400 7th Street SW
Washington, DC 20506

207. NATIONAL ENDOWMENT FOR THE HUMANITIES,
400 7th Street SW
Washington, DC 20506

208. MICHAEL MCDONALD, in his official capacity as Acting Chairman,
400 7th Street SW
Washington, DC 20506

209. NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY,
MS N73
7500 GEOINT Drive
Springfield, VA 22150-7500

210. FRANK WHITWORTH, in his official capacity as Director,
MS N73
7500 GEOINT Drive
Springfield, VA 22150-7500

211. NATIONAL INDIAN GAMING COMMISSION,
1849 C Street NW
Mail Stop #1621
Washington, DC 20240

212. SHARON AVERY, in her official capacity as Acting Chairwoman
1849 C Street NW

Mail Stop #1621
Washington, DC 20240

213. NATIONAL INSTITUTES OF HEALTH,
9000 Rockville Pike
Bethesda, MD 20892

214. JAY BHATTACHARYA, in his official capacity as Director,
9000 Rockville Pike
Bethesda, MD 20892

215. NATIONAL LABOR RELATIONS BOARD,
1015 Half Street SE
Washington, DC 20570

216. MARVIN E. KAPLAN, in his official capacity as Chairman,
1015 Half Street SE
Washington, DC 20570

217. DAVID M. PROUTY, in his official capacity as Board Member,
1015 Half Street SE
Washington, DC 20570

218. NATIONAL MARINE FISHERIES SERVICE,
1315 East-West Highway
Silver Spring, MD 20910

219. EUGENIO PIÑEIRO SOLER, in his official capacity as Director,
1315 East-West Highway
Silver Spring, MD 20910

220. NATIONAL MEDIATION BOARD,
1301 K Street NW, Suite 250 East Washington, DC 20005

221. LOREN E. SWEATT, in her official capacity as Chair,
1301 K Street NW, Suite 250 East Washington, DC 20005

222. LINDA A. PUCHALA, in her official capacity as Member,
1301 K Street NW, Suite 250 East Washington, DC 20005

223. DEIRDRE HAMILTON, in her official capacity as Member,
1301 K Street NW, Suite 250 East Washington, DC 20005

224. NATIONAL NUCLEAR SECURITY ADMINISTRATION,
1000 Independence Avenue SW
Washington, DC 20585

225. TERESA M. ROBBINS, in her official capacity as Acting Administrator,
1000 Independence Avenue SW
Washington, DC 20585

226. NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,
1401 Constitution Avenue NW Rm. 5128
Washington, DC 20230

227. LAURA GRIMM, in her official capacity as Administrator,
1401 Constitution Avenue NW Rm. 5128
Washington, DC 20230

228. NATIONAL PARK SERVICE,
1849 C Street NW
Washington, DC 20240

229. JESSICA BOWRON, in her official capacity as Acting Director,
1849 C Street NW
Washington, DC 20240

230. NATIONAL RENEWABLE ENERGY LABORATORY,
901 D Street SW, Suite 930
Washington, DC 20024

231. MARTIN KELLER, in his official capacity as Laboratory Director,
901 D Street SW, Suite 930
Washington, DC 20024

232. NATIONAL SCIENCE FOUNDATION,
2415 Eisenhower Avenue
Alexandria, VA 22314

233. VICTOR MCCRARY, in his official capacity as Acting Director,

2415 Eisenhower Avenue
Alexandria, VA 22314

234. NATIONAL SECURITY AGENCY,
9800 Savage Road, Suite 6272
Fort Meade, MD 20755-6000

235. LTG WILLIAM J. HARTMAN, in his official capacity as Acting Director,
9800 Savage Road, Suite 6272
Fort Meade, MD 20755-6000

236. NATIONAL SECURITY COUNCIL,
1600 Pennsylvania Avenue NW Washington, DC 20500

237. MICHAEL WALTZ, in his official capacity as National Security Advisor,
1600 Pennsylvania Avenue NW
Washington, DC 20500

238. NATIONAL TRANSPORTATION SAFETY BOARD,
490 L'Enfant Plaza East SW
Washington, DC 20594

239. JENNIFER HOMENDY, in her official capacity as Chair,
490 L'Enfant Plaza East SW
Washington, DC 20594

240. ALVIN BROWN, in his official capacity as Vice Chairman,
490 L'Enfant Plaza East SW
Washington, DC 20594

241. MICHAEL E. GRAHAM, in his official capacity as Member,
490 L'Enfant Plaza East SW
Washington, DC 20594

242. THOMAS B. CHAPMAN, in his official capacity as Member,
490 L'Enfant Plaza East SW
Washington, DC 20594

243. J. TODD IMAN, in his official capacity as Member,
490 L'Enfant Plaza East SW

Washington, DC 20594

244. OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION,
1120 20th Street NW, 9th Floor, Washington, DC 20036-3457

245. CHAIR in his or her official capacity,
1120 20th Street NW, 9th Floor, Washington, DC 20036-3457

246. OFFICE OF CLEAN ENERGY DEMONSTRATIONS,
1000 Independence Avenue SW
Washington, DC 20585

247. CATHY TRIPODI, in her official capacity as Executive Director,
1000 Independence Avenue SW
Washington, DC 20585

248. OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS,
200 Constitution Avenue NW Washington, DC 20210

249. CATHERINE ESCHBACH, in her official capacity as Director,
200 Constitution Avenue NW
Washington, DC 20210

250. OFFICE OF FOREIGN ASSETS CONTROL,
150 Pennsylvania Avenue NW
Washington, DC 20220

251. BRADLEY T. SMITH, in his official capacity as Director,
150 Pennsylvania Avenue NW Washington, DC 20220

252. OFFICE OF GOVERNMENT ETHICS,
250 E Street SW, Suite 750
Washington, DC 20024

253. JAMIESON L. GREER, in his official capacity as Acting Director,
250 E Street SW, Suite 750
Washington, DC 20024

254. OFFICE OF HOMELAND SECURITY SITUATIONAL AWARENESS,
2707 Martin Luther King Jr Avenue SE Washington, DC 20528-0525

255. CHRISTOPHER TOMNEY, in his official capacity as Director,
2707 Martin Luther King Jr Avenue SE Washington, DC 20528-0525

256. OFFICE OF NATIONAL DRUG CONTROL POLICY,
1600 Pennsylvania Avenue NW
Washington, DC 20500

257. JON RICE, in his official capacity as Acting Director,
1600 Pennsylvania Avenue NW
Washington, DC 20500

258. OFFICE OF SCIENCE AND TECHNOLOGY POLICY,
1650 Pennsylvania Avenue NW
Washington, DC 20504

259. MICHAEL KRATSIOS, in his official capacity as Director,
1650 Pennsylvania Avenue NW
Washington, DC 20504

260. THE OFFICE OF SECRETARY OF DEFENSE,
1000 Defense Pentagon
Washington, DC 20301

261. PETER B. HEGSETH, in his official capacity as Secretary of Defense,
1000 Defense Pentagon
Washington, DC 20301

262. THE OFFICE OF SPECIAL COUNSEL,
1730 M Street NW, Suite 218
Washington, DC 20036

263. DOUGLAS A. COLLINS, in his official capacity as Acting Special
    Counsel,
1730 M Street NW, Suite 218
Washington, DC 20036

264. THE OFFICE OF THE COMPTROLLER OF THE CURRENCY,
400 7th Street SW
Washington, DC 20219

265. RODNEY E. HOOD, in his official capacity as Acting Comptroller of the
     Currency,
400 7th Street SW
Washington, DC 20219

266. THE UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF THE
     INSPECTOR GENERAL,
950 Pennsylvania Avenue NW
Washington, DC 20530

267. MICHAEL E. HOROWITZ, in his official capacity as Inspector General,
950 Pennsylvania Avenue NW
Washington, DC 20530

268. THE OFFICE OF THE U.S. TRADE REPRESENTATIVE,
600 17th Street NW
Washington, DC 20508

269. JAMIESON L. GREER, in his official capacity as United States Trade
     Representative,
600 17th Street NW
Washington, DC 20508

270. THE PATENT TRIAL AND APPEAL BOARD,
600 Dulany Street
Alexandria, VA 22314

271. COKE MORGAN STEWART, in her official capacity as Acting Director,
600 Dulany Street
Alexandria, VA 22314

272. PEACE CORPS,
1275 First Street NE
Washington, DC 20526

273. ALLISON GREEN, in her official capacity as Chief Executive Officer,
1275 First Street NE
Washington, DC 20526

274. THE PENSION BENEFIT GUARANTY CORPORATION,
445 12th Street SW
Washington, DC 20024

275. ALICE MARONI, in her official capacity as Acting Director,
445 12th Street SW
Washington, DC 20024

276. THE PRESIDIO TRUST,
1750 Lincoln Boulevard
San Francisco, CA 94129

277. MARK W. BUELL, in his official capacity as Chair,
1750 Lincoln Boulevard
San Francisco, CA 94129

278. THE RURAL UTILITIES SERVICE,
Stop 1560, Room 4121-S
1400 Independence Avenue, SW
Washington, DC 20250

279. CHRISTOPHER A. MCLEAN, in his official capacity as Acting
        Administrator,
Stop 1560, Room 4121-S
1400 Independence Avenue, SW
Washington, DC 20250

280. THE SECURITIES AND EXCHANGE COMMISSION,
100 F Street NE
Washington, DC 20549

281. PAUL S. ATKINS, in his official capacity as Chairman,
100 F Street NE
Washington, DC 20549

282. HESTER M. PIERCE, in her official capacity as Commissioner,
100 F Street NE
Washington, DC 20549

283. CAROLINE A. CRENSHAW, in her official capacity as Commissioner,

100 F Street NE
Washington, DC 20549

284. MARK T. UYEDA, in his official capacity as Commissioner,
100 F Street NE
Washington, DC 20549

285. THE SELECTIVE SERVICE SYSTEM,
1515 Wilson Boulevard, Suite 600
Arlington, VA 22209

286. CRAIG T. BROWN, in his official capacity as Acting Director,
1515 Wilson Boulevard, Suite 600
Arlington, VA 22209

287. THE SMALL BUSINESS ADMINISTRATION,
409 Third Street SW
Washington, DC 20416

288. KELLY L. LOEFFLER, in her official capacity as Administrator,
409 Third Street SW
Washington, DC 20416

289. SMITHSONIAN INSTITUTION,
P.O. Box 37012, MRC 012
Washington, DC 20013-7012

290. LONNIE G. BUNCH III, in his official capacity as Secretary of the
      Smithsonian Institution,
P.O. Box 37012, MRC 012
Washington, DC 20013-7012

291. SURFACE TRANSPORTATION BOARD,
395 E Street SW
Washington, DC 20423

292. PATRICK J. FUCHS, in his official capacity as Chairman,
395 E Street SW
Washington, DC 20423

293. ROBERT E. PRIMUS, in his official capacity as a Member,
395 E Street SW
Washington, DC 20423

294. MICHELLE A. SCHULTZ, in her official capacity as Chairman,
395 E Street SW
Washington, DC 20423

295. KAREN J. HEDLUND, in her official capacity as Member,
395 E Street SW
Washington, DC 20423

296. TENNESSEE VALLEY AUTHORITY,
400 West Summit Hill Drive
Knoxville, TN 37902

297. BILL RENICK, in his official capacity as Chair,
400 West Summit Hill Drive
Knoxville, TN 37902

298. TRADEMARK TRIAL AND APPEAL BOARD,
Madison East, Concourse Level Room C 55
600 Dulany Street
Alexandria, VA 22314

299. COKE MORGAN STEWART, in her official capacity as Acting Director,
Madison East, Concourse Level Room C 55
600 Dulany Street
Alexandria, VA 22314

300. U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,
1300 Pennsylvania Avenue, NW
Washington, DC 20523

301. MARCO RUBIO, in his official capacity as Acting Administrator,
1300 Pennsylvania Avenue, NW
Washington, DC 20523

302. U.S. ARMY CORPS OF ENGINEERS,
441 G Street NW

Washington, DC 20314-1000

303. LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official
    capacity as Commanding General,
441 G Street NW
Washington, DC 20314-1000

304. U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
20 Massachusetts Avenue NW
Room 4210
Washington, DC 20529

305. KIKA SCOTT, in her official capacity as Senior Official Performing the
    Duties of the Director,
20 Massachusetts Avenue NW
Room 4210
Washington, DC 20529

306. U.S. COAST GUARD,
Commandant CG–LCL
US Coast Guard HQ
2703 Martin Luther King Jr. Avenue SE
Stop 7213
Washington, DC 20593–7213

307. KEVIN E. LUNDAY, in his official capacity as Commandant,
Commandant CG–LCL
US Coast Guard HQ
2703 Martin Luther King Jr. Avenue SE
Stop 7213
Washington, DC 20593–7213

308. U.S. COMMISSION ON CIVIL RIGHTS,
1331 Pennsylvania Avenue NW
Suite 1150
Washington, DC 20425

309. ROCHELLE GARZA, in her official capacity as Commission Chair,
1331 Pennsylvania Avenue NW
Suite 1150

Washington, DC 20425

310. U.S. CONSUMER PRODUCT SAFETY COMMISSION,
4330 East-West Highway
Bethesda, MD 20814

311. PETER A. FELDMAN, in his official capacity as Acting Chairman,
4330 East-West Highway
Bethesda, MD 20814

312. U.S. CUSTOMS AND BORDER PROTECTION,
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Suite 4.4-B
Washington, DC 20229

313. PETE R. FLORES, in his official capacity as Acting Commissioner,
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Suite 4.4-B
Washington, DC 20229

314. U.S. ELECTION ASSISTANCE COMMISSION,
633 3rd Street NW, Suite 200
Washington, DC 20001

315. DONALD L. PALMER, in his official capacity as Chairman,
633 3rd Street NW, Suite 200
Washington, DC 20001

316. U.S. FISH AND WILDLIFE SERVICE,
1849 C Street NW
Washington, DC 20240

317. PAUL SOUZA, in his official capacity as  Regional Director, Pacific
     Southwest Region, exercising the delegated authority of the Director, U.S.
     Fish and Wildlife Service,
1849 C Street NW

Washington, DC 20240

318. U.S. FOREST SERVICE,
1400 Independence Ave., SW
Washington, D.C. 20250

319. TOM SCHULTZ, in his official capacity as Chief,
1400 Independence Ave., SW
Washington, D.C. 20250

320. U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
500 12th St., SW
Washington DC 20536

321. TODD M. LYONS, in his official capacity as Acting Director,
500 12th St., SW
Washington DC 20536

322. U.S. INTERNATIONAL TRADE COMMISSION,
500 E Street SW
Washington, DC 20436

323. AMY A. KARPEL, in her official capacity as Chair,
500 E Street SW
Washington, DC 20436

324. DAVID S. JOHNSON, in his official capacity as Commissioner,
500 E Street SW
Washington, DC 20436

325. JASON E. KEARNS, in his official capacity as Commissioner,
500 E Street SW
Washington, DC 20436

326. THE U.S. MERIT SYSTEMS PROTECTION BOARD,
1615 M Street NW
Washington, DC 20419

327. HENRY KERNER, in his official capacity as Acting Chairman,
1615 M Street NW

Washington, DC 20419

328. U.S. NUCLEAR WASTE TECHNICAL REVIEW BOARD,
2300 Clarendon Boulevard, Suite 1300 Arlington, VA 22201

329. PETER SWIFT, PH.D., in his official capacity as Chair,
2300 Clarendon Boulevard, Suite 1300 Arlington, VA 22201

330. THE UNITED STATES PATENT AND TRADEMARK OFFICE,
P.O. Box 1450
Alexandria, Virginia 22313–1450

331. COKE MORGAN STEWART, in her official capacity as Acting Director,
P.O. Box 1450
Alexandria, Virginia 22313–1450

332. U.S. POST OFFICE,
475 L'Enfant Plaza SW, Room 4012
Washington, DC 20260

333. DOUG TULINO, in his official capacity as Acting Postmaster General,
475 L'Enfant Plaza SW, Room 4012
Washington, DC 20260

334. U.S. POSTAL INSPECTION SERVICE,
475 L'Enfant Plaza SW
Washington, DC 20260

335. GARY R. BARKSDALE, in his official capacity as Chief Postal Inspector,
475 L'Enfant Plaza SW
Washington, DC 20260

336. U.S. PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD,
800 N Capitol Street NW
Washington, DC 20002

337. BETH ANN WILLIAMS, in his official capacity as Chair,
800 N Capitol Street NW
Washington, DC 20002

338. U.S. RAILROAD RETIREMENT BOARD,
844 North Rush Street
Chicago, IL 60611-1275

339. ERHARD R. CHORLÉ, in his official capacity as Chairman,
844 North Rush Street
Chicago, IL 60611-1275

340. THOMAS R. JAYNE, in his official capacity as Management Member,
844 North Rush Street
Chicago, IL 60611-1275

341. JOHN BRAGG, in his official capacity as Labor Member,
844 North Rush Street
Chicago, IL 60611-1275

342. U.S. SECRET SERVICE,
245 Murray Lane SW
Building T5
Washington, DC 20223

343. SEAN M. CURRAN, in his official capacity as Director,
245 Murray Lane SW
Building T5
Washington, DC 20223

344. U.S. SOCIAL SECURITY ADMINISTRATION,
6401 Security Boulevard
Baltimore, MD 21235

345. LELAND C. DUDEK, in his official capacity as Acting Commissioner,
6401 Security Boulevard
Baltimore, MD 21235

346. U.S. SPACE FORCE,
2020 U.S. Space Force Pentagon
Suite 4E858
Washington, DC 20330-2000

347. B. CHANCE SALTZMAN, in his official capacity as Chief of Space
    Operations,
2020 U.S. Space Force Pentagon
Suite 4E858
Washington, DC 20330-2000

348. U.S. TRADE AND DEVELOPMENT AGENCY,
1101 Wilson Boulevard, Suite 1100
Arlington, VA 22209

349. THOMAS R. HARDY, in his official capacity as Director of Policy and
    Program Management,
1101 Wilson Boulevard, Suite 1100
Arlington, VA 22209

350. U.S. TRANSPORTATION SECURITY ADMINISTRATION,
601 S 12th Street
Arlington, VA 20598-6002

351. HA NGUYEN MCNEILL, in his official capacity as Acting Administrator,
601 S 12th Street
Arlington, VA 20598-6002