# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **PERKINS COIE LLP,**<br><br>**Plaintiff-Appellee,**<br><br>**v.**<br><br>**U.S. DEPARTMENT OF JUSTICE,** *et* **al.,**<br><br>**Defendants-Appellants.** | **Civil Action No. 25-5241** |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Deputy Associate Attorney General Richard P. Lawson provides notice of withdrawal as counsel for Defendants in this matter.

Defendants will continue to be represented by Deputy Associate Attorney Abhishek Kambli.

Dated:       October 22, 2025       Respectfully submitted,
Washington, D.C.


/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants-Appellants*