IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERKINS COIE LLP, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants-Appellants. | Civil Action No. 25-5241 |

**CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS-APPELLANTS' MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. App. P. 32(g), I hereby certify that the Defendants-Appellants' Motion for Extension of Time filed on December 8, 2025 complies with the type-volume limitation under Fed. R. App. P. 27(d)(2) because it contains no more than 5,200 words. I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typeface style requirements of Fed. R. App. P. 32(a)(6) because the brief was prepared in 14-point Times New Roman font using Microsoft Word.

Dated: December 9, 2025
      Washington, D.C.

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

*/s/ Abhisek Kambli*
ABHISHEK KAMBLI
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-9500

*Counsel for Defendants-Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

    */s/ Abhisek Kambli*
    ABHISHEK KAMBLI