# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5241** | **September Term, 2025** |
| | 1:25-cv-00716-BAH |
| | **Filed On: December 9, 2025** |

Perkins Coie LLP,

       Appellee

   v.

United States Department of Justice, et al.,

       Appellants

--------------------

| | |
|---|---|
| **No. 25-5265** | 1:25-cv-00916-JDB |

Jenner & Block LLP,

       Appellee

   v.

United States Department of Justice, et al.,

       Appellants

--------------------

**No. 25-5277**

                                                               1:25-cv-00917-RJL

Wilmer Cutler Pickering Hale and Dorr LLP,

       Appellee

   v.

Executive Office of the President, et al.,

       Appellants

# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-5241**                                       **September Term, 2025**

--------------------

**No. 25-5310**

1:25-cv-01107-LLA

Susman Godfrey LLP,

    Appellee

    v.

Executive Office of the President, et al.,

    Appellants

## O R D E R

Upon consideration of appellants' unopposed motions for extension of time, it is

**ORDERED** that the motions be granted. The deadline for the parties to comply with the court's order filed September 23, 2025, is now January 26, 2026.

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                           BY:    /s/
                                       Laura M. Morgan
                                       Deputy Clerk