# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERKINS COIE LLP, *Plaintiff-Appellee*, v. U.S. DEPARTMENT OF JUSTICE, *et al.*, *Defendants-Appellants.* | No. 25-5241 |
| JENNER & BLOCK LLP, *Plaintiff-Appellee*, v. U.S. DEPARTMENT OF JUSTICE, *et al.*, *Defendants-Appellants.* | No. 25-5265 |
| WILMER CUTLER PICKERING HALE AND DORR LLP, *Plaintiff-Appellee*, v. EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, *Defendants-Appellants.* | No. 25-5277 |
| SUSMAN GODFREY LLP, *Plaintiff-Appellee*, v. EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, *Defendants-Appellants.* | No. 25-5310 |

**RESPONSE TO ORDER TO SHOW CAUSE**

Appellees have no objection to the Court entering the briefing schedule and format set forth in the Court's Order To Show Cause and directing that these cases be calendared for argument on the same day and before the same panel as *Zaid v. Executive Office of the President*, No. 26-5009.

| | |
|---|---|
| Dated: February 5, 2026 | Respectfully submitted, |
| | */s/ Dane H. Butswinkas* |
| | DANE H. BUTSWINKAS |
| | AMY MASON SAHARIA |
| | MATTHEW B. NICHOLSON |
| | CHARLES L. MCCLOUD |
| | WILLIAMS & CONNOLLY LLP |
| | 680 Maine Avenue SW |
| | Washington, DC 20024 |
| | (202) 434-5000 |
| | |
| | *Counsel for Appellee Perkins Coie LLP* |
| | |
| | */s/ Elizabeth B. Prelogar* |
| | ELIZABETH B. PRELOGAR |
| | JOSHUA REVESZ |
| | COOLEY LLP |
| | 1299 Pennsylvania Ave., NW |
| | Suite 700 |
| | Washington, DC 20004 |
| | (202) 842-7800 |
| | |
| | KATHLEEN R. HARTNETT |
| | COOLEY LLP |
| | 3 Embarcadero Center |

20th Floor
San Francisco, CA 94111
(415) 693-2000

MICHAEL A. ATTANASIO
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
(858) 550-6000

*Counsel for Appellee Jenner & Block LLP*

*/s/ Paul D. Clement*
PAUL D. CLEMENT
ERIN E. MURPHY
MATTHEW D. ROWEN
JOSEPH J. DEMOTT
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8893

*Counsel for Appellee Wilmer Cutler Pickering Hale and Dorr LLP*

*/s/ Donald B. Verrilli, Jr.*
DONALD B. VERRILLI, JR.
ELAINE J. GOLDENBERG
GINGER D. ANDERS
JEREMY S. KREISBERG
KYLE A. SCHNEIDER
ESTHENA L. BARLOW
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Suite 500E
Washington, DC 20001
(202) 220-1100

BRAD D. BRIAN
HAILYN J. CHEN
ADAM B. WEISS
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100

*Counsel for Appellee Susman Godfrey LLP*

# CERTIFICATE OF COMPLIANCE

1.    This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule Appellate Procedure 32(f), this document contains 50 words.

2.    This document complies with the typeface requirements of Federal Rule of Appellate procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

3.    Pursuant to Circuit Rule 32(a)(2), I certify that all other signatories have authorized the undersigned counsel to submit this document on their behalf.

Dated: February 5, 2026

*/s/ Dane H. Butswinkas*
DANE H. BUTSWINKAS

*Counsel for Appellee Perkins Coie LLP*