# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5241** | **September Term, 2025** |
| | 1:25-cv-00716-BAH |
| | **Filed On:** February 6, 2026 |

Perkins Coie LLP,

    Appellee

    v.

United States Department of Justice, et al.,

    Appellants

| | |
|---|---|
| **No. 25-5265** | 1:25-cv-00916-JDB |

Jenner & Block LLP,

    Appellee

    v.

United States Department of Justice, et al.,

    Appellants

| | |
|---|---|
| **No. 25-5277** | 1:25-cv-00917-RJL |

Wilmer Cutler Pickering Hale and Dorr LLP,

    Appellee

    v.

Executive Office of the President, et al.,

    Appellants

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5241** | **September Term, 2025** |
| **No. 25-5310** | 1:25-cv-01107-LLA |

Susman Godfrey LLP,

      Appellee

    v.

Executive Office of the President, et al.,

      Appellants

    **BEFORE:**   Pillard and Pan, Circuit Judges

## O R D E R

Upon consideration of the joint motion to govern future proceedings, the order to show cause filed February 3, 2026, and the responses thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the above-captioned cases be consolidated and that the following briefing schedule and format will apply:

| | |
|---|---|
| Appellants' Combined Opening Brief<br>(not to exceed 26,000 words) | March 6, 2026 |
| Appendix | March 6, 2026 |
| Appellees' Briefs<br>(up to four briefs not to exceed<br>9,000 words each) | March 27, 2026 |
| Appellants' Combined Reply Brief<br>(not to exceed 13,000 words) | April 10, 2026 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5241**                                                  **September Term, 2025**

     The Clerk is directed to calendar these consolidated cases for oral argument on the same day and before the same panel as <u>Zaid v. Executive Office of the President</u>, No. 26-5009.  The parties will be informed later of the date of oral argument and the composition of the merits panel.

     Appellants should raise all issues and arguments in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

     To avoid any duplication, appellees are obliged to consult during the preparation of their briefs and to adopt relevant portions of each other's briefs.  Briefs which are repetitious wholly or in part will be stricken.

     To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  <u>See</u> <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

     Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

**<u>Per Curiam</u>**

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                                 BY:    /s/
                                                     Selena R. Gancasz
                                                     Deputy Clerk