# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

PERKINS COIE LLP,

                Plaintiff-Appellee,

      v.

U.S. DEPARTMENT OF
JUSTICE,
*et* al.,

                Defendants-
                Appellants.

Civil Action No. 25-5241

---

JENNER & BLOCK LLP,

                Plaintiff-Appellee,

      v.

U.S. DEPARTMENT OF
JUSTICE,
*et* al.,

                Defendants-
                Appellants.

Civil Action No. 25-5265

---

WILMER CUTLER PICKERING
HALE and DORR LLP,

Civil Action No. 25-5277

Plaintiff-Appellee,

v.

EXECUTIVE OFFICE OF THE
PRESIDENT,
*et* al.,

Defendants-
Appellants.

SUSMAN GODFREY LLP,

Plaintiff-Appellee,

v.

EXECUTIVE OFFICE OF THE
PRESIDENT,
*et* al.,

Defendants-
Appellants.

Civil Action No. 25-5310

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEALS

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Defendant-Appellants respectfully move to voluntarily dismiss these consolidated appeals, with all parties to bear their own fees and costs. Counsel for Plaintiff-Appellees have authorized Defendant-Appellants to state that Plaintiff-Appellees consent to this motion.

Dated:       March 2, 2026          Respectfully submitted,
             Washington, D.C.


                                    STANLEY E. WOODWARD, JR.
                                    Associate Attorney General


                                    /s/ *Abhishek S. Kambli*
                                    ABHISHEK S. KAMBLI
                                    Deputy Associate Attorney General
                                    950 Pennsylvania Avenue, NW
                                    Washington, DC 20530
                                    Telephone: (202) 514-9500

                                    *Counsel for Defendant-Appellants*

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume limit of D.C. Circuit Rule 27 because it contains 41 words.  This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Century Schoolbook 14-point font, a proportionally spaced typeface.

*/s/   Abhishek S. Kambli*
ABHISHEK S. KAMBLI

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

/s/   *Abhishek S. Kambli*
ABHISHEK S. KAMBLI