**[ORAL ARGUMENT NOT YET SCHEDULED]**

**Nos. 25-5241, 25-5265, 25-5277, 25-5310**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

PERKINS COIE LLP,
    Plaintiff-Appellee,
v.
U.S. DEPARTMENT OF JUSTICE, *et al.*,
    Defendants-Appellant.

JENNER & BLOCK LLP,
    Plaintiff-Appellee,
v.
U.S. DEPARTMENT OF JUSTICE, *et al.*,
    Defendants-Appellant.

WILMER CUTLER PICKERING HALE & DORR LLP,
    Plaintiff-Appellee,
v.
EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,
    Defendants-Appellant.

SUSMAN GODFREY LLP, et al.,
    Plaintiff-Appellee,
v.
EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,
    Defendants-Appellant.

On Appeal from the United States District Court
for the District of Columbia

**NOTICE OF ERRATA**

# NOTICE OF ERRATA

Defendants-Appellants respectfully submit this Notice of Errata regarding the Joint Appendix. One of the case numbers on the Joint Appendix's cover sheet incorrectly reads "26-5241." The correct case number is 25-5241. A corrected copy of the Joint Appendix has been filed with this Notice of Errata.

Dated:   March 9, 2022          Respectfully submitted,
         Washington, D.C.

                                STANLEY E. WOODWARD, JR.
                                Associate Attorney General

                                /s/ *Abhishek Kambli*
                                ABHISHEK KAMBLI
                                Deputy Associate Attorney General
                                950 Pennsylvania Avenue, NW
                                Washington, DC 20530
                                Telephone: (202) 514-9500

                                *Counsel for Defendants-Appellants*

1

# CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

                                               */s/ Abhishek Kambli*
                                               ABHISHEK S. KAMBLI