# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5241**                    **September Term, 2025**

1:25-cv-00916-JDB
1:25-cv-00917-RJL
1:25-cv-01107-LLA
1:25-cv-00716-BAH

Filed On: March 16, 2026 [2163842]

Perkins Coie LLP,

    Appellee

    v.

United States Department of Justice, et al.,

    Appellants

------------------------------

Consolidated with 25-5265, 25-5277, 25-5310

## O R D E R

Upon consideration of appellants' motion to withdraw their motion to voluntarily dismiss these appeals, it is

**ORDERED** that the motion to withdraw be granted and appellants' motion to voluntarily dismiss these appeals be deemed withdrawn. The Clerk is directed to note the docket accordingly.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                            BY:    /s/
                                      Louis Karl Fisher
                                      Deputy Clerk