**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |  |
|---|---|---|
| | : | |
| PERKINS COIE LLP, et al. | : | |
|     *Plaintiffs-Appellees,* | : | |
| | : | |
| v. | : | Nos.  25-5241, 25-5265 |
| | : |          25-5277, 25-5310 |
| U.S. DEPARTMENT OF JUSTICE, et al. | : | |
|     *Defendants-Appellants* | : | |
| | : | **ORAL ARGUMENT** |
| | : | **MAY 14, 2026** |
| _____ | : | |

**NOTICE OF REPRESENTATION OF CONSENT TO PARTICIPATE
AS AMICUS CURIAE AND RULE 26.1 DISCLOSURE STATEMENT**

Under Circuit Rule 29(b), which "encourages . . . non-governmental entities to file a written representation of consent . . . to participate" as amicus curiae "as promptly as practicable," Washington Legal Foundation advises the Court of its intent to file an amicus brief in these cases. WLF also represents that it has received consent from all parties to participate as amicus.

Washington Legal Foundation is a nonprofit, public-interest law firm and policy center with supporters nationwide. WLF promotes free markets, individual rights, and the rule of law. It often appears as amicus curiae in federal cases where Executive Branch overreach undermines

those venerable principles. *Learning Resources v. Trump*, 607 U.S. ___ (2026); *Nat'l Fed'n of Indep. Bus. v. U.S. Dep't of Labor, Occupational Safety & Health Admin.*, 595 U.S. 109 (2022).

Under Rule 26.1 and Circuit Rule 28(a)(1)(A), WLF states that it has no parent company, issues no stock, and no publicly held company owns a 10 percent or greater interest in it.

Respectfully submitted,

/s/ Zac Morgan
Cory L. Andrews
Zac Morgan
  *Counsel of Record*
WASHINGTON LEGAL FOUNDATION
2009 Massachusetts Ave. NW
Washington, DC 20036
(202) 588-0302
zmorgan@wlf.org

March 25, 2026