ORAL ARGUMENT SCHEDULED FOR MAY 14, 2026

Nos. 25-5241, 25-5265, 25-5277, 25-5310

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

PERKINS COIE, LLP,
                    Plaintiff-Appellee,
v.
U.S. DEPARTMENT OF JUSTICE, *et al.,*
                    Defendants-Appellant.

---

JENNER & BLOCK LLP,
                    Plaintiff-Appellee,
v.
U.S. DEPARTMENT OF JUSTICE, *et al.,*
                    Defendants-Appellant.

---

WILMER CUTLER PICKERING HALE & DORR LLP,
                    Plaintiff-Appellee,
v.
EXECUTIVE OFFICE OF THE PRESIDENT, *et al.,*
                    Defendants-Appellant.

---

SUSMAN GODFREY LLP, et al.,
                    Plaintiff-Appellee,
v.
EXECUTIVE OFFICE OF THE PRESIDENT, *et al.,*
                    Defendants-Appellant.

---

On Appeal from the United States District Court for District of Columbia

---

## INTENT TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF-APPELLEES

---

JOHN MCCOY
(Counsel of Record)
1717 N St. NW
202.296-5600
mccoy@klimaskilaw.com

MITT REGAN
600 New Jersey Avenue NW
Washington, D.C. 20001
(202) 662-9414
regan@georgetown.edu

*Attorneys for* amicus curiae *Lawyers Defending American Democracy*

## REPRESENTATION THAT ALL PARTIES CONSENT TO AMICUS PARTICIPATION

Pursuant to D.C. Circuit Rule 29(b), Lawyers Defending American Democracy ("LDAD"), hereby notifies the Court that all parties to the above-captioned appeal consent to LDAD's participation in this case as amicus curiae in support of the Appellees.

### Rule 26.1 Disclosure Statement

LDAD is a non-partisan, tax-exempt 501(c)(3) corporation. LDAD is not owned by any parent corporation and no publicly held company has 10% or more ownership in LDAD. LDAD is devoted to encouraging the legal profession to enforce and uphold principles of democracy and law, consistent with our obligations as lawyers; demanding accountability from lawyers and public officials; and identifying attacks on legal norms and prescribing redress for them.

### Consent to Amicus Participation

LDAD has consulted with counsel for all parties in the above-captioned appeal and represents that they consent to LDAD's participation as amicus in support of the appellees.

Respectfully submitted,

John McCoy, Esq.

Counsel for Amicus