## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

### PERKINS COIE LLP,
*Plaintiff-Appellee,*

v.

### U.S. DEPARTMENT OF JUSTICE, ET AL.,
*Defendants-Appellants.*

_____

On Appeal from the United States District Court for the District of Columbia

_____

### NOTICE OF INTENT TO FILE BRIEF AS *AMICI CURIAE*
### IN SUPPORT OF PLAINTIFFS-APPELLEES
### AND REPESENTATION OF CONSENT

_____

Nathan P. Eimer
  *Counsel of Record*
Scott C. Solberg
Daniel D. Birk
Benjamin E. Waldin
Gregory M. Schweizer (*admission pending*)
Johnathan T. Hall
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
neimer@eimerstahl.com

*Attorneys for* Amici Curiae *Law Firms*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 12(f), 26.1, and 29(b), *amici curiae* state that they are comprised of law firms and legal corporations. They have no parent corporations and do not issue stock.

Dated: March 26, 2026

*/s/ Nathan P. Eimer*

Nathan P. Eimer
*Counsel for* Amici Curiae *Law Firms*

**NOTICE OF INTENT TO FILE BRIEF AS *AMICI CURIAE* LAW FIRMS IN
SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), *amici* respectfully submit notice to the Court of their intent to file a brief in support of Plaintiffs-Appellees in the above-captioned consolidated cases. *Amici* are comprised of law firms and legal corporations around the Nation. A complete list of *amici* law firms will be provided with the brief.

All parties have consented to *amici*'s filing of the brief.

Pursuant to D.C. Circuit Rule 29(d), counsel for *amici* certifies that a separate brief is necessary to express the views of advocates tasked with representing the Nation's leading business and financial institutions, which depend on the stability of the rule of law to thrive economically, and the interests of small businesses, nonprofit organizations, consumers, workers and other individuals, who likewise depend on the impartial administration of justice. *Amici* are particularly well suited to provide this Court important context on these subjects because of their experience, range of clients, and deep and abiding commitment to the rule of law.

Dated: March 26, 2026

Respectfully submitted,

*/s/ Nathan P. Eimer*

Nathan P. Eimer
  *Counsel of Record*
Scott C. Solberg
Daniel D. Birk
Benjamin E. Waldin
Gregory M. Schweizer (*admission pending*)
Johnathan T. Hall
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
dbirk@eimerstahl.com
bwaldin@eimerestahl.com
gschweizer@eimerstahl.com
jhall@eimerstahl.com

*Attorneys for* Amici Curiae *Law Firms*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Court's CM/ECF system on March 26, 2026.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: March 26, 2026

*/s/ Nathan P. Eimer*

Nathan P. Eimer
*Counsel for* Amici Curiae *Law Firms*