# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Jenner & Block LLP

**v.**

U.S. Department of Justice, et al.

**Case No:** 25-5265

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Jenner & Block LLP

### Counsel Information

Lead Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email:

2nd Counsel: Jade Ford

Direct Phone: ( 202 ) 776-2160  Fax: (____) ____-____  Email: jford@cooley.com

3rd Counsel: Miranda Li

Direct Phone: ( 415 ) 693-2067  Fax: (____) ____-____  Email: mjli@cooley.com

Firm Name: Cooley LLP

Firm Address: 1299 Pennsylvania Ave., NW, Suite 700, Washington DC 20004

Firm Phone: ( 202 ) 842-7800  Fax: ( 202 ) 842-7899  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)