# In the United States Court of Appeals for the District of Columbia Circuit

PERKINS COIE LLP,
PLAINTIFF-APPELLEE

*v.*

U.S. DEPARTMENT OF JUSTICE, ET AL.
DEFENDANTS-APPELLANTS

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## NOTICE OF INTENT TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND REPRESENTATION OF CONSENT

Katherine Pringle
   *Counsel of Record*
Jason B. Koffler
Matthew Tharp
Hannah Odenthal
Friedman Kaplan Seiler
   Adelman & Robbins LLP
7 Times Square
New York, NY  10036
(212) 833-1100
kpringle@fkaw.com


*Attorneys for Amicus Curiae Leadership
Now Project*

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and

D.C. Circuit Rules 12(f), 26.1, and 29(b), *amicus curiae* Leadership Now

Project ("Leadership Now") states that it is a 501(c)(4) national

membership organization of business leaders that is committed to

protecting democracy as a foundation for political stability and a

thriving economy.  Leadership Now is not owned by any parent

corporation, issues no stock, and no publicly held company owns a 10%

or greater interest in it.

**NOTICE OF INTENT TO FILE BRIEF AS *AMICUS CURIAE*
IN SUPPORT OF PLAINTIFFS-APPELLEES
AND REPRESENTATION OF CONSENT**

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), Leadership Now respectfully submits notice to the Court of its intent to file a brief in support of Plaintiffs-Appellees in the above-captioned consolidated cases.

All parties have consented to *amicus*'s filing of the brief.

Pursuant to D.C. Circuit Rule 29(d), counsel for *amicus* certify that a separate brief is necessary to express the views of the business community and to highlight the risks that the challenged Executive Orders pose to the health of American business. Leadership Now is particularly well suited to provide the Court with necessary context on these subjects given its membership includes business leaders at numerous, influential companies across the nation, with members in more than 25 states.

Dated:    New York, New York
           March 30, 2026

                    Respectfully submitted,

                    FRIEDMAN KAPLAN SEILER
                      ADELMAN & ROBBINS LLP

                    *s/ Katherine Pringle*
                    Katherine Pringle
                    Jason B. Koffler
                    Matthew Tharp
                    Hannah Odenthal
                    7 Times Square
                    New York, NY  10036
                    (212) 833-1100
                    kpringle@fklaw.com

                    *Attorneys for Amicus Curiae*
                    *Leadership Now Project*

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system.

I further certify that the foregoing was served on all parties or their counsel of record through the appellate CM/ECF system, as they are registered users.

Dated:    New York, New York
          March 30, 2026

*s/ Katherine Pringle*
Katherine Pringle

*Attorney for Amicus Curiae*
*Leadership Now Project*
