**ORAL ARGUMENT SCHEDULED ON MAY 14, 2026**
**Nos. 25-5241, 25-5265, 25-5277, 25-5310**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

PERKINS COIE LLP,
*Plaintiff-Appellee,*

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,
*Defendants-Appellants,*

On appeal from the United States District Court
for the District of Columbia

## NOTICE OF INTENTION TO FILE BRIEF AS *AMICI CURIAE*
## IN SUPPORT OF PLAINTIFFS-APPELLEES
## AND REPESENTATION OF CONSENT

BRIANNE HOLLAND-STERGAR
Holland-Stergar LLLP
Missoula, MT
(406) 498-8387
hollandstergarlllp@gmail.com

PHILLIP R. MALONE
MARK A. LEMLEY
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
(650) 725-6369
pmalone@law.stanford.edu

*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1(a), *amici* represent, through their undersigned counsel, that they are individual law professors and not a corporation, association, joint venture, partnership, syndicate, or other similar entity and thus have no parent corporations, and no publicly held company has a 10% or greater ownership interest in them.

*/s/ Phillip R. Malone*
Phillip R. Malone

**NOTICE OF INTENTION TO FILE BRIEF AS *AMICI CURIAE*
LAW PROFESSORS IN SUPPORT OF
PLAINTIFFS-APPELLEES AND AFFIRMANCE**

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), *amici* submit this notice to the Court of their intention to file an *amicus* brief in support of Plaintiffs-Appellees and affirmance in the above-captioned cases. *Amici* are law professors who are scholars and experts in constitutional law, legal ethics, and the history of the legal profession, among other fields, at law schools across the country. A complete list of *amici* law professors will be provided with the brief.

**REPRESENTATION OF CONSENT TO FILE AMICUS BRIEF**

All parties have consented to *amici's* filing of the brief.

Dated: March 30, 2026    Respectfully submitted,


 /s/ *Phillip R. Malone*
Phillip R. Malone
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 725-6369
Fax: (650)-723-4426
pmalone@law.stanford.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2026, I electronically filed the original of this Notice of Intention to File Brief of *Amici Curiae* with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

DATED this 30th day of March 2026.

  /s/ *Phillip R. Malone*
Phillip R. Malone