**ORAL ARGUMENT SCHEDULED ON MAY 14, 2026**
**Nos. 25-5241, 25-5265, 25-5277, 25-5310 (Consolidated)**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

PERKINS COIE LLP,

*Plaintiff-Appellee,*

v.

U.S. DEPARTMENT OF JUSTICE, ET AL.,

*Defendant-Appellants.*

---

On Appeal From The United States District Court For The District Of Columbia

---

**UNITED STATES SENATORS' NOTICE OF INTENT TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND REPRESENTATION OF CONSENT**

---

F. Paul Bland (*admission pending)*
BERGER MONTAGUE PC
1001 G Street NW, Suite 400 East
Washington, DC 20001
(202) 559-9740
pbland@bergermontague.com

Matthew I. Summers
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
(415) 906-1626
msummers@bergermontague.com

Joseph E. Samuel, Jr.
    *Counsel of Record*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19130
(215) 875-3020
jsamuel@bergermontague.com

*Attorneys for* Amici Curiae *Senators*

---

## <u>NOTICE OF INTENT TO PARTICIPATE AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE</u>

Pursuant to Circuit Rule 29(b), the undersigned hereby advises the Court that certain United States Senators ("Senators") intend to file an amicus brief in these cases. A complete list of *amici* Senators will be provided with the brief.

Senators also represent that they have received consent from all parties to file an amicus brief.

Pursuant to D.C. Circuit Rule 29(d), counsel for Senators certifies that a separate brief is necessary to express the unique views of United States Senators, who often appear as amici curiae in cases concerning constitutional interpretation, the separation of powers, and Executive Branch overreach, and who also rely on private attorneys for a number of other important legislative and advocacy purposes.

Dated: March 30, 2026

Respectfully submitted,

*/s/ Joseph E. Samuel, Jr.*
Joseph E. Samuel, Jr.
    *Counsel of Record*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19130
(215) 875-3020
jsamuel@bergermontague.com

F. Paul Bland (*admission pending)*
BERGER MONTAGUE PC
1001 G Street NW, Suite 400 East
Washington, DC 20001
(202) 559-9740
pbland@bergermontague.com

1

Matthew I. Summers
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
(415) 906-1626
msummers@bergermontague.com

*Attorneys for* Amici Curiae *Senators*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Court's CM/ECF system on March 30, 2026.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: March 30, 2026                     */s/ Joseph E. Samuel, Jr.*

Joseph E. Samuel, Jr.
*Counsel for* Amici Curiae *Senators*