**Nos. 25-5241, 25-5265, 25-5277, 25-5310**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

PERKINS COIE LLP,

*Plaintiff-Appellee*,

v.

U.S. DEPARTMENT OF JUSTICE *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia

## NOTICE BY LEGAL ETHICS SCHOLARS OF INTENT TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

Ruth Greenwood
Samuel J. Davis
ELECTION LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Suite 4105
Cambridge, MA 02138
(617) 496-2181
rgreenwood@law.harvard.edu
sadavis@law.harvard.edu

Elizabeth R. Cruikshank
  *Counsel of Record*
Kelsi Brown Corkran
Mary B. McCord
Joseph W. Mead
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION,
GEORGETOWN LAW
600 New Jersey Avenue NW
Washington, DC 20001
(202) 662-9042
erc56@georgetown.edu

*Counsel for* Amici Curiae

## NOTICE OF INTENT TO FILE BRIEF AS *AMICI CURIAE*

Pursuant to Circuit Rule 29(b), *amici* respectfully notify the Court of their intent to file a brief in support of Plaintiffs-Appellees and affirmance in the above-captioned consolidated appeal. *Amici* are distinguished legal ethics scholars dedicated to studying the ethical questions that lawyers face as they weigh their duties to clients, the courts, and society. A complete list of *amici* will be provided with the brief. All parties consent to the legal ethics scholars' participation as *amici curiae*.

March 30, 2026

Respectfully submitted,

/s/ *Elizabeth R. Cruikshank*
Elizabeth R. Cruikshank
  *Counsel of Record*
Kelsi Brown Corkran
Mary B. McCord
Joseph W. Mead
INSTITUTE FOR CONSTITUTIONAL
  ADVOCACY AND PROTECTION,
GEORGETOWN LAW
600 New Jersey Avenue NW
Washington, DC 20001
erc56@georgetown.edu
(202) 662-9042

Ruth Greenwood
Samuel J. Davis
ELECTION LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Suite 4105
Cambridge, MA 02138
sadavis@law.harvard.edu
(617) 496-2181

*Counsel for* Amici Curiae

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 30, 2026              /s/ *Elizabeth R. Cruikshank*
                                   Elizabeth R. Cruikshank