**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

PERKINS COIE LLP,

*Plaintiff-Appellee*,

v.

U.S. DEPARTMENT OF JUSTICE ET AL.,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Columbia

**NOTICE OF INTENT TO FILE BRIEF AS *AMICI CURIAE* BY THE
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW AND SIX
CIVIL RIGHTS ORGANIZATIONS IN SUPPORT OF
PLAINTIFFS-APPELLEES AND AFFIRMANCE**

Edward G. Caspar
  *Counsel of Record*
Adria Bonillas
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600
*ecaspar@lawyerscommittee.org*

*Counsel for* Amici Curiae
*Lawyers' Committee for Civil Rights Under Law et al.*

# RULE 26.1 DISCLOSURE STATEMENT

Pursuant to FED. R. APP. P. 26.1 and D.C. Circuit Rules 12(f), 26.1, and 29(b), *amici curiae* the Lawyers' Committee for Civil Rights Under Law, Public Counsel, Washington Lawyers' Committee for Civil Rights and Urban Affairs, Public Interest Law Center, Chicago Lawyers' Committee for Civil Rights Under Law, Mississippi Center for Justice, and Lawyers' Committee for Civil Rights of the San Francisco Bay Area, state that they are nongovernmental nonprofit corporations. None has a parent company, and no publicly held corporation owns 10% or more of the stock of any of the *amici curiae* listed above.

**NOTICE OF INTENT AND REPRESENTATION OF
CONSENT TO FILE BRIEF OF *AMICI CURIAE***

Pursuant to FED. R. APP. P. 29(a)(2) and D.C. Circuit Rule 29(b), the

following seven nonprofit civil rights groups hereby give notice that they intend to

file an *amici curiae* brief in support of Plaintiffs-Appellees in the above-captioned

consolidated cases:

Lawyers' Committee for Civil Rights Under Law;

Public Counsel;

Washington Lawyers' Committee for Civil Rights and Urban Affairs;

Public Interest Law Center;

Chicago Lawyers' Committee for Civil Rights Under Law;

Mississippi Center for Justice; and

Lawyers' Committee for Civil Rights of the San Francisco Bay Area.

All parties have consented to the timely and rule-compliant filing of this brief.

Dated: April 1, 2026

Respectfully submitted,

/s/ *Edward G. Caspar*
Edward G. Caspar
   *Counsel of Record*
Adria Bonillas
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600
*ecaspar@lawyerscommittee.org*

*Counsel for* Amici Curiae *Lawyers'
Committee for Civil Rights Under Law et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 1, 2026 /s/ *Edward G. Caspar*
Edward G. Caspar