# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Perkins Coie LLP, et al.

**v.**

U.S. Dep't of Justice, et al.

**Case No:** 25-5241, 5265, 5277, 5310

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Washington Legal Foundation

(supporting Plaintiffs-Appellees)

### Counsel Information

Lead Counsel: Zac Morgan

Direct Phone: ( 202 ) 588-0302  Fax: (____) _____  Email: zmorgan@wlf.org

2nd Counsel: Cory Andrews

Direct Phone: ( 202 ) 588-0302  Fax: (____) _____  Email: candrews@wlf.org

3rd Counsel:

Direct Phone: (____) _____  Fax: (____) _____  Email:

Firm Name:

Firm Address:

Firm Phone: (____) _____  Fax: (____) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.