**ORAL ARGUMENT: MAY 14, 2026**

**Nos. 25-5241, 25-5265, 25-5277, 25-5310**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

**PERKINS COIE LLP,**

Plaintiff-Appellee

v.

**U.S. DEPARTMENT OF JUSTICE,** *et al.,*

Defendants-Appellants

———————————

On Appeal from the United States District Court
for the District of Columbia

———————————

**Notice by Lawyers for Lawyers of Intent to File as *Amicus Curiae*
In Support of Plaintiffs-Appellees and Affirmance**

———————————

Nicholas Diamand
Daniel E. Seltz
Lieff Cabraser Heimann
& Bernstein, LLP
250 Hudson Street, 8th
Floor
New York, NY  10013-1413
ndiamand@lchb.com
dseltz@lchb.com
Telephone:
    212.355.9500
*Counsel for Amicus Curiae*

# CORPORATE DISCLOSURE STATEMENT

The *amicus curiae* herein, Lawyers for Lawyers, through its undersigned counsel, submits this Corporate Disclosure Statement pursuant to Rule 26.1(b) and 29(c) of the Federal Rules of Appellate Procedure, and Rule 26.1 and 29(c) of the Federal Rules of Appellate Procedure, and Rule 26.1 of the Rules of the United States Court of Appeals for the District of Columbia Circuit.

Lawyers for Lawyers is a non-stock, not-for-profit, independent non-political foundation, based in the Netherlands, which has no parent company, and no person or entity owns it or any part of it.[1]

 */s/ Nicholas Diamand*
Nicholas Diamand
Attorney for *Amicus Curiae*

Dated:  April 3, 2026

---

[1] All parties have consented to the filing of the amicus brief.

## <u>NOTICE OF INTENT TO FILE BRIEF AS AMICUS CURIAE</u>

Pursuant to Circuit Rule 29(b), Lawyers for Lawyers respectfully notifies the Court of its intent to file a brief as *amicus curiae* in support of Plaintiffs-Appellees and affirmance in the above-captioned consolidated appeal. Lawyers for Lawyers is an independent, non-profit and non-political foundation established in 1986, in the Netherlands. It aims to uphold the rule of law and the protection of human rights and works to promote and advocate for the independence of the legal profession worldwide. All parties consent to the filing of Lawyers for Lawyers' brief.

Dated:  April 1, 2026

*/s/ Nicholas Diamand*
Nicholas Diamand
Daniel E. Seltz
Lieff Cabraser Heimann &
Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: 212.355.9500
Facsimile:  212.355.9592

*Counsel for Amicus Curiae*
*Lawyers for Lawyers*

# <u>CERTIFICATE OF SERVICE</u>

I certify that on April 1, 2026, I caused to be filed the foregoing document using the Court's ECF system. Service on all counsel of record for all parties was accomplished electronically using the Court's CM/ECF system.

 */s/ Nicholas Diamand*　　　
Nicholas Diamand
Attorney for *Amicus Curiae*

Dated: April 1, 2026
