**In the United States Court of Appeals
for the District of Columbia Circuit**

**Nos. 25-5241, 25-5265, 25-5277, 25-5310**

PERKINS COIE LLP,

Plaintiff-Appellee,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

Defendants-Appellant.

JENNER & BLOCK LLP,

Plaintiff-Appellee,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

Defendants-Appellant.

WILMER CUTLER PICKERING HALE & DORR LLP,

Plaintiff-Appellee,

v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

Defendants-Appellant.

SUSMAN GODFREY LLP, et al.,

Plaintiff-Appellee,

v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

Defendants-Appellant.

**Motion of Charlotte Burrows *et al.* to File a Brief as *Amicus Curiae* in Support of Appellees**

Pursuant to Fed. R. App. P. 29(b), Charlotte A. Burrows, Chai Feldblum, Stuart Ishimaru, P. David Lopez, Peggy Mastroianni, Carol R. Miaskoff, Jocelyn Samuels, and Jenny R. Yang move to file the attached brief as *amicus curiae* in support of the appellees in these consolidated cases. In support of this motion, *Amici* state as follows:

1. *Amici* are former high-ranking officials who served at the U.S. Equal Employment Opportunity Commission (EEOC), including former EEOC Chairs, Commissioners, and General and Legal Counsels. Amici have closely monitored the actions of the current administration, have collaborated on white papers and other documents, and have engaged in widespread outreach and public education. They have direct experience with, and deep expertise in, the enforcement authorities assigned by Congress to the EEOC.

2. The executive orders at issue in this case direct the EEOC to conduct investigations in a manner that violates the procedures Congress specifically required for enforcement of Title VII of the Civil Rights Act of 1964. *Amici* submit this brief to demonstrate how the executive orders conflict with the Commission procedures required by statute.

3. The brief addresses a discrete issue of law, in just over 3,000 words.

For the foregoing reasons, the court should grant the motion to file the attached *amicus* brief.

Respectfully submitted,

/s/ Samuel R. Bagenstos
Samuel R. Bagenstos
625 S. State St.
Ann Arbor, MI  48109
(857)231-1663
sbagen@gmail.com
*Counsel for Amicus Curiae*