# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

PERKINS COIE LLP,

*Plaintiff-Appellee,*

v.

UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia,

Nos. 25-cv-00716, 25-cv-00916, 25-cv-00917, 25-cv-01107

## NOTICE BY FORMER JUDGES OF INTENT TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

Donald Falk
*Counsel of record*
4416 Harbord Dr.
Oakland, CA 94618
donald.falk@gmail.com

April 1, 2026

David McGowan
4155 Via Candidiz Unit 36
San Diego CA 92130
dmcgowan@sandiego.edu

# NOTICE OF INTENT TO FILE BRIEF AS AMICI CURIAE

Pursuant to Circuit Rule 29(b), amici respectfully notify the Court of their intent to file a brief in support of Plaintiffs-Appellees, arguing for affirmance of the trial court orders at issue in this consolidated appeal.

Amici are former state and federal court judges. Amici share an interest in preserving the freedom of lawyers to advocate for their clients with candor and with zeal, thus providing judges with the complete legal and factual record needed for fair adjudication.

Many signatories to this brief were signatories to similar briefs filed in each trial court proceeding at issue in this consolidated appeal. A complete list of amici is attached.

All parties consent to the filing of this brief.

*Respectfully submitted*

*/s/ Donald Falk*
Donald Falk
4416 Harbord Dr.
Oakland, CA 94618
E: donald.falk@gmail.com
Counsel for Amici

David McGowan
4155 Via Candidiz Unit 36
San Diego CA 92130
dmcgowan@sandiego.edu

April 3, 2026

**EXHIBIT A**

1. Judge Elsa Alcala,
   Texas Court of Criminal Appeals (Ret.)

2. Judge Lesley A. Allan,
   Washington Superior Court, Chelan County (Ret.)

3. Chief Justice Jeffrey L. Amestoy,
   Vermont Supreme Court (Ret.)

4. Judge Elaine M. Andrews,
   Alaska Superior Court, Third District (Ret.)

5. Judge Beth Andrus,
   Washington Superior Court, King County (Ret.)

6. Judge Marlin Appelwick,
   Washington State Court of Appeals (Ret.)

7. Judge Stephanie A. Arend,
   Washington Superior Court, Pierce County (Ret.)

8. Associate Justice Richard M. Aronson,
   California Court of Appeal, Fourth District (Ret.)

9. Judge Nancy J. Arnold,
   Illinois Circuit Court, Cook County (Ret.)

10. Judge Steven K. Austin,
    California Superior Court, Contra Costa County (Ret.)

11. Judge Monica Bachner,
    California Superior Court, County of Los Angeles (Ret.)

12. Chief Justice W. Scott Bales,
    Arizona Supreme Court (Ret.)

13. Senior Judge Thomas A. Balmer,
    Oregon Supreme Court (Ret.)

14. Judge Paul A. Bastine,
    Washington Superior Court, Spokane County (Ret.)

15. Chief Judge Suzanne M. Barnett,
Washington Superior Court, King County (Ret.)

16. Chief Judge Mary Kay Becker,
Washington State Court of Appeals, Division One (Ret.)

17. Judge Martha Beckwith,
Alaska State District Court, Third Judicial District (Ret.)

18. Justice Gina Benavides,
Texas Thirteenth Court of Appeals (Ret.)

19. Judge Aviva K. Bobb,
California Superior Court, County of Los Angeles (Ret.)

20. Magistrate Judge E. Thomas Boyle,
United States District Court, Eastern District of New York (Ret.)

21. Justice Richard F. Braun,
New York Supreme Court, New York County (Ret.)

22. Associate Justice Bobbe Bridge,
Washington Supreme Court (Ret.)

23. Magistrate Judge Geraldine Soat Brown,
United States District Court, Northern District of Illinois (Ret.)

24. Judge A. Franklin Burgess, Jr.,
Superior Court, District of Columbia (Ret.)

25. Magistrate Judge Michelle Burns,
United States District Court, District of Arizona (Ret.)

26. Judge Patrick Burns,
Washington Superior Court, King County (Ret.)

27. Judge Regina S. Cahan,
Washington Superior Court, King County (Ret.)

28. Judge William Cahill,
California Superior Court, County of San Francisco (Ret.)

29. Judge Gregory P. Canova,
Washington Superior Court, King County (Ret.)

30. Judge Terrance A. Carrol,
    Washington Superior Court, King County (Ret.)

31. Judge Wynne S. Carvill,
    California Superior Court, Alameda County (Ret.)

32. Judge Patrick A. Cathcart,
    California Superior Court, County of Los Angeles (Ret.)

33. Judge Katherine Chilton,
    California Superior Court, County of Los Angeles (Ret.)

34. Judge Vickie I. Churchill,
    Washington Superior Court, Island County (Ret.)

35. Judge Robert James Cindrich,
    United States District Court, Western District of Pennsylvania (Ret.)

36. Judge Isabel R. Cohen,
    California Superior Court, County of Los Angeles (Ret.)

37. Judge Bruce W. Cohoe,
    Washington Superior Court, Pierce County (Ret.)

38. Chief Justice Sue Bell Cobb
    Alabama Supreme Court (Ret.)

39. Acting Justice Ellen M. Coin,
    New York Supreme Court, New York County (Ret.)

40. Judge Scott A. Collier,
    Washington Superior Court, Clark County (Ret.)

41. Associate Justice Carol Ann Conboy,
    New Hampshire Supreme Court (Ret.)

42. Judge Karen Conoley,
    Washington Superior Court, Kitsap County (Ret.)

43. Chief Justice Dori Contreras,
    Texas Thirteenth District Court of Appeals (Ret.)

44. Judge Ronald E. Cox,
    Washington State Court of Appeals (Ret.)

45.     Magistrate Judge Susan E. Cox,
United States District Court, Northern District of Illinois (Ret.)

46.     Senior Associate Justice Stephen G. Crane,
New York Supreme Court, Appellate Division, Second Dept. (Ret.)

47.     Senior Judge James Crockett,
Nevada District Court, Eighth Judicial District (Ret.)

48.     Chief Justice Benjamin Cruz,
Guam Supreme Court (Ret.)

49.     Judge Denise Navarre Cubbon,
Court of Common Pleas, Juvenile Division, Lucas County, Ohio (Ret.)

50.     Judge Andrea Darvas,
Washington Superior Court, King County (Ret.)

51.     Justice Carolyn E. Demarest,
New York Supreme Court, Kings County (Ret.)

52.     Magistrate Judge Morton Denlow,
United States District Court, Northern District of Illinois (Ret.)

53.     Magistrate Judge Michael Dolinger,
United States District Court, Southern District of New York (Ret.)

54.     Justice Robert L. Dondero,
California Court of Appeal, First Appellate District (Ret.)

55.     Judge Michael Downes,
Washington Superior Court, Snohomish County (Ret.)

56.     Judge William L. Downing,
Washington Superior Court, King County (Ret.)

57.     Judge Theresa Doyle,
Washington Superior Court, King County (Ret.)

58.     Senior Judge David J. Dreyer,
Marion County Superior Court, Indiana (Ret.)

59.     Judge Bonnie Dumanis,
California Superior Court, San Diego County (Ret.)

60. Judge Sally Duncan,
Arizona Superior Court (Ret.)

61. Magistrate Judge David K. Duncan,
United States District Court, District of Arizona (Ret.)

62. Justice Mark Dwyer,
New York Supreme Court, New York County (Ret.)

63. Judge Janice E. Ellis,
Washington Superior Court, Snohomish County (Ret.)

64. Judge John P. Erlick,
Washington Superior Court, King County (Ret.)

65. Justice Saralee Evans,
New York Supreme Court, New York County (Ret.)

66. Magistrate Judge John M. Facciola,
United States District Court, District of Columbia (Ret.)

67. Judge Joseph E. Fahey,
Onondaga County Court in New York (Ret.)

68. Chief Justice Stanley G. Feldman,
Arizona Supreme Court (Ret.)

69. Judge Deborah Fleck,
Washington Superior Court, King County (Ret.)

70. Judge Edward Fleisher,
Washington Court of Appeals, Division Two (Ret.)

71. Judge Lisa Daniel Flores,
Arizona Superior Court, Maricopa County (Ret.)

72. Judge Michael J. Fox,
Washington Superior Court, King County (Ret.)

73. Judge David Frazier,
Washington Superior Court, Whitman County (Ret.)

74. Associate Justice Helen E. Freedman,
New York Supreme Court, Appellate Division (Ret.)

75. Judge Robert B. Freedman,
California Superior Court, Alameda County (Ret.)

76. Judge Terry Friedman,
California Superior Court, County of Los Angeles (Ret.)

77. Judge Julia L. Garratt,
Washington Superior Court, King County (Ret.)

78. Judge Deborra Garrett,
Washington Superior Court, Whatcom County (Ret.)

79. Judge Rudolph J. Gerber,
Arizona Court of Appeals (Ret.)

80. Judge Timothy C. Gerking,
Circuit Court of Oregon, Jackson County (Ret.)

81. Judge Nancy Gertner,
United States District Court, District of Massachusetts (Ret.)

82. Judge A. Benjamin Goldgar,
United States Bankruptcy Court, Northern District of Illinois (Ret.)

83. Justice Emily Jane Goodman,
New York State Supreme Court, New York County (Ret.)

84. Judge Dianna Gould-Saltman,
California Superior Court, County of Los Angeles (Ret.)

85. Judge Ernestine S. Gray,
Orleans Parish Juvenile Court (Ret.)

86. Judge Karen F. Green,
Massachusetts Superior Court (Ret.)

87. Judge Ina Gyemant,
California Superior Court, County of San Francisco (Ret.)

88. Judge Laura W. Halgren,
California Superior Court, San Diego County (Ret.)

89. Judge Helen Halpert,
Washington Superior Court, King County (Ret.)

90. Judge Michael Heavey,
Washington Superior Court, King County (Ret.)

91. Judge Brook Hedge,
Superior Court, District of Columbia (Ret.)

92. Judge Bruce Heller,
Washington Superior Court, King County (Ret.)

93. Judge Judy Holzer Hersher,
California Superior Court, Sacramento County (Ret.)

94. Judge Bethany G. Hicks,
Arizona Superior Court, Maricopa County (Ret.)

95. Justice Gary Hicks,
New Hampshire Supreme Court (Ret.)

96. Judge Joe W. Hilberman,
California Superior Court, County of Los Angeles (Ret.)

97. Judge Anne Hirsch,
Washington Superior Court, Thurston County (Ret.)

98. Judge Vicki L. Hogan,
Washington Superior Court, Pierce County (Ret.)

99. Judge Russell Hom,
California Superior Court, Sacramento County (Ret.)

100. Judge Philp G. Hubbard Jr.,
Washington Superior Court, King County (Ret.)

101. Judge J. Robin Hunt,
Washington Court of Appeals, Division Two (Ret.)

102. Judge Laura Inveen,
Washington Superior Court, King County (Ret.)

103. Judge Patrick Irvine,
Arizona Court of Appeals, Division One (Ret.)

104. Justice Barbara Jaffe,
New York Supreme Court, New York County (Ret.)

105. Judge D. Lowell Jensen,
United States District Court, Northern District of California (Ret.)

106. Judge Barbara D. Johnson,
Washington Superior Court, Clark County (Ret.)

107. Chief Justice Jim Jones,
Idaho Supreme Court (Ret.)

108. Judge Ann I. Jones,
California Superior Court, County of Los Angeles (Ret.)

109. Chief Judge John E. Jones,
United States District Court, Middle District of Pennsylvania (Ret.)

110. Associate Justice Marcy L. Kahn,
New York Supreme Court, Appellate Division (Ret.)

111. Senior Judge Henry Kantor,
Oregon Circuit Court, Multnomah County (Ret.)

112. Magistrate Judge Theodore H. Katz,
United States District Court, Southern District of New York (Ret.)

113. Judge Ann O'Regan Keary,
Superior Court, District of Columbia (Ret.)

114. Judge Gregory Keosian,
California Superior Court, County of Los Angeles (Ret.)

115. Judge Steven J. Kleifield,
California Superior Court, County of Los Angeles (Ret.)

116. Judge James P. Kleinberg,
California Superior Court, County of Santa Clara (Ret.)

117. Magistrate Judge Nancy Koenig,
United States District Court, Northern District of Texas (Ret.)

118. Justice Shirley Werner Kornreich,
New York Supreme Court, New York County (Ret.)

119. Judge Linda C. Krese,
Washington Superior Court, Snohomish County (Ret.)

120. Judge David A. Kurtz,
Washington Superior Court, Snohomish County (Ret.)

121. Associate Justice James R. Lambden,
California Court of Appeal, First Appellate District (Ret.)

122. Judge Leslie G. Landau,
California Superior Court, Contra Costa County (Ret.)

123. Judge Harriet Lansing,
Minnesota Court of Appeals (Ret.)

124. Magistrate Judge Elizabeth D. Laporte,
United States District Court, Northern District of California (Ret.)

125. Judge Linda Lau,
Washington Court of Appeals, Division One (Ret.)

126. Judge James W. Lawler,
Washington Superior Court, Lewis County (Ret.)

127. Judge J. Kathleen Learned,
Washington Superior Court, King County (Ret.)

128. Judge Steve Leben,
Kansas Court of Appeals (Ret.)

129. Chief Judge John P. Leopold,
Colorado 18th Judicial District (Ret.)

130. Judge Richard A. Levie,
Superior Court, District of Columbia (Ret.)

131. Judge John W. Lohrmann,
Washington Superior Court, Walla Walla County (Ret.)

132. Judge Jose M. Lopez,
Superior Court, District of Columbia (Ret.)

133. Judge J. Michael Luttig,
United States Court of Appeals, Fourth Circuit (Ret.)

134. Judge Richard Lyman,
California Superior Court, County of Los Angeles (Ret.)

135. Judge Nicole MacInnes,
Washington Superior Court, King County (Ret.)

136. Judge Bonnie MacLeod,
Superior Court, Commonwealth of Massachusetts (Ret.)

137. Chief Justice Eric J. Magnuson,
Minnesota Supreme Court (Ret.)

138. Justice Joan Madden,
New York Supreme Court, New York County (Ret.)

139. Judge Patrick Mahoney,
California Superior Court, County of San Francisco (Ret.)

140. Justice Nora M. Manella,
California Court of Appeal, Second Appellate District (Ret.)

141. Judge M. Kathleen Manley,
Vermont Superior Court (Ret.)

142. Chief Magistrate Judge Roanne L. Mann,
United States District Court, Eastern District of New York (Ret.)

143. Judge Marc Marmaro,
California Superior Court, County of Los Angeles County (Ret.)

144. Judge Susan Finlay Marrinan,
California Superior Court, San Diego County (Ret.)

145. Judge Elizabeth P. Martin,
Washington Superior Court, Pierce County (Ret.)

146. Justice Mary Anne Mason,
Illinois Appellate Court, First District (Ret.)

147. Judge Michael McConnell,
United States Court of Appeals for the Tenth Circuit (Former)

148. Judge James F. McHugh,
Massachusetts Appeals Court (Ret.)

149. Judge Larry E. McKeeman,
Washington Superior Court, Snohomish County (Ret.)

150. Judge Kevin E. McKenney,
California Superior Court, Santa Clara County (Ret.)

151. Judge Christopher Melly,
Washington Superior Court, Clallam County (Ret.)

152. Judge John M. Meyer,
Washington Superior Court, Skagit County (Ret.)

153. Judge Paul R. Michel,
United States Court of Appeals, Federal Circuit (Ret.)

154. Judge Rita Miller,
California Superior Court, County of Los Angeles (Ret.)

155. Judge Stephen Milliken,
Superior Court, District of Columbia (Ret.)

156. Judge Walter M. Morris, Jr.,
Vermont Superior Court (Ret.)

157. Justice Karla Moskowitz,
New York Supreme Court, Appellate Division (Ret.)

158. Justice Mary Muehlen Maring,
North Dakota Supreme Court (Ret.)

159. Judge Karen A. Mullins,
Arizona Superior Court, Maricopa County (Ret.)

160. Judge Thomas G. Nave,
Alaska District Court, First District (Ret.)

161. Judge Kathryn J. Nelson,
Washington Superior Court, Pierce County (Ret.)

162. Magistrate Judge Kendall J. Newman,
United States District Court, Eastern District of California (Ret.)

163. Judge Leslie C. Nichols,
California Superior Court, County of Santa Clara (Ret.)

164. Judge Patricia K. Norris
Arizona Court of Appeals (Ret.)

165. Judge Rita M. Novak,
   Circuit Court, Cook County, Illinois (Ret.)

166. Chief Justice Lawton R. Nuss,
   Kansas Supreme Court (Ret.)

167. Chief Justice Maureen O'Connor,
   Ohio Supreme Court (Ret.)

168. Judge Kathleen M. O'Connor,
   Washington Superior Court, Spokane County (Ret.)

169. Judge Kathleen M. O'Malley,
   United States Court of Appeals, Federal Circuit (Ret.)

170. Magistrate Judge James Orenstein,
   United States District Court, Eastern District of New York (Ret.)

171. Magistrate Judge Brian L. Owsley,
   United States District Court, Southern District of Texas (Ret.)

172. Judge Cecil Patterson,
   Arizona Court of Appeals (Ret.)

173. Judge Layn R. Phillips,
   United States District Court, Western District of Oklahoma (Ret.)

174. Chief Justice Thomas Phillips,
   Texas Supreme Court (Ret.)

175. Magistrate Judge Viktor Pohorelsky,
   United States District Court, Eastern District of New York (Ret.)

176. Justice M. Carol Pope,
   Illinois Appellate Court, Fourth District (Ret.)

177. Judge Philip M. Pro,
   United States District Court, District of Nevada (Ret.)

178. Judge Kimberley Prochnau,
   Washington Superior Court, King County (Ret.)

179. Judge Stephen M. Pulido,
   California Superior Court, Alameda County (Ret.)

180. Judge Judith H. Ramseyer,
Washington Superior Court, King County (Ret.)

181. Chief Justice Mark Recktenwald,
Hawaii Supreme Court (Ret.)

182. Judge Judith E. Retchin,
District of Columbia Superior Court (Ret.)

183. Justice Rosalyn Richter,
New York Supreme Court, Appellate Division, First Department (Ret.)

184. Justice Maria Rivera,
California Court of Appeal, First Appellate District (Ret.)

185. Judge Palmer Robinson,
Washington Superior Court, King County (Ret.)

186. Judge Erik Rohrer,
Washington Superior Court, Clallam County (Ret.)

187. Judge John Romero,
New Mexico District Court, Bernalillo County (Ret.)

188. Judge David A. Rosen,
California Superior Court, County of Los Angeles (Ret.)

189. Judge Michelle R. Rosenblatt,
California Superior Court, County of Los Angeles (Ret.)

190. Judge Judith M. Ryan,
California Superior Court, Orange County (Ret.)

191. Judge Carol Schapira,
Washington Superior Court, King County (Ret.)

192. Judge Ann Schindler,
Washington Superior Court, King County (Ret.)

193. Judge Karen G. Seinfeld,
Washington State Court of Appeals, Division Two (Ret.)

194. Judge Susan K. Serko,
Washington Superior Court, Pierce County (Ret.)

195. Judge Catherine Shaffer,
Washington Superior Court, King County (Ret.)

196. Judge Booker T. Shaw,
Missouri Court of Appeals (Ret.)

197. Justice Jacqueline W. Silbermann,
New York Supreme Court, New York County (Ret.)

198. Judge B. Scott Silverman,
California Superior Court, County of Los Angeles (Ret.)

199. Judge T. W. Small,
Washington Superior Court, Chelan County (Ret.)

200. Judge James D. Smith,
Arizona Superior Court, Maricopa County (Ret.)

201. Magistrate Judge Stephen Wm. Smith,
United States District Court, Southern District of Texas (Ret.)

202. Judge Winifred Y. Smith,
California Superior Court, Alameda County (Ret.)

203. Justice Michael R. Sonberg,
New York Supreme Court, New York County (Ret.)

204. Judge Stephanie Sontag,
California Superior Court, San Diego County (Ret.)

205. Judge Michael S. Spearman,
Washington State Court of Appeals (Ret.)

206. Judge Julie Spector,
Washington Superior Court, King County (Ret.)

207. Judge Marjorie Steinberg,
California Superior Court, County of Los Angeles (Ret.)

208. Judge Michael L. Stern,
California Superior Court, County of Los Angeles (Ret.)

209. Judge John K. Stewart,
California Superior Court, County of San Francisco (Ret.)

210. Chief Justice Laura Denvir Stith,
Supreme Court of Missouri (Ret.)

211. Senior Judge Diana Stuart,
Oregon Circuit Court, Multnomah County (Ret.)

212. Chief Judge Peter B. Swann,
Arizona Court of Appeals, Division One (Ret.)

213. Judge Phil Talmadge,
Washington Superior Court, King County (Ret.)

214. Judge Carolyn Engel Temin,
Court of Common Pleas, 1st Judicial District of Pennsylvania (Ret.)

215. Chief Justice Marsha Ternus
Iowa Supreme Court (Ret.)

216. Judge G. Val Tollefson,
Washington Superior Court, King County (Ret.)

217. Judge Helen M. Toor,
Vermont Superior Court (Ret.)

218. Judge Fred Torrisi,
Alaska Superior Court, First District (Ret.)

219. Judge Michael J. Trickey,
Washington Superior Court and Court of Appeals, Div. I (Ret.)

220. Judge Kitty-Ann van Doorninck,
Washington Superior Court, Pierce County (Ret.)

221. Judge Jack Vandenorth,
Second Judicial District of Minnesota (Ret.)

222. Judge Emily E. Vasquez,
California Superior Court, Sacramento County (Ret.)

223. Judge Arthur W. Verharen,
Washington Superior Court, Pierce County (Ret.)

224. Judge Vaughn R. Walker,
United States District Court, Northern District of California (Ret.)

225. Judge Steve M. Warning,
Washington Superior Court, Cowlitz County (Ret.)

226. Judge Anthony P. Wartnik,
Washington Superior Court, King County (Ret.)

227. Judge Eugene R. Wedoff,
United States Bankruptcy Court, Northern District of Illinois (Ret.)

228. Judge Elizabeth Allen White,
California Superior Court, County of Los Angeles (Ret.)

229. Judge Jay V. White,
Washington Superior Court, King County (Ret.)

230. Judge H. Christopher Wickham,
Washington Superior Court, Thurston County (Ret.)

231. Justice Thomas L. Willhite, Jr.,
California Court of Appeal, Second Appellate District (Ret.)

232. Judge Ken Williams,
Washington Superior Court, Clallam County (Ret.)

233. Judge Jeffrey Winikow,
California Superior Court, County of Los Angeles (Ret.)

234. Judge Lawrence F. Winthrop,
Arizona Court of Appeals, Division One (Ret.)

235. Chief Justice Michael A. Wolff,
Missouri Supreme Court (Ret.)

236. Senior Judge Merri Souther Wyatt,
Oregon Circuit Court, Multnomah County (Ret.)

237. Senior Justice Linda Reyna Yanez,
Texas Thirteenth District Court of Appeals (Ret.)

238. Justice Mary Yu,
Washington Superior Court, King County (Ret.)

239. Justice Laurie Zelon,
California Court of Appeal, Second Appellate District (Ret.)

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I electronically filed the foregoing notice with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

/s/ Donald Falk
Donald Falk