ORAL ARGUMENT SCHEDULED ON MAY 14, 2026

**Nos. 25-5241, 25-5265, 25-5277, 25-5310**

## IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

PERKINS COIE LLP,
*Plaintiff-Appellee,*
v.
U.S. DEPARTMENT OF JUSTICE, *et al.,*
*Defendants-Appellant.*

_____

JENNER & BLOCK LLP
*Plaintiff-Appellee,*
v.
U.S. DEPARTMENT OF JUSTICE, *et al.,*
*Defendants-Appellant.*

_____

WILMER CUTLER PICKERING HALE & DORR LLP,
*Plaintiff-Appellee,*
v.
EXECUTIVE OFFICE OF THE PRESIDENT, *et al.,*
*Defendants-Appellant.*

_____

SUSMAN GODFREY LLP, *et al.,*
*Plaintiff-Appellee,*
v.
EXECUTIVE OFFICE OF THE PRESIDENT, *et al.,*
*Defendants-Appellant.*

On Appeal from the United States District Court
for the District of Columbia

**NOTICE OF INTENT TO FILE BRIEF OF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND REPRESENTATION OF CONSENT**

Eric Olson
Olson Grimsley Kawanabe Hinchcliff &
Murray LLC
700 17th Street, Suite 1600
Denver, CO 80202
(303) 535-9151
eolson@olsongrimsley.com

*Counsel for Amicus Curiae*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 12(f), 26.1, and 29(b), *amicus curiae* Law Firm Partners United Inc. ("LFPU") states that it is a nonprofit corporation, it has no parent corporations and does not issue stock.

**NOTICE OF INTENT TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND REPRESENTATION OF CONSENT**

Under Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), Law Firm Partners United submits notice to the Court of its intent to file a brief in support of Plaintiffs-Appellees in the above-captioned consolidated cases.

All parties have consented to *amicus*'s filing of the brief.

Under Circuit Rule 29(d), *amicus curiae* Law Firm Partners United certifies that a separate brief is necessary to provide the perspective of hundreds of lawyers working at large law firms on how these Executive Orders have impacted the practice of law and the willingness of firms to represent clients with views adverse to the current administration. No other brief, to *amicus*'s knowledge, will provide this perspective.

Dated: April 3, 2026

Respectfully submitted,

*/s/Eric Olson*

Eric Olson
**Olson Grimsley Kawanabe**
**Hinchcliff & Murray LLC**
700 17th Street, Suite 1600
Denver, CO 80202
(303) 535-9151
eolson@olsongrimsley.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the appellate CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

*/s/ Eric Olson*