**ORAL ARGUMENT SCHEDULED MAY 14, 2026**
**Nos. 25-5241, 25-5265, 25-5277, 25-5310 (Consolidated)**

===========================================

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

PERKINS COIE LLP,
                    *Plaintiff-Appellee*,

v.

U.S. DEPARTMENT OF JUSTICE, ET AL.,
                    *Defendants-Appellants.*

_____

On Appeal from the United States District Court for the District of Columbia

_____

**CORRECTED NOTICE OF INTENT TO FILE BRIEF AS *AMICI CURIAE***
**LAW FIRMS IN SUPPORT OF PLAINTIFFS-APPELLEES**
**AND REPRESENTATION OF CONSENT**

_____

Nathan P. Eimer
  *Counsel of Record*
Scott C. Solberg
Daniel D. Birk
Benjamin E. Waldin
Gregory M. Schweizer
Johnathan T. Hall
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
neimer@eimerstahl.com

*Attorneys for* Amici Curiae *Law Firms*

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 12(f), 26.1, and 29(b), *amici curiae* state that they are comprised of law firms and legal corporations. They have no parent corporations and do not issue public stock.

Dated: April 3, 2026                    */s/ Nathan P. Eimer*

Nathan P. Eimer
*Counsel for* Amici Curiae *Law Firms*

## NOTICE OF INTENT TO FILE BRIEF AS *AMICI CURIAE* LAW FIRMS IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), *amici* respectfully submit notice to the Court of their intent to file a brief in support of Plaintiffs-Appellees in the above-captioned consolidated cases. *Amici* are comprised of 842 law firms and legal corporations around the Nation. A complete list of *amici* law firms is attached as Appendix A.

All parties have consented to *amici*'s filing of the brief.

Pursuant to D.C. Circuit Rule 29(d), counsel for *amici* certifies that a separate brief is necessary to express the views of advocates tasked with representing the Nation's leading business and financial institutions, which depend on the stability of the rule of law to thrive economically, and the interests of small businesses, nonprofit organizations, state and local governments, public-sector entities, consumers, workers and other individuals, who likewise depend on the impartial administration of justice. *Amici* are particularly well suited to provide this Court important context on these subjects because of their experience, range of clients, and deep and abiding commitment to the rule of law.

Dated: April 3, 2026

Respectfully submitted,

*/s/ Nathan P. Eimer*
Nathan P. Eimer
   *Counsel of Record*
Scott C. Solberg
Daniel D. Birk
Benjamin E. Waldin
Gregory M. Schweizer
Johnathan T. Hall
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
neimer@eimerstahl.com
ssolberg@eimerstahl.com
dbirk@eimerstahl.com
bwaldin@eimerstahl.com
gschweizer@eimerstahl.com
jhall@eimerstahl.com

*Attorneys for* Amici Curiae *Law Firms*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Court's CM/ECF system on April 3, 2026.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: April 3, 2026

/s/ *Nathan P. Eimer*

Nathan P. Eimer
*Counsel for* Amici Curiae *Law Firms*

4

# **APPENDIX A**

## *Amici Curiae* **Law Firms**

300degrees PLLC

Aaron C. de la Garza, PLLC

Abdnour Weiker LLP

Abramson & Morak

Advocate Law Group P.C.

AEON Law, PLLC

Aisha N. Smith Regulatory Law, PLLC

Ajamie LLP

Aldous Law

Ali & Lockwood LLP

ALR Civil Rights LLC

Altair Law LLP

Alto Litigation, PC

Altshuler Berzon LLP

Amis, Patel & Brewer, LLP

Anapol Weiss

Anderson & Kreiger LLP

Andolina Law

Andrus Wagstaff PC

ARCH Legal, P.C.

Arete Law Group PLLC

Arguedas, Cassman, Headley & Goldman LLP

Armond Wilson LLP

Arnold & Porter Kaye Scholer LLP

Arns Davis Law

Arrowood LLP

Arthur J. Lachman, Attorney at Law

Ascheman Law

Atheria Law PC

AVA Law Group

Avera & Smith, LLP

Aviso Legal Group LLP

Aviva Kamm Law PLLC

Aylstock Witkin Kreis & Overholtz, PLC

1

Bailey & Glasser LLP

Banashek Irving & McNutt, LLP

Bangos Law Firm, P.A.

Barber Law Group PC

Barnard Iglitzin & Lavitt LLP

Barrientos PC

Bassford Remele PA

Baughman Kroup Bosse PLLC

Beale, Micheaels, Slack & Shughart, P.C.

Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.

Beeman & Muchmore, LLP

Beldock Levine & Hoffman LLP

Benach Pitney Reilly LLP

Benedict Law Group PLLC

Bennett & Samios LLP

Berg Hill Greenleaf Ruscitti LLP

Berger Montague PC

Berman Tabacco

Berner Chawla, PLLC

Bernstein & Gordon LLP

Beveridge & Diamond, P.C.

Bharti Law Group, PLLC

Bienvenu Law Office

Binder & Schwartz LLP

Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP

Birnbaum & Godkin, LLP

Birrell Law Firm, PLLC

BLL LLP

Block & Leviton LLP

Blood Hurst & O'Reardon, LLP

Bloom Peters, LLC

Blue Dot Advocates, PBC

Blumberg Law Corporation

Bondurant, Mixson & Elmore LLP

Boro Law Firm

Botkin Chiarello Calaf PLLC

Bradley Bernstein Sands LLP

Brady Reilly & Cardoso, LLC

Bragança Law LLC

Brann & Isaacson

BraunHagey & Borden LLP

Bread & Roses Law Group

Bremer & Trollop Law Offices, S.C.

Breskin Johnson Trial Lawyers, PLLC

Brian L. Tannebaum, PA

Broadband Legal Strategies, LLC

BrotmanLaw PLLC

Brown & Peisch PLLC

Brown Counsel, LLC

Brown, Goldstein & Levy, LLP

Burgess Law PC

Burke, Williams & Sorensen, LLP

Burns Bair LLP

Byrd Davis Alden & Henrichson, LLP

Caballero Law LLLC

Cade Law Group LLC

Caffrey Hill, PLLC

Cairncross & Hempelmann, P.S.

Caldwell LLP

Cannon & Dunphy S.C.

Caplan Cobb LLC

Carney Bates & Pulliam, PLLC

Carrington, Coleman, Sloman & Blumenthal, L.L.P.

Casey Gerry Francavilla Blatt LLP

Casner & Edwards, LLP

Charhon Callahan Robson & Garza, PLLC

Charles J. Kettlewell LLC

Charles S. Tusa, PLLC

3

Chatillon Weiss PLLC

Choate, Hall & Stewart LLP

Christian Contreras Law, PLC

Ciccone Law, LLC

Ciresi Conlin LLP

Civil Rights Litigation Group

Clapp, Moroney, Vucinich, Beeman + Scheley

Clarick Gueron Reisbaum LLP

Clark Smith Villazor LLP

Clarke Johnston Thorp & Rice PPC

Clayman Rosenberg Kirshner & Linder LLP

Clean Energy Counsel, LLP

Clifford Law Offices, P.C.

Clinton & Peed

Coast Law Group, LLP

Coblentz Patch Duffy & Bass LLP

Cochran Law Group LLC

Cohen Hirsch, LP

Cohen Milstein Sellers & Toll PLLC

Cohen Williams LLP

Cohen&Green P.L.L.C.

Cohen, Placitella & Roth, P.C.

Cohen, Weiss and Simon LLP

Colantuono, Highsmith & Whatley, PC

Collado Law, LLC

Commins, Knudsen & Chou, P.C.

Complex Appellate Litigation Group LLP

Conn Kavanaugh Rosenthal Peisch & Ford, LLP

Connolly Law Offices, LLC

Conrad | Metlitzky | Kane LLP

Coogan Gallagher

Coopers LLP

Coppersmith Brockelman PLC

Corey B. Bearak, Esq.

4

Cornish & Dell'Olio, P.C.

Corr Cronin LLP

Correia & Puth, PLLC

Costin Marcus PLLC

Cotchett, Pitre & McCarthy, LLP

Cotsirilos, Poulos & Campbell, Ltd.

Covington & Burling LLP

Cowan DeBaets Abrahams & Sheppard LLP

Cowan, Liebowitz & Latman, P.C.

Cowdery, Murphy & Healy, LLC

Crain Brogdon, LLP

CRGO Law

Crowell & Moring LLP

Crowley Norman LLP

Cultural Heritage Partners, PLLC

Cummins & Cummins, LLP

Curcio Law, PLLC

Daar & Newman, a Professional Law Corporation

D'Amico & Pettinicchi, LLC

Danchuk Law, LLC

Dardarian Ho Kan & Lee

Daryl P. Brautigam, Attorney at Law

Davey & Goldman Law Firm

David Corbett PLLC

Davis Graham & Stubbs LLP

Davis Law New Mexico

Davis Levin Livingston

Davis Wright Tremaine LLP

Davis+Gilbert LLP

Davison Law, LLC

DEH Law, PLLC

Delegal, Poindexter & Underkofler, P.A.

DePaul Law, Inc.

Deutsch Hunt PLLC

5

Diane K. Vaillancourt, Attorney-at-Law

Dickenson, Peatman, & Fogarty, P.C.

DMC Law, LLC

Donahue Law Firm, PLLC

Donahue, Goldberg, Herzog & Davidson

Donald F. Carnes, P.C.

Dorsay & Easton LLP

Doyle Dennis Avery LLP

Dreher Law Firm

Dunn Isaacson Rhee LLP

Dyller & Solomon, LLC

Edelson PC

Edward J. McIntyre, Esq.

Edward L. White, PC

Edward R. Shaw, P.A.

Edwards Law

Ehrlich & Craig LLP

Eimer Stahl LLP

Elevare Law LLP

Elizabeth Daniel Law, PLLC

Elrod Friedman LLP

Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Equity Litigation Group LLP

Eric Maxfield Law, LLC

Erica McKinley, PLLC

Esler Stephens & Buckley LLP

Esseks Ingoglia

Estes Law Group

Evans Law Firm, Inc.

Ezkovich & Co., LLC

Farella Braun + Martel LLP

Faughnan Law, PLLC

Fegan Scott LLP

Feinberg, Jackson, Worthman & Wasow LLP

Ferrara & Gable, LLC

FG+G

Fick & Marx LLP

Finkel Law Group P.C.

Fisher Taubenfeld LLP

Fishman Haygood LLP

Foley Hoag LLP

Folger Levin LLP

Forsgren Fisher McCalmont DeMarea Tysver LLP

Fox & Robertson, PC

Fox Swibel Levin & Carroll LLP

Frank Freed Subit & Thomas LLP

Frankel PLLC

Frankfurt Kurnit Klein + Selz PC

Freedman Boyd Hollander & Goldberg P.A.

FreelandLaw LLP

Freshfields US LLP

Friedemann Goldberg Wargo Hess LLP

Friedlander Misler, PLLC

Friedman | Rubin, PLLP

Fritz Byrne, PLLC

FTW Law Group

Gainey Law, PLLC

Galarnyk & Associates, Ltd.

Gale Law Firm

Galiher DeRobertis & Waxman LLP

Gallagher LLP

Garland, Samuel & Loeb, P.C.

Garmey Law

gartner + bloom P.C.

Gass Arbitration

Gelber & Santillo PLLC

George Brothers Kincaid & Horton, L.L.P.

Gespass & Johnson

Getman, Sweeney & Dunn, PLLC

Gibbs & Bruns LLP

Gilbert LLP

Gingras, Thomsen & Wachs, LLP

GinsburgLaw PLLC

Girard Sharp LLP

Gish PLLC

Giskan Solotaroff & Anderson LLP

Gladstein, Reif & Meginniss, LLP

Glaser Weil Fink Howard Jordan & Shapiro LLP

Glasscox Law Firm, LLC

Glenn Agre Bergman & Fuentes LLP

Golden Law

Goldman Ismail Tomaselli Brennan & Baum LLP

Goodley McCarthy LLC

Goodman Corporate Law PLLC

Goodman Hurwitz & James, P.C.

Goodman Tovrov Hardy & Johnson LLC

Gordon & Saunders, PLLC

Gordon Thomas Honeywell LLP

Gordon Tilden Thomas & Cordell LLP

Goulston & Storrs PC

Grant & Eisenhofer, P.A.

Grant Austin, LLC

Gratz Law and Mediation PLLC

Graves, Dougherty, Hearon & Moody, P.C.

Gray & Associates, P.C.

Green & Willstatter

Greenbaum Olbrantz LLP

Greene Broillet & Wheeler, LLP

Greene Espel PLLP

Greenspun Shapiro Ginsberg & Yang PC

Griffin Frey, PLLC

Groombridge, Wu, Baughman & Stone LLP

8

Gross & Belsky P.C.

Grossman LLP

Grove Law LLP

Gupta Wessler LLP

Gustafson Gluek, PLLC

GVR Partners LLP

H.P. Williams Jr., PLLC

Haber | Blank

Haddon, Morgan and Foreman, P.C.

Hagens Berman Sobol Shapiro LLP

Hamilton Law and Mediation, PLLC

Hangley Aronchick Segal Pudlin & Schiller

Hanson Bridgett LLP

Hanson Crawford Crum Family Law Group LLP

Hanusz Law, PC

Harris St. Laurent LLP

Harris Winick Harris LLP

Hart McLaughlin & Eldridge LLC

Hausfeld LLP

Hayward PLLC

Hecker Fink LLP

Heller Huron Chertkof & Salzman pllc

Hendler Flores Law, PLLC

Hilliard Shadowen LLP

Hillis Clark Martin & Peterson P.S.

Hinman Legal P.C.

HKM Employment Attorneys LLP

Holland, Holland Edwards & Grossman, LLC

Holm Law Group, PC

Holwell Shuster & Goldberg LLP

Hone Law LLC

Hoq Law APC

Houlding Law PC

Hrbek Law LLC

Hubbard Snitchler & Parzianello PLC

Hughes Socol Piers Resnick & Dym, Ltd.

Human Rights Defense Center

Hurley McKenna & Mertz, P.C.

Hutchinson Black and Cook, LLC

Hykel Law, LLC

Icenogle & Boggins, PLLC

Iliff, Meredith, Wildberger & Brennan, P.C.

Incline Law Group, An Association of Attorneys

Injury Law Associates

Interlaken Law Group, PLLC

Internet Law Center Ltd.

J. Cantor Law

Jackson Sjoberg LLP

Jacobs & Dow, LLC

Jacobs & Schlesinger LLP

Jacobs Injury Law, SC

Jacobsen Law, PLC

Jacobson & Associates

Jaffe Counsel PLC

James & Hoffman, P.C.

James D. Leach Law Office

James D. Taylor, P.C., Attorneys & Counselors at Law

James Ellis Arden, Attorney at Law

Jason Wiener, p.c., a public benefit corporation

Jassy Vick Carolan LLP

Jaurigue Law Group

Jay Hailey Attorney PLLC

Jayne Law Group, P.C.

Jeff Rein Law

Jeffrey T. Heintz, Esq.

Jennifer F. Apitz, Attorney at Law

Jennifer M. French, APC

Joel L. Sogol, Attorney at Law

10

John A. Strait, Attorney at Law

John Vail Law, PLLC

Johnson & Klein Law

Johnson, Webbert & Beard, LLP

Jon Michael Smith, Attorney

Joseph Fox, Esq.

Judy Potter PA

Justice Law Collaborative, LLC

Kairys, Rudovsky, Messing, Feinberg & Lin LLP

Kaiser PLLC

Kaplan & Grady LLC

Kaplan Gore LLP

Kaplan Kirsch LLP

Kaplan Law Firm, PLLC

Kaplan Martin LLP

Kassel McVey

Kathryn Ross Law

Katsky Korins LLP

Katz Banks Kumin LLP

Kaufman Lieb Lebowitz & Frick LLP

KBM Law

Keenan & Bhatia, LLC

Keker, Van Nest & Peters LLP

Keller Benvenutti Kim LLP

Keller Grover LLP

Keller Rohrback L.L.P.

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

Kendall Brill & Kelly LLP

Kenneth M. Sigelman & Associates

Kenneth P. Tableman, P.C.

Kevin Kohls PLC

Kibler Fowler & Cave LLP

Kidd Law Firm, PLLC

Kieve Law Offices

11

Killmer Lane, LLP

Kingfisher Law APC

KKL LLP

Kline & Specter, PC

Klinedinst PC

Klubes Law Group

KO Law PC

Kohn, Kohn & Colapinto, LLP

Koskoff, Koskoff & Bieder PC

Kosloski Law, PLLC

Koslyn Law

Koss Firm APC

Kostelanetz LLP

Kramon & Graham, P.A.

Krantz & Berman LLP

Kreindler & Associates

Krevolin & Horst, LLC

Krokidas & Bluestein LLP

Kropf Moseley Schmitt PLLC

Kuras Legal, PLC

Kwall Barack Nadeau PLLC

Kwun Bhansali Lazarus LLP

L'Abbate Balkan Colavita & Contini, LLP

Lamitie Law LLC

Langer, Grogan & Diver P.C.

Langrock Sperry & Wool, LLP

Lansner & Kubitschek

Lapin Landa Nolan, LLP

Larkins Vacura Kayser LLP

Larsen Walters PLLC

Lasher Holzapfel Sperry & Ebberson PLLC

Law Forward, Inc.

Law Office of Alexis Haller, P.C.

Law Office of Anne Garrett PC

Law Office of Anya Goldstein

Law Office of Barry M. Wolf

Law Office of Chun T. Wright, PLLC

Law Office of Darlene Bagley Comstedt

Law Office of Dawn Brewer

Law Office of Dicky Grigg, PC

Law Office of Elisabeth Ames

Law Office of Elizabeth Kelley

Law Office of Eric A. Marshall

Law Office of Gail Shifman

Law Office of Ihsan Dogramaci PLLC

Law Office of Jack Vetter

Law Office of Janet L. Brewer

Law Office of Jeffrey R. Boxer

Law Office of Jim Norman, PLLC

Law Office of John D. Cline

Law Office of Joshua Katz

Law Office of Lewis Chimes, LLC

Law Office of Lisa C. Lambert

Law Office of M. Suzanne Molley

Law Office of Mark S. Mishler, P.C.

Law Office of Michael Lumer

Law Office of Michael R. Marrinan

Law Office of Nanci Clarence

Law Office of Peter J. Heflin

Law Office of Rebecca E. Ary

Law Office of Richard E. Johnson

Law Office of Richard J. Davis

Law Office of Rose M. Weber

Law Office of Stephen Chahn Lee, LLC

Law Office of Susan F. Zinder, PLLC

Law Office of Susan Mindenbergs

Law Office of Thomas M. Ryan

Law Office of Timothy Black

13

Law Offices of Alex J. Higgins, PLLC

Law Offices of Andrew Marks PLLC

Law Offices of Arlan A. Cohen

Law Offices of Arthur Thomas Donato Jr.

Law Offices of Brett D. Colacurcio

Law Offices of Clemente Franco, APC

Law Offices of David M. Zeff

Law Offices of David P. Sheldon, PLLC

Law Offices of Deborah LaBelle

Law Offices of Dena Alo-Colbeck

Law Offices of Donald V. Smiley, APC

Law Offices of Evan A. Jenness

Law Offices of Gerry Weber, LLC

Law Offices of Greg Rosenfeld, P.A.

Law Offices of Gregory S. Smith

Law Offices of Jacqueline S. Jacobson

Law Offices of Johanna J. Raimond Ltd.

Law Offices of Jonathan G. Stein

Law Offices of Joseph M. McMullen

Law Offices of Julia S. Gold, A.P.C.

Law Offices of Karen A. Klein

Law Offices of Mark P. Zimmett

Law Offices of Melissa A. Weinberger

Law Offices of Paul H. Stevenson

Law Offices of Paul Weich

Law Offices of Peter Goldman, LLC

Law Offices of Richard E. Grayson

Law Offices of Richard M. Steingard

Law Offices of Robert D. Richman LLC

Law Offices of Robert Wallenstein

Law Offices of Seth P. Chazin

Law Offices of Ted B. Wacker

Law Offices of Thomas S. Salinger, A.P.C.

Law Offices of Timothy J. Swift, APC

14

Law Offices of William J. Sweeney, Jr. LLC

Lawyers For the Rule of Law

LeGrand Law PLLC

Leichtman Law PLLC

Lenzo & Reis, LLC

Lerch, Early & Brewer

Leung Law PLLC

LeVan Law LLC

Levi Merrithew Horst PC

Levin & Perconti

Levine Lee LLP

Lewis & Lin LLC

Lewis Baach Kaufmann Middlemiss PLLC

Lex Lumina LLP

Libby Hoopes Brooks & Mulvey, P.C.

Liebenson Law

Liedel Law Group

Lieff Cabraser Heimann & Bernstein, LLP

Lighthouse Litigation PLLC

Linda E. Spiegel, Esq., Attorney at Law

Lisa Cahill PLLC

Liston Abramson LLP

Littlepage Booth

Lockridge Grindal Nauen PLLP

Loevy & Loevy

Loftus & Eisenberg, Ltd.

Lohr Law Office LLC

Long & Levit, LLP

Lorens and Associates, APLC

Louis P. Pfeffer P.A.

LoVerde Law, LLC

Lowrey Parady Lebsack DeFazio, LLC

Luby Law & Mediation Services, PLLC

Lynn Pinker Hurst & Schwegmann

15

MacDonald Hoague & Bayless

Manatt, Phelps & Phillips, LLP

Mancini Shenk LLP

Marino, Tortorella & Boyle, P.C.

Markowitz Herbold PC

Marshall & Saunders, P.S.

Marziani, Stevens & Gonzalez PLLC

Maslon LLP

Massey & Gail LLP

Maxson Mago & Macaulay, LLP

McBride Law LLC

McCandlish Holton, PC

McCracken, Stemerman & Holsberry LLP

McCurdy & Eichstadt, P.C.

McDowell Rackner Gibson PC

McGill & Co., P.C.

McGreevy Law, LLC

McGuinn, Hillsman & Palefsky

McHugh Law, PLLC

McKenzie Scott PC

McLane Middleton

McLane, Bednarski & Litt, LLP

McNaul Ebel PPLC

Mehri & Skalet, PLLC

Melnik Legal PLLC

Meltzer Hellrung LLC

Meyers Nave

MGL LLP

Michael Bobseine, Attorney at Law

Michael Broad, Attorney at Law

Miller Korzenik  Rayman LLP

Miller Law LLC

Miller Nash LLP

Miller Shakman Levine & Feldman LLP

16

Miller, Miller & Canby

Miner, Barnhill & Galland, P.C.

Minton, Bassett, Flores & Carsey, P.C.

Monahan Law Group, LLC

Monchamp Meldrum LLP

Moses & Moses, P.C.

Moskowitz Colson Ginsberg & Schulman LLP

Motley Rice LLC

Moya Law Firm

Much Shelist, P.C.

Mullen Law Firm

Nace Law Group Accident & Injury Lawyers

Nachawati Law Group PLLC

Nachlis | Cohade | Lopez-Whitaker, LLP

Nathan A. Fluter & Associates, PLLC

Nathan A. Holcomb Esq., PC

Neal, Gerber & Eisenberg LLP

Neill Schwerin Boxerman, P.C.

Nelson & Fraenkel LLP

Nelson Defense Group, LLC

Newman | McNulty LLC

Nichols Kaster, PLLP

Nolan Heimann LLP

Northern Justice Project, LLC

Odin Law and Media

Ogborn Mihm, LLP

O'Keefe & O'Keefe LLP

Olivier & Schreiber PC

Olson Grimsley Kawanabe Hinchcliff & Murray LLC

Olson Remcho LLP

O'Malley & Madden, P.C.

Orange Law Offices, P.C.

Orchard Ridge Advisory, LLC

Orsus Gate LLP

17

Outten & Golden LLP

Pacific Northwest Law LLP

Pacifica Law Group LLP

PacLaw Group

Pahlke Law, PLLC

Palmer Mediation LLC

Paradigm Counsel LLP

Paradise Law Group, PC

Parker Lipman LLP

Parker Pohl LLP

Pashman Stein Walder Hayden, P.C.

Patrick Doerr LLP

Patterson Belknap Webb & Tyler LLP

Patterson Harkavy LLP

Peiffer Wolf Carr Kane Conway & Wise, LLP

Pelosi Wolf Spates LLP

Perdue & Kidd, LLP

Persyn Law & Policy

Peter L. Conway, P.C.

Peter Romer-Friedman Law PLLC

Petrillo Klein + Boxer LLP

Pfeiffer Rudolf PA

Pierson Ferdinand LLP

Pilgrim Christakis LLP

Pines Bach LLP

Pitt McGehee Palmer Bonanni & Rivers P.C.

Plaskov Prescott & Moore, LLP

Plata Law Group LLC

Podhurst / Orseck

Price Law, LLC

Prochaska Law Firm

Purchase, George & Murphey, P.C.

Puryear and Lingle, P.L.L.C.

Rafferty Domnick Cunningham Yaffa

18

Rainier Vista Law Group

Rathod Mohamedbhai LLC

Reeves & Brightwell LLP

REH Legal, APC

Reitler Kailas & Rosenblatt LLP

Rekhi & Wolk, P.S.

Relman Colfax PLLC

Richard LaFond, P.C.

Richards Carrington, LLC

Richardson Thomas, LLC

Riley Safer Holmes & Cancila LLP

Rimon, P.C.

Ringstrom DeKrey PLLP

RisCassi & Davis, P.C.

Ritz Clark & Ben-Asher LLP

Riverside Northwest Law Group, PLLC

Riviera Law and Mediation

Robb & Robb LLC

Robbins LLP

Roberson & Roberson P.A.

Robert A. Cole, Attorney at Law

Roberts Disability Law, P.C.

Robin Potter & Associates, P.C.

Rogers Joseph O'Donnell P.C.

Romanucci & Blandin, LLC

Rosen Bien Galvan & Grunfeld LLP

Rosenberg Martin Greenberg, LLP

Rosenwein Law Group

Rosing Pott & Strohbehn LLP

Rossbach Law, P.C.

Rothner, Segall & Greenstone

Rothstein Donatelli LLP

Roxanne Conlin & Associates P.C.

Rudy, Exelrod, Zieff & Lowe, LLP

19

Ruiz & Smart LLP

Russ Perisho, PLLC

Russell & Woofter LLC

Sack Rosendin Inc.

Salahi PC

Sall Spencer Callas & Krueger, ALC

Salvatore Prescott Porter & Porter, PLLC

Sanchez Daniels & Hoffman LLP

Sanderford & Carroll, PC

Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.

Sanger, Hanley, Sanger & Avila, LLP

Sarafa Zellan PLLC

Sarah Lewerenz, Attorney at Law

Schindler Cohen & Hochman LLP

Schonbrun Seplow Harris Hoffman & Zeldes, LLP

Schroeter, Goldmark & Bender, P.S.

Schwabe, Williamson & Wyatt, P.C.

Scott A. Korenbaum, Esq.

Scott J. Tepper APC

Seals Phillips LLP

Searcy Denney Scarola Barnhart & Shipley, P.A.

Seeskin Law LLC

Segal & Amos, PLLC

Segal & Laska, LLC

Selendy Gay PLLC

Selzer Gurvitch Rabin Wertheimer & Polott, P.C.

Sentner Safran LLP

Sercarz & Riopelle, LLP

Serpe LLC

Seyfarth Shaw LLP

Shades of Gray Law, P.C.

Shaheen & Gordon, P.A.

Shartsis Friese LLP

Sher Edling LLP

20

Sher Tremonte LLP

Sherin and Lodgen LLP

Shinder Cantor Lerner LLP

Shipman & Goodwin LLP

Shreefer Law Firm, LLC

Shute, Mihaly & Weinberger LLP

Sideman & Bancroft LLP

Singleton Schreiber LLP

Siro Smith Dickson PC

Sitara Human Rights Law

Sive, Paget & Riesel, P.C.

SL Phillips Law pllc

Slager Madry LLC

Slarskey LLC

Slater Legal PLLC

Slaton Roebuck, PLLC

Smith & Marjanovic Law, LLC

Smith Mullin, P.C.

Smith Partners PLLP

SMN Law APC

Smoger & Associates

Smoot Law Firm, P.C.

Sniderman Law

Solomon Appeals, Mediation & Arbitration

Solow, PLLC

Sommerman, McCaffity, Quesada & Geisler, LLP

Spark Justice Law LLC

Spaulding McCullough & Tansil LLP

Spear Wilderman, P.C.

Spera Law Group, LLC

Sperling Kenny Nachwalter, LLC

Spertus, Josephs & Minnick, LLP

Spiegel & McDiarmid LLP

Spivak Lipton LLP

SpyHop Law PLLC

Stapleton Segal Cochran LLC

Stark & Stark PC

Stearns Weaver Miller

Sterne, Kessler, Goldstein & Fox PLLC

Steven B. Piser, A.P.C.

Steven Williams Law, P.C.

Stoel Rives LLP

Stoll Stoll Berne Lokting & Shlachter PC

Strange LLP

Strehorn, Ryan & Hoose

Stueve Siegel Hanson LLP

Stulberg & Walsh, LLP

Summit Law Group, PLLC

Swan Employment Law

Tabet DiVito & Rothstein LLC

Tabitha Myers Law PLLC (Midtown Law)

Tai Park PLLC

Tatro & Thorpe, LLP

Taus, Cebulash & Landau, LLP

TCamp PLLC

Terance P. Perry & Associates

Terrell Marshall Law Group PLLC

Terris, Pravlik & Millian, LLP

Teske Law PLLC

The Advani Law Firm

The Avanzado Law Firm, APLC

The Beck Law Firm

The Bronson Firm APC

The Burchett Law Firm, PC

The Coopersmith Law Firm, LLP

The Coppola Firm

The deRubertis Law Firm, APC

The Employment Law Group, P.C.

The Fierberg National Law Group, PLLC

The Jeff Scott Olson Law Firm, S.C.

The Josh Greenberg Law Firm PLLC

The Kelley Firm, PLLC

The Krudys Law Firm, PLC

The Law Office of Alex Coolman

The Law Office of Becky Beaver

The Law Office of Christopher M. Goodman PLLC

The Law Office of Christy O'Connor

The Law Office of Marlo P. Cadeddu, PC

The Law Office of Timothy J. Deffet

The Law Office of William Hornsby

The Law Offices of Aaron M. Lukoff & Associates, PLLC

The Law Offices of Brian M. Pomerantz

The Law Offices of Eric J. Moutz, LLC

The Law Offices of John Burton

The Law Offices of Paul Glusman

The Law Offices of Peter Swarth

The Maddox Firm LLC

The Monts Firm

The Noble Law Firm

The Norton Law Firm PC

The Porter Law Firm, PLLC

The Prinz Law Firm, P.C.

The Ringler Law Firm

The Rossman Firm, LLC

The Ryder Law Firm, LLC

The Schaps Law Office, A.P.C.

The Seltzer Law Firm

Thede Culpepper Moore Munro & Silliman LLP

Thomas D. Walker, Attorney at Law

Thomas Law LLC

Tim Lyons Law, PLLC

Tin Fulton Walker & Owen, PLLC

Tjong & Hsia LLP

TLO LAW, P.C.

Todd & Weld LLP

Tonkon Torp LLP

TottisLaw

Trine Law Firm LLC

Trister, Ross, Schadler & Gold, PLLC

Tucker Law Group, LLC

Tymann, Davis & Duffy LLP

Untiedt Dabdoub, PLLC

Valentine Austriaco & Bueschel, P.C.

Van Kampen Law, P.C.

Vanaman German LLP

Varlack Legal Services

Verso Law Group LLP

Victor M. Glasberg & Associates

VII & IX, A Professional Law Corporation

Vinick Hyams LLP

Visible Law LLC

Vladeck, Raskin & Clark, PC

Volin Employment Law, PLLC

Walden Macht Haran & Williams LLP

Walkup Melodia Kelly & Schoenberger

Wallen Law PC

Wang Hecker LLP

Waples & Hanger

Washington Employment Benefits Advocates, PLLC

Waters Kraus Paul & Siegel

Waymaker LLP

Weddle Law PLLC

Weissman & Mintz LLC

Weitz & Luxenberg, P.C.

Welsh & Recker, P.C.

Whistleblower Partners LLP

White & Stradley, PLLC

Whitney & Schowalter, LLC

Wickman & Wickman, Attorneys at Law

Wiggin and Dana LLP

Wilkinson Stekloff LLP

Willenson Law, LLC

William D. Shapiro Law, Inc.

Williams Oinonen LLC

Wilson Turner Kosmo LLP

Windy City Trial Group, Inc.

Winebrake & Santillo, LLC

Wisniewski & Associates, LLC

Withers Bergman LLP

Wocl Leydon LLC

Wolf & Oxley PLLC

Wong Sung Law

Work/Environment Law Group

Yetter Coleman LLP

Yow PC

Zalkind Duncan & Bernstein LLP

Zimmer, Citron & Clarke LLP

Zimmerman Reed LLP

Zitrin Law Office, San Francisco, CA

Zucker Law Group, LLP

Zukerman Gore Brandeis & Crossman, LLP

ZwillGen PLLC