ORAL ARGUMENT SCHEDULED FOR MAY 14, 2026

Nos. 25-5241, 25-5265, 25-5277 & 25-5310
(Consolidated)

**United States Court of Appeals
for the District of Columbia Circuit**

_____

Perkins Coie LLP,

*Appellee*,

v.

Unites States Department of Justice, et al.,

*Appellants*,

AND RELATED CASES.

_____

**On Appeal from the United States District Court
for the District of Columbia,
Nos. 25-cv-00716, 25-cv-00916, 25-cv-00917 & 25-cv-01107**

**CORRECTED NOTICE OF REPRESENTATION OF
CONSENT TO PARTICIPATE AS AMICI CURIAE
IN SUPPORT OF PLAINTIFFS-APPELLEES**

Eric M. Fraser
David B. Rosenbaum
Mary R. O'Grady
Joseph N. Roth
Andrew G. Pappas
Joshua J. Messer
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000

1

efraser@omlaw.com
drosenbaum@omlaw.com
mogrady@omlaw.com
jroth@omlaw.com
apappas@omlaw.com
jmesser@omlaw.com

**Attorneys for Amici Curiae Former and Current General Counsel Supporting Appellees**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and D.C. Circuit Rule 26.1, counsel states and certifies as follows: this notice is filed on behalf of a group of individuals and not a corporation, association, joint venture, partnership, syndicate, or other similar entity.

DATED this 3rd day of April, 2026.

OSBORN MALEDON, P.A.

By s/Eric M. Fraser
Eric M. Fraser
David B. Rosenbaum
Mary R. O'Grady
Joseph N. Roth
Andrew G. Pappas
Joshua J. Messer
2929 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

**Attorneys for Amici Curiae Former and Current General Counsel Supporting Appellees**

## NOTICE OF INTENTION TO FILE BRIEF AS AMICI CURIAE FORMER AND CURRENT GENERAL COUNSEL IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), amici submit this notice to the Court of their intention to file an amicus brief in support of Plaintiffs-Appellees and affirmance in the above-captioned cases. Amici are former and current general counsel across the country. A complete list of amici is provided on the following page.

All parties have consented to amici's filing of the brief.

DATED this 3rd day of April, 2026.

OSBORN MALEDON, P.A.

By s/Eric M. Fraser
    Eric M. Fraser
    David B. Rosenbaum
    Mary R. O'Grady
    Joseph N. Roth
    Andrew G. Pappas
    Joshua J. Messer
    2929 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012

**Attorneys for Amici Curiae Former and Current General Counsel Supporting Appellees**

## Identities of Amici Curiae

**Robert A. Armitage**
Former General Counsel,
Eli Lilly and Company

**Robert Chesnut**
Former General Counsel,
Airbnb Inc.

**Michelle Banks**
Former Global General Counsel,
The Gap, Inc.

**Richard T. Collier**
Former Senior Vice President &
General Counsel: Rhône-Poulenc
Rorer, Inc.; Pharmacia & Upjohn
Company; Pharmacia
Corporation; Elan, plc.

**Matthew Broad**
Former General Counsel,
OfficeMax, Inc.

**Daniel Cooperman**
Former Senior Vice President,
General Counsel and Secretary,
Apple, Inc.; Former Senior Vice
President, General Counsel and
Secretary, Oracle Corporation

**Maureen Brundage**
Former Executive Vice
President, General Counsel,
Chief Ethics Officer and
Corporate Secretary of The
Chubb Corporation

**Carolyn L. Cox**
Former General Counsel, Alera
Group, Inc.

**Kevin M. Carome**
Former General Counsel,
Invesco Ltd.

**Stephen M. Cutler**
Former General Counsel,
JPMorgan Chase & Co.

**Mark Chandler**
Former Chief Legal Officer,
Cisco Systems, Inc.

**Lloyd Norton Cutler Jr.**
Former General Counsel,
BlueStar Communications

**Dorian Daley**
Former Executive Vice President and General Counsel, Oracle Corporation

**Sheila Kearney Davidson**
Former Chief Legal Officer, New York Life Insurance Company

**Pierre Donahue**
Former Executive Vice President and General Counsel of a hotel management company

**Maggie Drucker**
Former Chief Legal Officer, Grubhub

**Alinka Flaminia**
Former Chief Legal Officer, Cadence Design Systems, Inc.; Former General Counsel, Mellanox Technologies and PMC-Sierra, Inc.

**Edward Gallagher**
Former Senior Vice President, Secretary and General Counsel, NCR Corporation

**Peter J. Ganz**
Former Senior Vice President, General Counsel and Corporate Secretary, Ashland, Inc.

**Jennifer A. Gorman**
Former General Counsel, KCI Technologies, Inc.

**Noah Hanft**
Former General Counsel and Chief Franchise Officer, Mastercard, Inc.

**Michael Harrington**
Former Senior Vice President and General Counsel, Eli Lilly and Company

**Jill Harrison**
Former General Counsel of a medical device company

**Jennifer R. Hart**
Former General Counsel, Tata Consumer Products U.S.

**Nancy Heinen**
Former General Counsel, Apple, Inc.

**Lucy Lee Helm**
Former Executive Vice President, General Counsel and Secretary, Starbucks Coffee Company

**Christie Hill**
Former Chief Legal Officer, Aristocrat Leisure Limited; Former Chief Legal Officer and Head of Global Corporate Citizenship, The Dun & Bradstreet Corporation; Former General Counsel, Secretary and Chief Compliance Officer, Primus Telecommunications Group, Inc.

**Jerald S. Howe**
Former General Counsel, TASC, Inc. and Veridian Corporation

**John W. Holleran**
Former Executive Vice President and General Counsel, Boise Cascade Corporation; Former Senior Vice President and General Counsel, Itron, Inc.

**Michael Jacobson**
Former General Counsel, eBay, Inc.

**Seth R. Jaffe**
Former Chief Legal Officer, Levi Strauss & Co.; Former General Counsel, Williams-Sonoma, Inc.

**Virginia H. Johnson**
Former Chief Legal Officer, General Counsel, and Corporate Secretary of various companies across industries

**Shirin Keen**
General Counsel for technology and entertainment companies

**Julie Kinch**
Former Vice President and General Counsel, Remy Cointreau USA; Former Senior Vice President and Chief Legal Officer, Heineken USA

**Stephanie Adamson King**
Chief Legal Officer and General Counsel to start-ups in the technology sector

**Bruce Kuhlik**
Former General Counsel, Merck & Co., Inc., and Pathfinder International

7

**Alison R. Lazerwitz**
Former General Counsel, Daniel Swarovski Corporation; Former Chief Legal Officer, Sodexo, SA

**Michele C. Lee**
Former General Counsel, Pinterest

**Erin Lewin**
Former General Counsel, Avnet, Inc.

**J. May Liang**
General Counsel, OpenConcept Systems, Inc.; Former General Counsel, Total Music LLC; Former Associate General Counsel, AOL Inc.

**Doug Luftman**
General Counsel and Former Vice President, General Counsel & Secretary to various technology companies

**David Mann**
Former Senior Vice President, Chief Legal Officer and Secretary, Dunkin' Brands, Inc.

**Michael Malecek**
Chief Legal Officer and Company Secretary

**Michele Mayes**
Former General Counsel, The New York Public Library, Allstate Insurance Company, and Pitney Bowes Inc.

**Teri P. McClure**
Former General Counsel, United Parcel Service

**A. Douglas Melamed**
Former Senior Vice President and General Counsel, Intel Corporation

**Shelley Milano**
Former Senior Vice President and General Counsel, L Brands; Senior Vice President, General Counsel, and Secretary at Eddie Bauer; Executive Vice President and General Counsel, Starbucks Corporation

**Randal S. Milch**
Former Executive Vice President, Public Policy, and General Counsel, Verizon Communications Inc.

**Manas Mohapatra**
General Counsel, Trust
Machines

**Karen G. Narwold**
Former General Counsel,
Albemarle Corp., Barzel
Industries, Inc., and GrafTech
International Ltd.

**Laura Nyquist**
Former General Counsel,
Teradata Corporation

**William M Ojile, Jr.**
Former Chief Legal Officer,
Valor Communications Group,
Inc. and Alta Colleges, Inc.

**Amy Fliegelman Olli**
Former Executive Vice President
and General Counsel, VMware
and Avaya

**Marla S. Persky**
Former Senior Vice President,
General Counsel and Corporate
Secretary, Boehringer Ingelheim
Corporation; Former Acting
General Counsel and Corporate
Secretary, Baxter International

**Valerie Pierce**
Former General Counsel of
several biotechnology and
biopharmaceutical companies

**Brett Pletcher**
Former Executive Vice President
and General Counsel, Gilead
Sciences, Inc.

**Karyn S.W. Polak**
Former Chief Legal Officer,
Transamerica; Former General
Counsel, Citi Private Bank and
Citi Investment Research

**Kelli L. Roach**
Former General Counsel, Black
Mountain Sand

**Mark Roellig**
Former Chief Legal Officer, General Counsel and Secretary, Massachusetts Life Insurance Company (MassMutual), Fisher Scientific International Inc., Storage Technology Corp. (StorageTek), and US WEST Inc.

**James F Rogers**
Former Chief Legal Officer, Cars.com Inc.; Former Senior Vice President, General Counsel and Secretary, Orbitz Worldwide, Inc.; Former Senior Vice President, General Counsel and Secretary, TLC Vision Corporation

**Phillip H. Rudolph**
Former Executive Vice President, Chief Legal & Risk Officer, and Corporate Secretary of a National Restaurant Chain

**Edward Ryan**
Former Executive Vice President and General Counsel, Marriott International, Inc.

**Peter D. Staple**
Former General Counsel and Executive Vice President, ALZA Corporation

**Lori A. Schechter**
Former Executive Vice President, Chief Legal Officer & General Counsel, McKesson Corporation

**Katherine E. Schuelke**
Former Senior Vice President, Chief Legal Officer, and Corporate Secretary, Seagate Technology LLC; Former Senior Vice President, General Counsel, and Corporate Secretary, Altera Corporation

**Steven R Secrist**
Former Senior Vice President and General Counsel, Puget Sound Energy

**Margaret K Seif**
Former Senior Vice President and Chief Legal Officer, Analog Devices, Inc.

**Jane Sherburne**
Former General Counsel, Bank of New York

**Johnathan H. Short**
Former General Counsel &
Corporate Secretary,
Intercontinental Exchange, Inc.

**Savalle Sims**
Former General Counsel for a
media company

**Isaac Stein**
Former General Counsel,
Raychem Corp.

**Micheal Stern**
Former General Counsel,
General Magic

**Kristin Sverchek**
Former President and General
Counsel, Lyft

**Monica Winghart**
General Counsel to technology
companies

**Irving Yoskowitz**
Former Executive Vice President
and General Counsel, United
Technologies Corporation

**Sharon Zezima**
Former General Counsel,
Marketo, GoPro, Pax Labs and
Acoustic

**Richard Ziegler**
Former General Counsel, 3M
Company

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. P. 25(d) and Cir. R. 25, that on April 3, 2026, the foregoing notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

Dated this 3rd day of April, 2026.

/s/Eric M. Fraser
Eric M. Fraser