**Nos. 25-5241(L), 25-5265, 25-5277, 25-5310**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

PERKINS COIE LLP,

*Plaintiff-Appellee,*

v.

UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia,

Nos. 25-cv-00716, 25-cv-00916, 25-cv-00917, 25-cv-01107

## AMICUS CURIAE BRIEF OF 239 FORMER JUDGES IN
## SUPPORT OF APPELLANT LAW FIRMS

Donald Falk
*Counsel of record*
4416 Harbord Dr.
Oakland, CA 94618
donald.falk@gmail.com

April 3, 2026

David McGowan
4155 Via Candidiz Unit 36
San Diego CA 92130
dmcgowan@sandiego.edu

## TABLE OF CONTENTS

Page

Interests of Amici ...................................................................................... 1

Argument ................................................................................................... 3

    A.    The Orders Impose Improper Political Restrictions
        on Access to the Courts. ....................................................... 3

    B.    The Orders Undermine the Professional
        Independence of Counsel. ...................................................... 6

    C.    The Orders Improperly Supplant Judicial
        Regulation of Litigation Conduct. ........................................ 7

    D.    The Orders Promote Hostility Towards
        Adjudication and Judicial Officers. ...................................... 9

Conclusion ............................................................................................... 10

CERTIFICATE OF COMPLIANCE ...................................................... 11

EXHIBIT A

# TABLE OF AUTHORITIES

<u>Page(s)</u>

**Cases**

*Legal Servs. Corp. v. Velazquez,*
  531 U.S. 533 (2001)...............................................................................4

*National Association for Advancement of Colored People v. Button,*
  371 U.S. 415 (1963)...............................................................................3

**Rules**

Am. Bar Ass'n Model R. Prof'l Conduct 1.2(b) ..........................................7

Cal. R. Pro. Conduct 2.1 .......................................................................6

Amici submit this brief to address the risk that the four Executive Orders before the Court pose to the effective administration of justice and to the rule of law. All parties have consented to the filing of this brief.

## INTERESTS OF AMICI

Amici are the 239 former federal and state court judges whose names are listed in Exhibit A. Amici have dedicated their working lives to the rule of law. They have extensive experience with adjudication as a means of resolving disputes, and they know from experience that litigation conducted by zealous and ethical advocates, and presided over by neutral and independent judges, is an indispensable element of the rule of law. Amici's views on political and social issues vary, but they agree with the words of Chief Justice Roberts: judges "don't work as Democrats or Republicans."[1]

Amici further agree with President and Chief Justice William Howard Taft that "our courts, as they are now conducted, and our profession, which is the handmaid of justice, are necessarily so bound together in our judicial system that an attack upon the courts is an attack

---

[1] Adam Liptak, John Roberts, Leader of Supreme Court's Conservative Majority, Fights Perception That It Is Partisan, New York Times (Dec. 23, 2018), https://tinyurl.com/yc4t4f26.

upon our profession, and an attack upon our profession is equally an attack upon the courts." William Howard Taft, ETHICS IN SERVICE 1 (1915).

Amici share an interest in ensuring both the substance and the appearance of justice in the adjudication of disputes. Justice requires—always—preserving the freedom of lawyers to advocate for their clients with candor and with zeal, thus providing judges with the complete legal and factual record needed for fair adjudication. Amici share a further interest in preserving the discretion judges need to regulate the conduct of lawyers who appear before them in order to ensure fair adjudication.

The four Orders before the Court undermine the rule of law by threatening the independence of lawyers and litigants to petition courts to redress their grievances. The Orders thus undermine the constitutional role of the courts as independent forums for adjudicating disputes. They also threaten the ability of an independent judiciary to regulate the conduct of lawyers who appear in court.

No party's counsel authored this brief in whole or in part; no party or party's counsel contributed money that was intended to fund preparing or submitting the brief; and no person—other than the amici curiae or

their counsel—contributed money that was intended to fund preparing or submitting the brief.

## ARGUMENT

The fundamental principles of just adjudication are simple and apply equally to allegations made against a lawyer as to allegations in any other case: allegations must be supported by facts, facts must be proved in a fair proceeding, and sanctions cannot precede fair adjudication. Any other sequence is contrary to law and lacks both the substance and the appearance of justice. Amici believe that each Order on appeal violates these principles. Amici hold this view for four reasons.

## A.    The Orders Impose Improper Political Restrictions on Access to the Courts.

Under the Constitution, courts are indispensable forums for clients to petition for the redress of grievances. As the Supreme Court held in *National Association for Advancement of Colored People v. Button*, 371 U.S. 415, 429-30 (1963): "Groups which find themselves unable to achieve their objectives through the ballot frequently turn to the courts . . . [U]nder the conditions of modern government, litigation may well be the sole practicable avenue open to a minority to petition for redress of grievances." Courts cannot discharge this function if lawyers

face political restrictions on arguments and theories that the government "finds unacceptable but which by their nature are within the province of the courts to consider." *Legal Servs. Corp. v. Velazquez*, 531 U.S. 533, 546 (2001).

This is not a partisan principle. It applies equally to parties who seek adjudication on any side of any issue. For courts and judges to fulfill their constitutional role, lawyers must be free to represent their clients without fear of governmental retribution on political grounds.

The text of each Order and the accompanying presidential statements demonstrate that the Orders undermine the constitutional role of courts as a forum for petitioning for redress of grievances. Executive Order 14263, against the Susman firm, is exemplary; its objectionable features are present in each Order. The Susman Order states that it aims at "law firms and their clients that engage in conduct undermining critical American interests and priorities."[2] The Order further states that "Susman spearheads efforts to weaponize the American legal system and degrade the quality of

---

[2] https://www.federalregister.gov/documents/2025/04/15/2025-06458/addressing-risks-fromsusman-Godfrey

-4-

American elections."[3] The Order effectively sanctions the firm for election-related work on behalf of clients. The Order effectively punishes clients as well as the firm.

As with the unconstitutional restrictions on association and funding struck down in *Button* and *Velasquez*, each Order threatens to chill the filing of cases and zealous advocacy in cases that are filed. Each Order thereby undermines the candor and robust advocacy on which judges must rely in adjudicatory proceedings.

The text of each Order could reasonably be read by clients as literally barring federal courthouse doors to lawyers working for the targeted firms and thus to clients represented by those lawyers. Section Five of each Order instructs agency heads to provide guidance restricting access by members of the targeted firms to federal government buildings when such access would "be inconsistent with the interests of the United States." Section One of each Order effectively states that the work of the targeted firm undermines the interests of the United States. The Orders thus appear designed to warn clients against retaining the targeted firms and to warn both clients and other law firms that bringing suits against

---

[3] *Id.*

the Trump administration may lead to punishment.

## B.    The Orders Undermine the Professional Independence of Counsel.

Each Order is also inconsistent with the professional independence of counsel that is both required by state professional conduct rules and is one of the principal achievements of the American bar.[4]    Just adjudication requires that the facts and law relevant to a dispute be presented to the court fully and with vigor. The United States Supreme Court's practice of appointing counsel to defend a position relevant to a case when a party declines to do so illustrates the importance of this point. Professional independence preserves the integrity of our adversarial system, which is foundational to just and fair adjudication. It is how courts ascertain the truth.

The Orders chill the vigorous advocacy on which courts depend. Lawyers work in a representative capacity. They present claims and arguments on behalf of clients; their representation "does not constitute an endorsement of the client's political, economic, social or moral views

---

[4] *See, e.g.*, Cal. R. Pro. Conduct 2.1 ("In representing a client, a lawyer shall exercise independent professional judgment and render candid advice.). The American Bar Association's Model Rule of Professional Conduct 2.1 states the same rule.

or activities."[5] The Orders violate this principle and thus threaten the integrity of adjudication as a means of resolving disputes. The judiciary needs and depends on lawyers and firms willing to represent clients whose cases may be unpopular with an administration or the public. Our adversarial system cannot work otherwise. Clients, courts, and the rule of law itself need firms willing to exercise professional independence.

A court cannot be confident that the facts and law relevant to a matter have been fully presented if a firm must look over its shoulder in fear of becoming the target of adverse actions such as those embodied in the Orders. Firms willing to face such risk embody the highest ideals of the bar, but that is not a risk any lawyer should face.

## C.    The Orders Improperly Supplant Judicial Regulation of Litigation Conduct.

In addition, each Order is inconsistent with judicial regulation of conduct before tribunals. When the relevant conduct does not occur in open court before a judge, sanctions follow the basic principles of adjudication: allegations must be based on facts, facts must be proved in a fair proceeding, and sanctions cannot precede such adjudication.

---

[5] Am. Bar Ass'n Model R. Prof'l Conduct 1.2(b).

-7-

Sanctions for misconduct before a tribunal are almost invariably directed to responsible lawyers, not entire firms. The rules of professional conduct are written to apply to lawyers rather than firms. This consideration is especially important when a sanction is imposed for past conduct by attorneys no longer with a firm, as certain allegations in some of the Orders appear to do.

More generally, it is for courts, not parties or another branch of government, to assess the merits of claims and the conduct of lawyers before a tribunal. The Orders usurp the judicial function by sanctioning firms for conduct in past cases in which, so far as the Orders disclose, sanctions were not sought or imposed. A Presidential memorandum that instructs the Attorney General to review cases filed against the federal government in the past eight years and recommend adverse action against lawyers or firms whose conduct the Attorney General finds wanting, without regard to whether such concerns were presented to the relevant tribunal, confirms this understanding of the Orders.[6]

Candor to a tribunal and responsibility to the tribunal go hand in

---

[6] *See Preventing Abuses of the Legal System and the Federal Court*, The White House (Mar. 22, 2025) (https://tinyurl.com/ykd5ja9h).

hand. Efforts to use governmental power to bend lawyers to the political interests or views of an administration may impair the candor on which judges rely and usurp judges' role in regulating the conduct of lawyers who appear before them. The adversarial system cannot function properly with such an incursion into the judicial role.

## D.    The Orders Promote Hostility Towards Adjudication and Judicial Officers.

Finally, amici are concerned that by undermining the credibility of adjudication as a lawful means of resolving disputes the Orders contribute to a general climate of hostility toward adjudication and toward judicial officers, who are constitutionally bound to apply the law. Contrary to the implication of the presidential statements accompanying each Order, the nation is not harmed, and the rule of law is not undermined, when claims are adjudicated in its courts. Parties dissatisfied with a ruling may appeal and seek to show by law and logic why they should prevail. If a party is right, no extrajudicial sanction on lawyers or judges is needed. If the party is not right, such sanctions are unjust and invite lawlessness.

## CONCLUSION

Amici swore to uphold our system of justice. The Orders threaten our system of justice, and the rule of law itself, for each of the reasons outlined above. The Courts' rulings enjoining enforcement of the Orders were proper and indeed necessary. Those rulings should be affirmed.

*Respectfully submitted*

<u>*/s/Donald Falk*</u>
Donald Falk
4416 Harbord Dr.
Oakland, CA 94618
E: donald.falk@gmail.com
Counsel for Amici

David McGowan
4155 Via Candidiz Unit 36
San Diego CA 92130
dmcgowan@sandiego.edu

April 3, 2026

-10-

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of D.C. Circuit Rule 27 because it contains 1,789 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Century Schoolbook 14-point font, a proportionally spaced typeface.

*/s/Donald Falk*
Donald Falk

**EXHIBIT A**

1.  Judge Elsa Alcala,
    Texas Court of Criminal Appeals (Ret.)

2.  Judge Lesley A. Allan,
    Washington Superior Court, Chelan County (Ret.)

3.  Chief Justice Jeffrey L. Amestoy,
    Vermont Supreme Court (Ret.)

4.  Judge Elaine M. Andrews,
    Alaska Superior Court, Third District (Ret.)

5.  Judge Beth Andrus,
    Washington Superior Court, King County (Ret.)

6.  Judge Marlin Appelwick,
    Washington State Court of Appeals (Ret.)

7.  Judge Stephanie A. Arend,
    Washington Superior Court, Pierce County (Ret.)

8.  Associate Justice Richard M. Aronson,
    California Court of Appeal, Fourth District (Ret.)

9.  Judge Nancy J. Arnold,
    Illinois Circuit Court, Cook County (Ret.)

10. Judge Steven K. Austin,
    California Superior Court, Contra Costa County (Ret.)

11. Judge Monica Bachner,
    California Superior Court, County of Los Angeles (Ret.)

12. Chief Justice W. Scott Bales,
    Arizona Supreme Court (Ret.)

13. Senior Judge Thomas A. Balmer,
    Oregon Supreme Court (Ret.)

14. Judge Paul A. Bastine,
    Washington Superior Court, Spokane County (Ret.)

15. Chief Judge Suzanne M. Barnett,
    Washington Superior Court, King County (Ret.)

16. Chief Judge Mary Kay Becker,
    Washington State Court of Appeals, Division One (Ret.)

17. Judge Martha Beckwith,
    Alaska State District Court, Third Judicial District (Ret.)

18. Justice Gina Benavides,
    Texas Thirteenth Court of Appeals (Ret.)

19. Judge Aviva K. Bobb,
    California Superior Court, County of Los Angeles (Ret.)

20. Magistrate Judge E. Thomas Boyle,
    United States District Court, Eastern District of New York (Ret.)

21. Justice Richard F. Braun,
    New York Supreme Court, New York County (Ret.)

22. Associate Justice Bobbe Bridge,
    Washington Supreme Court (Ret.)

23. Magistrate Judge Geraldine Soat Brown,
    United States District Court, Northern District of Illinois (Ret.)

24. Judge A. Franklin Burgess, Jr.,
    Superior Court, District of Columbia (Ret.)

25. Magistrate Judge Michelle Burns,
    United States District Court, District of Arizona (Ret.)

26. Judge Patrick Burns,
    Washington Superior Court, King County (Ret.)

27. Judge Regina S. Cahan,
    Washington Superior Court, King County (Ret.)

28. Judge William Cahill,
    California Superior Court, County of San Francisco (Ret.)

29. Judge Gregory P. Canova,
    Washington Superior Court, King County (Ret.)

-2-

30.  Judge Terrance A. Carrol,
     Washington Superior Court, King County (Ret.)

31.  Judge Wynne S. Carvill,
     California Superior Court, Alameda County (Ret.)

32.  Judge Patrick A. Cathcart,
     California Superior Court, County of Los Angeles (Ret.)

33.  Judge Katherine Chilton,
     California Superior Court, County of Los Angeles (Ret.)

34.  Judge Vickie I. Churchill,
     Washington Superior Court, Island County (Ret.)

35.  Judge Robert James Cindrich,
     United States District Court, Western District of Pennsylvania (Ret.)

36.  Judge Isabel R. Cohen,
     California Superior Court, County of Los Angeles (Ret.)

37.  Judge Bruce W. Cohoe,
     Washington Superior Court, Pierce County (Ret.)

38.  Chief Justice Sue Bell Cobb
     Alabama Supreme Court (Ret.)

39.  Acting Justice Ellen M. Coin,
     New York Supreme Court, New York County (Ret.)

40.  Judge Scott A. Collier,
     Washington Superior Court, Clark County (Ret.)

41.  Associate Justice Carol Ann Conboy,
     New Hampshire Supreme Court (Ret.)

42.  Judge Karen Conoley,
     Washington Superior Court, Kitsap County (Ret.)

43.  Chief Justice Dori Contreras,
     Texas Thirteenth District Court of Appeals (Ret.)

44.  Judge Ronald E. Cox,
     Washington State Court of Appeals (Ret.)

45.    Magistrate Judge Susan E. Cox,
       United States District Court, Northern District of Illinois (Ret.)

46.    Senior Associate Justice Stephen G. Crane,
       New York Supreme Court, Appellate Division, Second Dept. (Ret.)

47.    Senior Judge James Crockett,
       Nevada District Court, Eighth Judicial District (Ret.)

48.    Chief Justice Benjamin Cruz,
       Guam Supreme Court (Ret.)

49.    Judge Denise Navarre Cubbon,
       Court of Common Pleas, Juvenile Division, Lucas County, Ohio (Ret.)

50.    Judge Andrea Darvas,
       Washington Superior Court, King County (Ret.)

51.    Justice Carolyn E. Demarest,
       New York Supreme Court, Kings County (Ret.)

52.    Magistrate Judge Morton Denlow,
       United States District Court, Northern District of Illinois (Ret.)

53.    Magistrate Judge Michael Dolinger,
       United States District Court, Southern District of New York (Ret.)

54.    Justice Robert L. Dondero,
       California Court of Appeal, First Appellate District (Ret.)

55.    Judge Michael Downes,
       Washington Superior Court, Snohomish County (Ret.)

56.    Judge William L. Downing,
       Washington Superior Court, King County (Ret.)

57.    Judge Theresa Doyle,
       Washington Superior Court, King County (Ret.)

58.    Senior Judge David J. Dreyer,
       Marion County Superior Court, Indiana (Ret.)

59.    Judge Bonnie Dumanis,
       California Superior Court, San Diego County (Ret.)

60. Judge Sally Duncan,
Arizona Superior Court (Ret.)

61. Magistrate Judge David K. Duncan,
United States District Court, District of Arizona (Ret.)

62. Justice Mark Dwyer,
New York Supreme Court, New York County (Ret.)

63. Judge Janice E. Ellis,
Washington Superior Court, Snohomish County (Ret.)

64. Judge John P. Erlick,
Washington Superior Court, King County (Ret.)

65. Justice Saralee Evans,
New York Supreme Court, New York County (Ret.)

66. Magistrate Judge John M. Facciola,
United States District Court, District of Columbia (Ret.)

67. Judge Joseph E. Fahey,
Onondaga County Court in New York (Ret.)

68. Chief Justice Stanley G. Feldman,
Arizona Supreme Court (Ret.)

69. Judge Deborah Fleck,
Washington Superior Court, King County (Ret.)

70. Judge Edward Fleisher,
Washington Court of Appeals, Division Two (Ret.)

71. Judge Lisa Daniel Flores,
Arizona Superior Court, Maricopa County (Ret.)

72. Judge Michael J. Fox,
Washington Superior Court, King County (Ret.)

73. Judge David Frazier,
Washington Superior Court, Whitman County (Ret.)

74. Associate Justice Helen E. Freedman,
New York Supreme Court, Appellate Division (Ret.)

75.  Judge Robert B. Freedman,
     California Superior Court, Alameda County (Ret.)

76.  Judge Terry Friedman,
     California Superior Court, County of Los Angeles (Ret.)

77.  Judge Julia L. Garratt,
     Washington Superior Court, King County (Ret.)

78.  Judge Deborra Garrett,
     Washington Superior Court, Whatcom County (Ret.)

79.  Judge Rudolph J. Gerber,
     Arizona Court of Appeals (Ret.)

80.  Judge Timothy C. Gerking,
     Circuit Court of Oregon, Jackson County (Ret.)

81.  Judge Nancy Gertner,
     United States District Court, District of Massachusetts (Ret.)

82.  Judge A. Benjamin Goldgar,
     United States Bankruptcy Court, Northern District of Illinois (Ret.)

83.  Justice Emily Jane Goodman,
     New York State Supreme Court, New York County (Ret.)

84.  Judge Dianna Gould-Saltman,
     California Superior Court, County of Los Angeles (Ret.)

85.  Judge Ernestine S. Gray,
     Orleans Parish Juvenile Court (Ret.)

86.  Judge Karen F. Green,
     Massachusetts Superior Court (Ret.)

87.  Judge Ina Gyemant,
     California Superior Court, County of San Francisco (Ret.)

88.  Judge Laura W. Halgren,
     California Superior Court, San Diego County (Ret.)

89.  Judge Helen Halpert,
     Washington Superior Court, King County (Ret.)

90. Judge Michael Heavey,
Washington Superior Court, King County (Ret.)

91. Judge Brook Hedge,
Superior Court, District of Columbia (Ret.)

92. Judge Bruce Heller,
Washington Superior Court, King County (Ret.)

93. Judge Judy Holzer Hersher,
California Superior Court, Sacramento County (Ret.)

94. Judge Bethany G. Hicks,
Arizona Superior Court, Maricopa County (Ret.)

95. Justice Gary Hicks,
New Hampshire Supreme Court (Ret.)

96. Judge Joe W. Hilberman,
California Superior Court, County of Los Angeles (Ret.)

97. Judge Anne Hirsch,
Washington Superior Court, Thurston County (Ret.)

98. Judge Vicki L. Hogan,
Washington Superior Court, Pierce County (Ret.)

99. Judge Russell Hom,
California Superior Court, Sacramento County (Ret.)

100. Judge Philp G. Hubbard Jr.,
Washington Superior Court, King County (Ret.)

101. Judge J. Robin Hunt,
Washington Court of Appeals, Division Two (Ret.)

102. Judge Laura Inveen,
Washington Superior Court, King County (Ret.)

103. Judge Patrick Irvine,
Arizona Court of Appeals, Division One (Ret.)

104. Justice Barbara Jaffe,
New York Supreme Court, New York County (Ret.)

105. Judge D. Lowell Jensen,
United States District Court, Northern District of California (Ret.)

106. Judge Barbara D. Johnson,
Washington Superior Court, Clark County (Ret.)

107. Chief Justice Jim Jones,
Idaho Supreme Court (Ret.)

108. Judge Ann I. Jones,
California Superior Court, County of Los Angeles (Ret.)

109. Chief Judge John E. Jones,
United States District Court, Middle District of Pennsylvania (Ret.)

110. Associate Justice Marcy L. Kahn,
New York Supreme Court, Appellate Division (Ret.)

111. Senior Judge Henry Kantor,
Oregon Circuit Court, Multnomah County (Ret.)

112. Magistrate Judge Theodore H. Katz,
United States District Court, Southern District of New York (Ret.)

113. Judge Ann O'Regan Keary,
Superior Court, District of Columbia (Ret.)

114. Judge Gregory Keosian,
California Superior Court, County of Los Angeles (Ret.)

115. Judge Steven J. Kleifield,
California Superior Court, County of Los Angeles (Ret.)

116. Judge James P. Kleinberg,
California Superior Court, County of Santa Clara (Ret.)

117. Magistrate Judge Nancy Koenig,
United States District Court, Northern District of Texas (Ret.)

118. Justice Shirley Werner Kornreich,
New York Supreme Court, New York County (Ret.)

119. Judge Linda C. Krese,
Washington Superior Court, Snohomish County (Ret.)

120. Judge David A. Kurtz,
Washington Superior Court, Snohomish County (Ret.)

121. Associate Justice James R. Lambden,
California Court of Appeal, First Appellate District (Ret.)

122. Judge Leslie G. Landau,
California Superior Court, Contra Costa County (Ret.)

123. Judge Harriet Lansing,
Minnesota Court of Appeals (Ret.)

124. Magistrate Judge Elizabeth D. Laporte,
United States District Court, Northern District of California (Ret.)

125. Judge Linda Lau,
Washington Court of Appeals, Division One (Ret.)

126. Judge James W. Lawler,
Washington Superior Court, Lewis County (Ret.)

127. Judge J. Kathleen Learned,
Washington Superior Court, King County (Ret.)

128. Judge Steve Leben,
Kansas Court of Appeals (Ret.)

129. Chief Judge John P. Leopold,
Colorado 18th Judicial District (Ret.)

130. Judge Richard A. Levie,
Superior Court, District of Columbia (Ret.)

131. Judge John W. Lohrmann,
Washington Superior Court, Walla Walla County (Ret.)

132. Judge Jose M. Lopez,
Superior Court, District of Columbia (Ret.)

133. Judge J. Michael Luttig,
United States Court of Appeals, Fourth Circuit (Ret.)

134. Judge Richard Lyman,
California Superior Court, County of Los Angeles (Ret.)

135. Judge Nicole MacInnes,
     Washington Superior Court, King County (Ret.)

136. Judge Bonnie MacLeod,
     Superior Court, Commonwealth of Massachusetts (Ret.)

137. Chief Justice Eric J. Magnuson,
     Minnesota Supreme Court (Ret.)

138. Justice Joan Madden,
     New York Supreme Court, New York County (Ret.)

139. Judge Patrick Mahoney,
     California Superior Court, County of San Francisco (Ret.)

140. Justice Nora M. Manella,
     California Court of Appeal, Second Appellate District (Ret.)

141. Judge M. Kathleen Manley,
     Vermont Superior Court (Ret.)

142. Chief Magistrate Judge Roanne L. Mann,
     United States District Court, Eastern District of New York (Ret.)

143. Judge Marc Marmaro,
     California Superior Court, County of Los Angeles County (Ret.)

144. Judge Susan Finlay Marrinan,
     California Superior Court, San Diego County (Ret.)

145. Judge Elizabeth P. Martin,
     Washington Superior Court, Pierce County (Ret.)

146. Justice Mary Anne Mason,
     Illinois Appellate Court, First District (Ret.)

147. Judge Michael McConnell,
     United States Court of Appeals for the Tenth Circuit (Former)

148. Judge James F. McHugh,
     Massachusetts Appeals Court (Ret.)

149. Judge Larry E. McKeeman,
     Washington Superior Court, Snohomish County (Ret.)

150. Judge Kevin E. McKenney,
California Superior Court, Santa Clara County (Ret.)

151. Judge Christopher Melly,
Washington Superior Court, Clallam County (Ret.)

152. Judge John M. Meyer,
Washington Superior Court, Skagit County (Ret.)

153. Judge Paul R. Michel,
United States Court of Appeals, Federal Circuit (Ret.)

154. Judge Rita Miller,
California Superior Court, County of Los Angeles (Ret.)

155. Judge Stephen Milliken,
Superior Court, District of Columbia (Ret.)

156. Judge Walter M. Morris, Jr.,
Vermont Superior Court (Ret.)

157. Justice Karla Moskowitz,
New York Supreme Court, Appellate Division (Ret.)

158. Justice Mary Muehlen Maring,
North Dakota Supreme Court (Ret.)

159. Judge Karen A. Mullins,
Arizona Superior Court, Maricopa County (Ret.)

160. Judge Thomas G. Nave,
Alaska District Court, First District (Ret.)

161. Judge Kathryn J. Nelson,
Washington Superior Court, Pierce County (Ret.)

162. Magistrate Judge Kendall J. Newman,
United States District Court, Eastern District of California (Ret.)

163. Judge Leslie C. Nichols,
California Superior Court, County of Santa Clara (Ret.)

164. Judge Patricia K. Norris
Arizona Court of Appeals (Ret.)

165. Judge Rita M. Novak,
Circuit Court, Cook County, Illinois (Ret.)

166. Chief Justice Lawton R. Nuss,
Kansas Supreme Court (Ret.)

167. Chief Justice Maureen O'Connor,
Ohio Supreme Court (Ret.)

168. Judge Kathleen M. O'Connor,
Washington Superior Court, Spokane County (Ret.)

169. Judge Kathleen M. O'Malley,
United States Court of Appeals, Federal Circuit (Ret.)

170. Magistrate Judge James Orenstein,
United States District Court, Eastern District of New York (Ret.)

171. Magistrate Judge Brian L. Owsley,
United States District Court, Southern District of Texas (Ret.)

172. Judge Cecil Patterson,
Arizona Court of Appeals (Ret.)

173. Judge Layn R. Phillips,
United States District Court, Western District of Oklahoma (Ret.)

174. Chief Justice Thomas Phillips,
Texas Supreme Court (Ret.)

175. Magistrate Judge Viktor Pohorelsky,
United States District Court, Eastern District of New York (Ret.)

176. Justice M. Carol Pope,
Illinois Appellate Court, Fourth District (Ret.)

177. Judge Philip M. Pro,
United States District Court, District of Nevada (Ret.)

178. Judge Kimberley Prochnau,
Washington Superior Court, King County (Ret.)

179. Judge Stephen M. Pulido,
California Superior Court, Alameda County (Ret.)

180. Judge Judith H. Ramseyer,
Washington Superior Court, King County (Ret.)

181. Chief Justice Mark Recktenwald,
Hawaii Supreme Court (Ret.)

182. Judge Judith E. Retchin,
District of Columbia Superior Court (Ret.)

183. Justice Rosalyn Richter,
New York Supreme Court, Appellate Division, First Department (Ret.)

184. Justice Maria Rivera,
California Court of Appeal, First Appellate District (Ret.)

185. Judge Palmer Robinson,
Washington Superior Court, King County (Ret.)

186. Judge Erik Rohrer,
Washington Superior Court, Clallam County (Ret.)

187. Judge John Romero,
New Mexico District Court, Bernalillo County (Ret.)

188. Judge David A. Rosen,
California Superior Court, County of Los Angeles (Ret.)

189. Judge Michelle R. Rosenblatt,
California Superior Court, County of Los Angeles (Ret.)

190. Judge Judith M. Ryan,
California Superior Court, Orange County (Ret.)

191. Judge Carol Schapira,
Washington Superior Court, King County (Ret.)

192. Judge Ann Schindler,
Washington Superior Court, King County (Ret.)

193. Judge Karen G. Seinfeld,
Washington State Court of Appeals, Division Two (Ret.)

194. Judge Susan K. Serko,
Washington Superior Court, Pierce County (Ret.)

195. Judge Catherine Shaffer,
Washington Superior Court, King County (Ret.)

196. Judge Booker T. Shaw,
Missouri Court of Appeals (Ret.)

197. Justice Jacqueline W. Silbermann,
New York Supreme Court, New York County (Ret.)

198. Judge B. Scott Silverman,
California Superior Court, County of Los Angeles (Ret.)

199. Judge T. W. Small,
Washington Superior Court, Chelan County (Ret.)

200. Judge James D. Smith,
Arizona Superior Court, Maricopa County (Ret.)

201. Magistrate Judge Stephen Wm. Smith,
United States District Court, Southern District of Texas (Ret.)

202. Judge Winifred Y. Smith,
California Superior Court, Alameda County (Ret.)

203. Justice Michael R. Sonberg,
New York Supreme Court, New York County (Ret.)

204. Judge Stephanie Sontag,
California Superior Court, San Diego County (Ret.)

205. Judge Michael S. Spearman,
Washington State Court of Appeals (Ret.)

206. Judge Julie Spector,
Washington Superior Court, King County (Ret.)

207. Judge Marjorie Steinberg,
California Superior Court, County of Los Angeles (Ret.)

208. Judge Michael L. Stern,
California Superior Court, County of Los Angeles (Ret.)

209. Judge John K. Stewart,
California Superior Court, County of San Francisco (Ret.)

210. Chief Justice Laura Denvir Stith,
     Supreme Court of Missouri (Ret.)

211. Senior Judge Diana Stuart,
     Oregon Circuit Court, Multnomah County (Ret.)

212. Chief Judge Peter B. Swann,
     Arizona Court of Appeals, Division One (Ret.)

213. Judge Phil Talmadge,
     Washington Superior Court, King County (Ret.)

214. Judge Carolyn Engel Temin,
     Court of Common Pleas, 1st Judicial District of Pennsylvania (Ret.)

215. Chief Justice Marsha Ternus
     Iowa Supreme Court (Ret.)

216. Judge G. Val Tollefson,
     Washington Superior Court, King County (Ret.)

217. Judge Helen M. Toor,
     Vermont Superior Court (Ret.)

218. Judge Fred Torrisi,
     Alaska Superior Court, First District (Ret.)

219. Judge Michael J. Trickey,
     Washington Superior Court and Court of Appeals, Div. I (Ret.)

220. Judge Kitty-Ann van Doorninck,
     Washington Superior Court, Pierce County (Ret.)

221. Judge Jack Vandenorth,
     Second Judicial District of Minnesota (Ret.)

222. Judge Emily E. Vasquez,
     California Superior Court, Sacramento County (Ret.)

223. Judge Arthur W. Verharen,
     Washington Superior Court, Pierce County (Ret.)

224. Judge Vaughn R. Walker,
     United States District Court, Northern District of California (Ret.)

-15-

225.  Judge Steve M. Warning,
      Washington Superior Court, Cowlitz County (Ret.)

226.  Judge Anthony P. Wartnik,
      Washington Superior Court, King County (Ret.)

227.  Judge Eugene R. Wedoff,
      United States Bankruptcy Court, Northern District of Illinois (Ret.)

228.  Judge Elizabeth Allen White,
      California Superior Court, County of Los Angeles (Ret.)

229.  Judge Jay V. White,
      Washington Superior Court, King County (Ret.)

230.  Judge H. Christopher Wickham,
      Washington Superior Court, Thurston County (Ret.)

231.  Justice Thomas L. Willhite, Jr.,
      California Court of Appeal, Second Appellate District (Ret.)

232.  Judge Ken Williams,
      Washington Superior Court, Clallam County (Ret.)

233.  Judge Jeffrey Winikow,
      California Superior Court, County of Los Angeles (Ret.)

234.  Judge Lawrence F. Winthrop,
      Arizona Court of Appeals, Division One (Ret.)

235.  Chief Justice Michael A. Wolff,
      Missouri Supreme Court (Ret.)

236.  Senior Judge Merri Souther Wyatt,
      Oregon Circuit Court, Multnomah County (Ret.)

237.  Senior Justice Linda Reyna Yanez,
      Texas Thirteenth District Court of Appeals (Ret.)

238.  Justice Mary Yu,
      Washington Superior Court, King County (Ret.)

239.  Justice Laurie Zelon,
      California Court of Appeal, Second Appellate District (Ret.)

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

*/s/ Donald Falk*
Donald Falk