# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5241**                                      **September Term, 2025**

**1:25-cv-00916-JDB**
**1:25-cv-00917-RJL**
**1:25-cv-01107-LLA**
**1:25-cv-00716-BAH**

**Filed On: April 15, 2026** [2168808]

Perkins Coie LLP,

      Appellee

    v.

United States Department of Justice, et al.,

      Appellants

------------------------------

Consolidated with 25-5265, 25-5277,
25-5310

    **BEFORE:**    Srinivasan, Chief Judge; Pillard and Rao, Circuit Judges

### O R D E R

Upon consideration of the motion of Charlotte Burrows, et al. for leave to file a brief amici curiae in support of appellees and the lodged brief amici curiae, it is

**ORDERED** that the motion be granted.  The Clerk is directed to file the lodged brief amici curiae.

### Per Curiam

                FOR THE COURT:
                Clifton B. Cislak, Clerk

        BY:    /s/
                Michael C. McGrail
                Deputy Clerk