# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5241**                    **September Term, 2025**

**1:25-cv-00716-BAH**
**1:25-cv-00916-JDB**
**1:25-cv-00917-RJL**
**1:25-cv-01107-LLA**

**Filed On:** April 16, 2026

Perkins Coie LLP,

      Appellee

    v.

United States Department of Justice, et al.,

      Appellants

-----------------------------

Consolidated with 25-5265, 25-5277, 25-5310

-----------------------------

**No. 26-5009**

**1:25-cv-01365-AHA**

Mark S. Zaid, Esq.,

      Appellee

    v.

Executive Office of the President, et al.,

      Appellants

## O R D E R

    Upon consideration of the unopposed motion in No. 25-5241, et al., for extension of time to file oral argument proposal, it is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5241**　　　　　　　　　　　　　　**September Term, 2025**

　　　　**ORDERED** that the motion be granted.  The proposed format for oral argument in No. 25-5241, et al., and No. 26-5009 is now due April 23, 2026.


　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　Deputy Clerk