**[ORAL ARGUMENT SCHEDULED FOR MAY 14, 2026]**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERKINS COIE LLP,<br><br>*Plaintiff-Appellee*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants-Appellants*. | No. 25-5241 |
| JENNER & BLOCK LLP,<br><br>*Plaintiff-Appellee*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants-Appellants*. | No. 25-5265 |
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br><br>*Plaintiff-Appellee*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants-Appellants*. | No. 25-5277 |
| SUSMAN GODFREY LLP,<br><br>*Plaintiff-Appellee*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants-Appellants*. | No. 25-5310 |
| MARK ZAID,<br><br>*Plaintiff-Appellee*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants-Appellants*. | No. 26-5009 |

## RESPONSE TO APRIL 3 LETTER
## REGARDING ORAL-ARGUMENT SUGGESTIONS

The parties to these appeals hereby submit the following responses to the April 3 letter from the Clerk's office regarding the May 14 oral arguments:

**<u>The Federal Government</u>**

Defendant-Appellants respectfully disagree with Plaintiff-Appellees' proposal because (1) it does not address the court's request to identify which issues in the briefs warrant presentation at argument, (2) it does not address which order the court should hear those issues, (3) it does not provide a breakdown of the time for the issues, and (4) it creates a high likelihood of repetition with case number 26-5009. Defendant-Appellants suggest the argument format listed below. Undersigned counsel (Abhishek Kambli) will handle all argument for Defendant-Appellants. Defendant-Appellants take no position on how Plaintiff-Appellees should divide their time or the counsel who will be arguing for them.

1. Justiciability of Security Clearances (25-5241 and 26-5009) – 20 minutes per side

2. Section 4 of the Law Firm Executive Orders (25-5241) – 7 minutes per side

3. All First Amendment Arguments on the Law Firm Executive Orders (25-5241) – 10 minutes per side

4. Section 1 and Severability of the Law Firm Executive Orders (25-5241) – 8 minutes per side

All times listed above incorporate rebuttal time. Defendant-Appellants will rest on the briefs for all issues not listed above. This proposal allows for an organized presentation of the issues noted above without the risk of repetition.

**The Law-Firm Appellees and Appellee Mark Zaid**

The four law-firm appellees and appellee Mark Zaid agree that oral argument in the law-firm cases should be conducted first and argument in *Zaid* conducted second.

Paul D. Clement will present oral argument on behalf of all four law-firm appellees. The firms propose that, in their consolidated appeals, the government have 20 minutes (including any rebuttal) to present argument, and the law firms collectively have 20 minutes. The firms submit that the Court need not limit the issues to be addressed at oral argument or allocate specific time limits to particular issues. Mr. Clement will be prepared to respond to all points made by the government in its opening argument and to answer any questions the Court has.

The firms believe that their consolidated appeals should be argued separately from *Zaid* and respectfully submit that this Court is best suited to identify the issues that warrant further exploration through questions at oral argument. In the firms' view, the government's proposal is unnecessarily complex, improperly lumps their appeals together with *Zaid* as to one issue, and would artificially constrain the Court's ability to move between issues during the argument.

Abbe D. Lowell will present oral argument on behalf of Mark Zaid. Mr. Zaid proposes that for his appeal, each side have 15 minutes (including any rebuttal) to present argument. To the extent that argument is not duplicative of the prior

3

argument in the law firm cases, Mr. Lowell intends to address: the reviewability of the executive order that revoked Mr. Zaid's security clearance, as well as Mr. Zaid's likelihood of success on the merits of his 1) First Amendment, 2) procedural due process, and 3) right to counsel claims. Notably, the government's proposal excludes any argument on the merits of Mr. Zaid's case. Mr. Lowell will be prepared to respond to all points made by the government in its opening argument and to answer any questions the Court has.

April 23, 2026

STANLEY E. WOODWARD, JR.
Associate Attorney General

/s/ Abhishek Kambli
ABHISHEK KAMBLI
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-9500

Counsel for Defendants-Appellants

Respectfully submitted,

/s/ Dane H. Butswinkas
DANE H. BUTSWINKAS
AMY MASON SAHARIA
MATTHEW B. NICHOLSON
CHARLES L. MCCLOUD
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

Counsel for Perkins Coie LLP

/s/ Abbe David Lowell
ABBE DAVID LOWELL
CALEB HAYES-DEATS
DAVID A. KOLANSKY
ISABELLA M. OISHI
JOHN P. BOLEN
LOWELL & ASSOCIATES, PLLC
1250 H Street NW
Suite 250
Washington, DC 20005

/s/ Elizabeth B. Prelogar
ELIZABETH B. PRELOGAR
JOSHUA REVESZ
JADE FORD
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
(202) 842-7800

MARGARET M. DONOVAN
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Avenue
Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421

NORMAN L. EISEN
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE
Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Counsel for Mark Zaid*

KATHLEEN R. HARTNETT
MIRANDA LI
COOLEY LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
(415) 693-2000

MICHAEL A. ATTANASIO
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
(858) 550-6000

*Counsel for Jenner & Block LLP*

*/s/ Paul D. Clement*
PAUL D. CLEMENT
ERIN E. MURPHY
MATTHEW D. ROWEN
JOSEPH J. DeMOTT
ILAN J. POSNER
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8893

*Counsel for Wilmer Cutler Pickering Hale and Dorr LLP*

*/s/ Donald B. Verrilli, Jr.*
DONALD B. VERRILLI, JR.
ELAINE J. GOLDENBERG
GINGER D. ANDERS
JEREMY S. KREISBERG
KYLE A. SCHNEIDER
ESTHENA L. BARLOW
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW

Suite 500E
Washington, DC 20001
(202) 220-1100

BRAD D. BRIAN
HAILYN J. CHEN
ADAM B. WEISS
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100

*Counsel for Susman Godfrey LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Paul D. Clement
Paul D. Clement