**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

Perkins Coie LLP, Plaintiff-
*Appellee*,

v.

United States Department of Justice, et al.,
*Defendants-Appellants*.

Jenner & Block LLP,
*Plaintiff-Appellee*,

v.

United States Department of Justice, et al.,
*Defendants-Appellants*.

Wilmer Cutler Pickering Hale & Dorr LLP,
*Plaintiff-Appellee*,

v.

Executive Office of the President, et al.,
*Defendants-Appellants*.

Susman Godfrey LLP,
*Plaintiff-Appellee*,
v.

Executive Office of the President, et al.,
*Defendants-Appellants*.

Nos. 25-5241, 25-5265, 25-5277, 25-5310

On Appeal from the United States District Court for the District of Columbia

# MOTION TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE

The undersigned hereby requests to withdraw as counsel for Amicus Curiae the State of New Jersey because his final day of employment with the State of New Jersey is today, September 10, 2026. Amicus Curiae will continue to be represented by other counsel who have already appeared in this matter.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Jeremy M. Feigenbaum*

Jeremy M. Feigenbaum

## CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 50 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Times New Roman 14-point font.

*/s/ Jeremy M. Feigenbaum*
Jeremy M. Feigenbaum

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served via CM/ECF.

*/s/ Jeremy M. Feigenbaum*
Jeremy M. Feigenbaum