**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| PERKINS COIE LLP,<br>*Plaintiff-Appellee*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br>*Defendants-Appellants*. | No. 25-5241 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Appellee Perkins Coie LLP respectfully notifies the Court of the death of attorney Dane H. Butswinkas, who passed away on October 26, 2026. Perkins Coie hereby withdraws the appearance of Dane H. Butswinkas as counsel for Perkins Coie. Perkins Coie will continue to be represented by the undersigned counsel of Williams & Connolly LLP.

Dated: November 6, 2026

Respectfully submitted,

*/s/Amy Mason Saharia*

AMY MASON SAHARIA
MATTHEW B. NICHOLSON
CHARLES L. MCCLOUD
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

*Counsel for Appellee Perkins Coie LLP*